UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRAVIS MICKELSON, DANIELLE H. MICKELSON, and the marital community thereof<br><br>Plaintiffs,<br><br>vs.<br><br>CHASE HOME FINANCE LLC, an unknown entity; JPMORGAN CHASE BANK, N.A., a foreign corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a foreign corporation; NORTHWEST TRUSTEE SERVICES, INC., a domestic corporation; JOHN DOES, unknown entities; MORTGAGEIT, INC., a foreign corporation, GMAC MORTGAGE CORPORATION, a foreign corporation; CHICAGO TITLE, an unknown corporation; ROUTH CRABTREE OLSEN, P.S., a domestic Personal Services Corporation, and FEDERAL HOME LOAN MORTGAGE CORPORATION, a corporation;<br><br>Defendants. | NO. 2:11-cv-01445<br><br>[proposed] SUMMONS |

SUMMONS - 1

TO CHASE HOME FINANCE LLC

TO JPMORGAN CHASE BANK, N.A.

TO MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

TO NORTHWEST TRUSTEE SERVICES, INC.

TO JOHN DOES

TO MORTGAGEIT, INC.

TO GMAC MORTGAGE CORPORATION

TO ROUTH CRABTREE OLSEN, P.S.

TO FEDERAL HOME LOAN MORTGAGE CORPORATION

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to attached complaint or motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Stafne Law Firm
239 North Olympic Ave
Arlington, WA 98223
(360) 403-8700

If you fail to respond, judgment by default will be entered against you for relief demanded in the complaint. You must file your answer or motion with the court.

_____          _____
Clerk or Deputy Clerk                                    Date

_____
By Deputy Clerk

SUMMONS - 2

Presented by:

\_\_\_/s/ Scott E. Stafne _____
Scott E. Stafne, WSBA 6964
Stafne Law Firm
239 N. Olympic Avenue
Arlington, WA 98223
Telephone: (360) 403-8700
Fax: (360) 386-4005
scott.stafne@stafnelawfirm.com
Attorneys for Plaintiffs the Mickelson

SUMMONS - 3