CQ/Y CY F "662"™Tgx02: B3™"Uwo o qpu"kp"c"Ekxkn"Cevkqp"

# WP KVGF "UVCVGU"F KUVTKEV"EQWT V

hqt"vj g

"

| | | |
|---|---|---|
| _____ | + | |
| *Plaintiff* | + | |
| x0 | + | Ekxkn"Cevkqp"P q0 |
| _____ | + | |
| *Defendant* | + | |

## SUMMONS IN A CIVIL ACTION

Vq<"*(Defendant's name and address)*

C "rcy uwkv"j cu"dggp"hkngf "ci ckpuv"{qw0

Y kj kp"aaaf c{u"chvgt"ugtxkeg"qh"vj ku"uwo o qpu"qp"{qw"%pqv"eqwpvkpi "vj g"f c{"{qw"tgegkxgf "kv±"õ   qt"aaa"f c{u"kh"{qw ctg"vj g"Wpkvgf "Uvcvgu"qt"c"Wpkvgf "Uvcvgu"ci gpe{."qt"cp"qhhkegt"qt"go r nq{gg"qh"vj g"Wpkvgf "Uvcvgu"f guetkdgf "kp"Hgf 0T0Ekx0 R034"™c±4±"qt"™5±"õ  "{qw"o wuv"ugtxg"qp"vj g"r nckpvkhh"cp"cpuy gt"vq"vj g"cvvcej gf "eqo r nckpv"qt"c"o qvkqp"wpf gt"T wng"34"qh vj g"Hgf gtcn"T wngu"qh"Ekxkn"Rtqegf wtg0"Vj g"cpuy gt"qt"o qvkqp"o wuv"dg"ugtxgf "qp"vj g"r nckpvkhh"qt"r nckpvkhh)u"cvvqtpg{. y j qug"pco g"cpf "cf f tguu"ctg<

Kh"{qw"hckn"vq"tgur qpf ."lwf i o gpv"d{"f ghcwnv"y knn"dg"gpvgtgf "ci ckpuv"{qw"hqt"vj g"tgnkgh"f go cpf gf "kp"vj g"eqo r nckpv0" [ qw"cnuq"o wuv"hkng"{qwt"cpuy gt"qt"o qvkqp"y kvj "vj g"eqwtv0

*CLERK OF COURT*

F cvg<  _____

_____
*Signature of Clerk or Deputy Clerk*

AO-WAWD 440 (Rev. 3/10)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒  I personally served the summons and complaint on the individual at *(place)*

_____ on *(date)* _____ ; or

❒  I left the summons and complaint at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒  I served the summons and complaint on *(name of individual)* _____ , wh

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒  I returned the summons unexecuted because _____ ; or

❒  Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: