The Honorable Marsha J. Pechman

1

2

3

4

5

6

7

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

10  TRAVIS MICKELSON, DANIELLE H.
    MICKELSON, and their marital community,     )
                                                )
11                                              )
           Plaintiffs,                          )     No.  2:11-cv-01445
                                                )
12                                              )
           v.                                   )
                                                )
13                                              )     NOTICE OF APPEARANCE
    CHASE HOME FINANCE LLC, an unknown          )
14  entity; JPMORGAN CHASE BANK, N.A., a        )     ***Clerk's Action Required***
    foreign corporation; MORTGAGE ELECTRONIC    )
15  REGISTRATION SYSTEMS, INC., a foreign       )
    corporation; NORTHWEST TRUSTEE              )
16  SERVICES, INC., a domestic corporation; JOHN)
    DOES, unknown entities; MORTGAGEIT, INC., a )
17  foreign corporation; GMAC MORTGAGE          )
    CORPORATION, a foreign corporation;         )
18  CHICAGO TITLE, an unknown corporation;      )
    ROUTH CRABTREE OLSEN, P.S., a domestic      )
19  Personal Services Corporation, and FEDERAL  )
    HOME LOAN MORTGAGE CORPORATION, a           )
20  corporation,                                )
                                                )
21         Defendants.                          )
                                                )
                                                )
22

23  TO:          The Clerk of the Court

24  AND TO:      Scott E. Stafne, Andrew Krawczyk, and Stafne Law Firm, Plaintiffs' Attorneys

25         Please take NOTICE that the undersigned attorneys hereby appear in the above-entitled

26  action as counsel for defendants JPMorgan Chase Bank, N.A. and Chase Home Finance LLC—

27

NOTICE OF APPEARANCE
(C11-01445 MJP) - 1
DWT 18243421v1 0036234-000100

which on May 1, 2011 merged into JPMorgan Chase Bank, NA and no longer exists as a separate entity—(collectively "Chase"), as well as Mortgage Electronic Registration Systems, Inc. and Federal Home Loan Mortgage Corporation, and request that all further papers and pleadings, except original process, be served upon the undersigned attorneys at the address below stated.

By filing this Notice of Appearance, the above referenced defendants do not waive any defense, including but not limited to any defense of insufficiency of process and insufficiency of service of process.

DATED this 20th day of September, 2011.

DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendants JPMorgan Chase Bank, Mortgage Electronic Registration Systems, Inc., and Federal Home Loan Mortgage Corp.


By /s/Fred Burnside
Fred Burnside, WSBA #32491
Rebecca J. Francis, WSBA # 32491
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Telephone: 206-622-3150
Facsimile: 206-757-7700
E-mail: fredburnside@dwt.com
E-mail: rebeccafrancis@dwt.com

NOTICE OF APPEARANCE
(C11-01445 MJP) - 2
DWT 18243421v1 0036234-000100

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

## **CERTIFICATE OF SERVICE**

The undersigned certifies under penalty of perjury under the laws of the State of Washington that I am now and at all times herein mentioned, a citizen of the United States, a resident of the state of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

On the date set forth below, I caused to be served, via the Court's CM/ECF system, a copy of the foregoing document on the following:

> Scott E. Stafne
> Andrew Krawczyk
> Stafne Law Firm
> 239 N. Olympic Avenue
> Arlington, WA  98223
> Scott.stafne@stafnelaw.com
> Andrew@stafnewlaw.com

DATED this 20th day of September, 2011.

_Sheila Rowden_ (signature)

Sheila Rowden

NOTICE OF APPEARANCE
(C11-01445 MJP) - 3
DWT 18243421v1 0036234-000100

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700