Save for Filing

Reset

**UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON**

TRAVIS MICKELSON, DANIELLE H. MICKELSON
Plaintiff(s),

v.

FEDERAL HOME LOAN MORTGAGE CORPORATION
Defendant(s).

Case No. 2:11-CV-01445

**PRAECIPE**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:
You will please:

Re-issue 2 Summons for the Following Defendants: FEDERAL HOME LOAN MORTGAGE CORPORATION aka "Freddie Mac;" MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. c/o Corporation Trust Center 1209 Orange Street, Wilmington, DE 19801 (with Corrected Business Addresses Now Indicated)

Dated Sep 28, 2011

/s/Scott E. Stafne
Signature

For: Plaintiff