The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| TRAVIS MICKELSON, DANIELLE H. MICKELSON, and the marital community thereof,<br><br>  Plaintiffs,<br><br>  v.<br><br>CHASE HOME FINANCE, LLC, an unknown entity; JPMORGAN CHASE BANK, N.A., a foreign corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a foreign corporation; NORTHWEST TRUSTEE SERVICES, INC., a domestic corporation; JOHN DOES, unknown entities; MORTGAGEIT, INC., a foreign corporation; GMAC MORTGAGE CORPORATION, a foreign corporation; CHICAGO TITLE, an unknown corporation; ROUTH CRABTREE OLSEN, P.S., a domestic Personal Services Corporation; and FEDERAL HOME LOAN MORTGAGE CORPORATION, a corporation,<br><br>  Defendants. | No. 11-01445-MJP<br><br>**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT ROUTH CRABTREE OLSEN, P.S.** |

Pursuant to F.R.C.P. 7.1, Defendant Routh Crabtree Olsen, P.S. ("RCO") hereby makes the following disclosure:

RCO is a closely held private corporation and does not have any parent corporation.

CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT ROUTH CRABTREE
OLSEN, P.S.
CASE NO. 2:11-cv-01445-MJP – PAGE 1 OF 4

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

1   No other publicly held corporation owns 10% or more of RCO's stock.

2   DATED this 28th day of September, 2011.

3                                          **ROUTH CRABTREE OLSEN, P.S.**

4

5                                          /s/  Heidi E. Buck
                                           Heidi E. Buck, WSBA #41769
6                                          Attorneys for Defendants Northwest Trustee
                                           Services, Inc. and Routh Crabtree Olsen, P.S.
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT ROUTH CRABTREE
OLSEN, P.S.
CASE NO. 2:11-cv-01445-MJP – PAGE 2 OF 4

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

**Declaration of Service**

The undersigned makes the following declaration:

1. I am now, and at all times herein mentioned was a resident of the State of Washington, over the age of eighteen years and not a party to this action, and I am competent to be a witness herein.

2. That on September 28, 2011, I caused a copy of the **Corporate Disclosure Statement of Defendant Routh Crabtree Olsen, P.S.** to be served to the following in the manner noted below:

| | |
|---|---|
| Scott E. Stafne<br>Andrew Krawczyk<br>Stafne Law Firm<br>239 N. Olympic Ave.<br>Arlington, WA  98223<br><br>Attorneys for Plaintiffs | [**X**]  US Mail, Postage Prepaid<br>[  ]  Hand Delivery<br>[  ]  Overnight Mail<br>[  ]  Facsimile |
| Fred Burnside<br>Rebecca J. Francis<br>Davis Wright Tremaine, LLP<br>1201 Third Ave., Suite 2200<br>Seattle, WA  98101-3045<br><br>Attorneys for Defendants JPMorgan Chase Bank, N.A.; Chase Home Finance, LLC; Mortgage Electronic Registration Systems, Inc.; and Federal Home Loan Mortgage Corporation | [**X**]  US Mail, Postage Prepaid<br>[  ]  Hand Delivery<br>[  ]  Overnight Mail<br>[  ]  Facsimile |

/ / /

/ / /

/ / /

CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT ROUTH CRABTREE
OLSEN, P.S.
CASE NO. 2:11-cv-01445-MJP – PAGE 3 OF 4

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

1  I declare under penalty of perjury under the laws of the state of Washington that the

2  foregoing is true and correct.

3  Signed this 28th day of September, 2011.

4

5                                                              /s/  Kristine Stephan
                                                              Kristine Stephan, Paralegal
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT ROUTH CRABTREE
OLSEN, P.S.
CASE NO. 2:11-cv-01445-MJP – PAGE 4 OF 4

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131