1

The Honorable Marsha J. Pechman

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

9

10

TRAVIS MICKELSON, DANIELLE H.
MICKELSON, and the marital community
thereof,

)
)
)

No. 11-01445-MJP

11

)

Plaintiffs,

)
)

**CORPORATE DISCLOSURE**
**STATEMENT OF DEFENDANT**
**NORTHWEST TRUSTEE**
**SERVICES, INC.**

12

13

v.

)
)
)

14

CHASE HOME FINANCE, LLC, an unknown
entity; JPMORGAN CHASE BANK, N.A., a
foreign corporation; MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS,
INC., a foreign corporation; NORTHWEST
TRUSTEE SERVICES, INC., a domestic
corporation; JOHN DOES, unknown entities;
MORTGAGEIT, INC., a foreign corporation;
GMAC MORTGAGE CORPORATION, a
foreign corporation; CHICAGO TITLE, an
unknown corporation; ROUTH CRABTREE
OLSEN, P.S., a domestic Personal Services
Corporation; and FEDERAL HOME LOAN
MORTGAGE CORPORATION, a corporation,

)
)
)
)
)
)
)
)
)
)
)
)
)
)

15

16

17

18

19

20

21

Defendants.

)
)
)

22

23

        Pursuant to F.R.C.P. 7.1, Defendant Northwest Trustee Services, Inc. ("NWTS")

24

hereby makes the following disclosure:

25

        NWTS is a closely held private corporation and does not have any parent corporation.

26

R OUTH
C RABTREE
O LSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

1        No other publicly held corporation owns 10% or more of NWTS' stock.

2        DATED this 28th day of September, 2011.

3                                              **ROUTH CRABTREE OLSEN, P.S.**

4

5                                              /s/  Heidi E. Buck

6                                              Heidi E. Buck, WSBA #41769
         Attorneys for Defendants Northwest Trustee
7                                              Services, Inc. and Routh Crabtree Olsen, P.S.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

1

**Declaration of Service**

2

The undersigned makes the following declaration:

3

1.       I am now, and at all times herein mentioned was a resident of the State of

4

5

Washington, over the age of eighteen years and not a party to this action, and I am competent

6

to be a witness herein.

7

2.       That on September 28, 2011, I caused a copy of the **Corporate Disclosure**

8

**Statement of Defendant Northwest Trustee Services, Inc.** to be served to the following in

9

the manner noted below:

10

| | |
|---|---|
| 11<br><br>12<br><br>13<br><br>14<br><br>15<br>Scott E. Stafne<br>Andrew Krawczyk<br>Stafne Law Firm<br>239 N. Olympic Ave.<br>Arlington, WA  98223<br><br>Attorneys for Plaintiffs | [**X**]  US Mail, Postage Prepaid<br>[   ]  Hand Delivery<br>[   ]  Overnight Mail<br>[   ]  Facsimile |
| Fred Burnside<br>Rebecca J. Francis<br>Davis Wright Tremaine, LLP<br>1201 Third Ave., Suite 2200<br>Seattle, WA  98101-3045<br><br>Attorneys for Defendants JPMorgan Chase<br>Bank, N.A.; Chase Home Finance, LLC;<br>Mortgage Electronic Registration Systems, Inc.;<br>and Federal Home Loan Mortgage Corporation | [**X**]  US Mail, Postage Prepaid<br>[   ]  Hand Delivery<br>[   ]  Overnight Mail<br>[   ]  Facsimile |

16

17

18

19

20

21

22

23

/ / /

24

/ / /

25

/ / /

26

/ / /

CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT NORTHWEST TRUSTEE
SERVICES, INC.
CASE NO. 2:11-cv-01445-MJP – PAGE 3 OF 4

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

1   I declare under penalty of perjury under the laws of the state of Washington that the

2   foregoing is true and correct.

3   Signed this 28th day of September, 2011.

4

5                                          /s/  Kristine Stephan
                                          Kristine Stephan, Paralegal
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT NORTHWEST TRUSTEE
SERVICES, INC.
CASE NO. 2:11-cv-01445-MJP – PAGE 4 OF 4

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131