THE HON. MARSHA J. PECHMAN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WASHINGTON
AT SEATTLE

TRAVIS MICKELSON, DANIELLE H. MICKELSON, and the marital community thereof,

Plaintiffs,

v.

CHASE HOME FINANCE LLC, an unknown entity; JPMORGAN CHASE BANK, N.A., a foreign corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a foreign corporation; NORTHWEST TRUSTEE SERVICES, INC., a domestic corporation; JOHN DOES, unknown entities; MORTGAGEIT, INC., a foreign corporation, GMAC MORTGAGE CORPORATION, a foreign corporation; CHICAGO TITLE, an unknown corporation; ROUTH CRABTRREE OLSEN, P.S., a domestic Personal Services Corporation, and FEDERAL HOME LOAN MORTGAGE CORPORATION, a corporation.

Defendants.

No. 2:11-cv-01445-9

NOTICE OF APPEARANCE OF CHICAGO TITLE INSURANCE CO.

**(CLERK'S ACTION REQUIRED)**

TO:     Scott E. Stafne and Andrew Krawczyk, Attorneys for Plaintiffs;

NOTICE OF APPEARANCE OF CHICAGO TITLE INSURANCE CO. – 1

**FIDELITY NATIONAL LAW GROUP**
A Division of Fidelity National
Title Group, Inc.
1200 – 6TH AVENUE, SUITE 620
SEATTLE, WA 98101
(206) 223-4525

1  AND TO: All other parties and their Counsel of Record;

2  AND TO: The Clerk of the US District Court, Western Dist. of WA, at Seattle:

3  YOU AND EACH OF YOU PLEASE TAKE NOTICE that Erin M. Stines hereby appears for DEFENDANT CHICAGO TITLE INSURANCE CO. OF WASHINGTON in the above-entitled cause and requests that all further papers and pleadings herein, except original process, be served upon the defendants at the address stated below.

DATED this 3rd day of October, 2011.

FIDELITY NATIONAL LAW GROUP

/s/ Erin M. Stines_____
Erin M. Stines, WSBA #31501
Fidelity National Law Group
A Division of Fidelity National
    Title Group, Inc.
1200 – 6th Avenue, Suite 620
Seattle, WA  98101
(206) 223-4525
(206) 223-4527 – FAX
erin.stines@fnf.com

*Attorney for*
*Chicago Title Insurance Company*

NOTICE OF APPEARANCE OF CHICAGO TITLE INSURANCE CO. – 2

FIDELITY NATIONAL LAW GROUP
A Division of Fidelity National
Title Group, Inc.
1200 – 6TH AVENUE, SUITE 620
SEATTLE, WA  98101
(206) 223-4525

**CERTIFICATE OF SERVICE**

I certify that on the date given below I electronically filed this document entitled NOTICE OF APPEARANCE OF CHICAGO TITLE INSURANCE COMPANY with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following persons:

Scott E Stafne
STAFNE LAW FIRM
239 NORTH OLYMPIC AVENUE
ARLINGTON, WA 98223
360-403-8700
Email: stafnelawfirm@aol.com

*Attorneys for Plaintiffs*

Fred B Burnside
Email: fredburnside@dwt.com
Rebecca J. Francis
Email: RebeccaFrancis@dwt.com
DAVIS WRIGHT TREMAINE (SEA)
1201 THIRD AVENUE STE 2200
SEATTLE, WA 98101-3045
206-757-8016
Fax: FAX 206-757-7016

*Attorneys for Defendants Chase Home Finance LLC, JPMorgan Chase Bank, N.A., Mortgage Electronic Registration Systems Inc. and Federal Home Loan Mortgage Corporation*

NOTICE OF APPEARANCE OF CHICAGO TITLE INSURANCE CO. – 3

FIDELITY NATIONAL LAW GROUP
A Division of Fidelity National
Title Group, Inc.
1200 – 6TH AVENUE, SUITE 620
SEATTLE, WA 98101
(206) 223-4525

Heidi E. Buck
ROUTH CRABTREE OLSEN
13555 SE 36TH STREET, STE 300
BELLEVUE, WA 98006
425-213-5534
Email: hbuck@rcolegal.com

*Attorneys for Defendants
Northwest Trustee Services Inc.
and Routh Crabtree Olsen PS*

**SIGNED** this 3rd day of October, at Seattle, Washington.

/s/ Erin M. Stines_____

NOTICE OF APPEARANCE OF CHICAGO TITLE INSURANCE CO. – 4

**FIDELITY NATIONAL LAW GROUP**
A Division of Fidelity National
Title Group, Inc.
1200 – 6TH AVENUE, SUITE 620
SEATTLE, WA 98101
(206) 223-4525