Judge Marsha J. Pechman

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

TRAVIS MICKELSON, DANIELLE H. MICKELSON, and the marital community thereof

Plaintiffs,

vs.

CHASE HOME FINANCE LLC, an unknown entity; JPMORGAN CHASE BANK, N.A., a foreign corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a foreign corporation; NORTHWEST TRUSTEE SERVICES, INC., a domestic corporation; MORTGAGEIT, INC., a foreign corporation, GMAC MORTGAGE CORPORATION, a foreign corporation; CHICAGO TITLE, an unknown corporation; ROUTH CRABTREE OLSEN, P.S., a domestic Personal Services Corporation, and FEDERAL HOME LOAN MORTGAGE CORPORATION, a corporation;

Defendants.

NO. 2:11-cv-01445

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AGAINST GMAC MORTGAGE CORPORATION

TO: GMAC MORTGAGE CORPORATION

AND TO: CHASE HOME FINANCE LLC; JPMORGAN CHASE BANK, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; FEDERAL HOME LOAN MORTGAGE CORPORATION; by and through their Attorneys Fred B Burnside and Rebecca J. Francis, Davis Wright Tremaine,

AND TO: NORTHWEST TRUSTEE SERVICES, INC. and ROUTH CRABTREE OLSEN, P.S.; by and through their Attorney Heidi E. Buck Routh Crabtree Olsen, P.S.;

AND TO: CHICAGO TITLE, by and through their Attorney Erin McDougal Stines, Fidelity National Law Group.

AND TO: MORTGAGEIT, INC.

YOU AND EACH OF YOU TAKE NOTICE, pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and *Pedrina v. Chun*, 987 F.2d 608, 609 (9th Cir. 1993) (plaintiff may voluntarily dismiss some defendants without court order); the Plaintiffs Travis and Danielle Mickelson through undersigned counsel, hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against the following defendant:

GMAC MORTGAGE CORPORATION

///

///

///

Notice is proper as no Defendant has served an answer or a motion for summary judgment in this matter.

DATED THIS 7th day of October, 2011. by:

___/s/ Scott E. Stafne_____________
Scott E. Stafne, WSBA# 6964
Stafne Law Firm
239 N. Olympic Avenue
Arlington, WA 98223
Telephone: (360) 403-8700
Fax: (360) 386-4005
scott.stafne@stafnelawfirm.com
Attorney for Plaintiffs the Mickelsons

**CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Fred B Burnside at fredburnside@dwt.com, Rebecca J. Francis at RebeccaFrancis@dwt.com, Heidi E. Buck at hbuck@rcolegal.com, Erin McDougal Stines at erin.stines@fnf.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

GMAC MORTGAGE CORPORATION, c/o CORPORATION SERVICES COMPANY, 300 Deschutes Way SW, Suite 304, Tumwater, WA 98501.

MORTGAGEIT, INC., c/o CT CORPORATION, 1801 West Bay Dr. NW, STE 206, Olympia, WA 98502

STAFNE LAW FIRM

/s/ Andrew Krawczyk_______________
On behalf of Scott Stafne, WSBA# 6964
Andrew Krawczyk, WSBA # 42982
Andrew@stafnelawfirm.com