**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON**

TRAVIS MICKELSON, DANIELLE H. MICKELSON

Plaintiff(s),

v.

CHASE HOME FINANCE LLC, an unknown entity; JP MORGAN CHASE BANK, N.A., a foreign corporation;
Defendant(s).

Case No.   2:11-CV-01445

**CERTIFICATE OF SERVICE**

I hereby certify that on Oct 11, 2011 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

GMAC MORTGAGE CORP.; JP MORGAN CHASE & CO.; CHASE HOM FINANCE, LLC; CHICAGO TITLE; NORTHWEST TRUSTEE SERVICES; MORTAGAGEIT, INC.; ROUTH CRABTREE OLSEN;

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Dated   Oct 11, 2011

/s/ Carl D. Alvarado

Sign or use a "s/" and your name

Scott E. Stafne WSBA No. 6964
Andrew J. Krawczyk WSBA No. 42982
The Stafne Law Firm
239 North Olympic Avenue
Arlington, Washington 98223
(360)403-8700
Fax: (360) 386-4005
Email: scott.stafne@stafnelawfirm.com
Attorney for Plaintiffs