THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRAVIS MICKELSON, DANIELLE H. MICKELSON, and the marital community thereof,<br><br>    Plaintiffs,<br><br>    v.<br><br>CHASE HOME FINANCE LLC, an unknown entity; JPMORGAN CHASE BANK, N.A., a foreign corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a foreign corporation; NORTHWEST TRUSTEE SERVICES, INC., a domestic corporation; JOHN DOES, unknown entities; MORTGAGEIT, INC., a foreign corporation; GMAC MORTGAGE CORPORATION, a foreign corporation; CHICAGO TITLE, an unknown corporation; ROUTH CRABTREE OLSEN, P.S., a domestic Personal Services Corporation, and FEDERAL HOME LOAN MORTGAGE CORPORATION, a corporation;,<br><br>    Defendants. | No. 2:11-cv-01445 MJP<br><br>**NOTICE OF APPEARANCE OF DEFENDANT MORTGAGEIT, INC.** |

TO:         Travis Mickelson and Danielle H. Mickelson, Plaintiffs

AND TO:   Scott E. Stafne, their attorneys of record

AND TO:   THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that defendant, MORTGAGEIT, INC., hereby enters its appearance in the above-entitled action by its attorneys, John S. Devlin, and Andrew G. Yates,

NOTICE OF APPEARANCE OF DEFENDANT
MORTGAGEIT, INC. - 1
Case No. 2:11-cv-01445 MJP

126272.0001/5191892.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

1  and the law firm of Lane Powell PC, without waiving objections as to improper service or
2  jurisdiction, and respectfully requests that all papers and pleadings in said cause, other than
3  process, be served upon the undersigned attorneys at their office below stated.

4       DATED: October 11, 2011

                                    LANE POWELL PC

                                    By *s/John S. Devlin*

                                    By *s/Andrew G. Yates*
                                        John S. Devlin III, WSBA No. 23988
                                        Andrew G. Yates, WSBA No. 34239
                                        1420 Fifth Avenue, Suite 4100
                                        Seattle, WA  98101
                                        Telephone: 206-223-7000
                                        Facsimile:  206-223-7107
                                        Email: devlinj@lanepowell.com
                                            yatesa@lanepowell.com

                                    Attorneys for Defendant MORTGAGEIT, INC.

NOTICE OF APPEARANCE OF DEFENDANT
MORTGAGEIT, INC. - 2
Case No. 2:11-cv-01445-MJP
126272.0001/5191892.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON  98101-2338
206.223.7000 FAX: 206.223.7107

## **CERTIFICATE OF SERVICE**

Pursuant to RCW 9.A.72.085, the undersigned certifies under penalty of perjury under the laws of the State of Washington, that on the 11th day of October, 2011, the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following persons:

**Attorneys for Plaintiffs:**
Mr. Scott E. Stafne
Stafne Law Firm
239 N Olympic Avenue
Arlington, WA  98223-1336
Telephone: (360) 403-8700
Facsimile: (360) 386-4005
E-Mail: scott@stafnelawfirm.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Executed on 11th day of October, 2011, at Seattle, Washington.

          s/ *John S. Devlin*
          Signature of Attorney
          John S. Devlin III, WSBA No. 23988
          Andrew Yates, WSBA No. 34239
          1420 Fifth Avenue, Suite 4100
          Seattle, WA  98101
          Telephone: 206-223-7000
          Facsimile:  206-223-7107
          Email: devlinj@lanepowell.com
                 yatesa@lanepowell.com
          Attorneys for Defendant MORTGAGEIT, INC.

NOTICE OF APPEARANCE OF DEFENDANT
MORTGAGEIT, INC. - 3
Case No. 2:11-cv-01445-MJP
126272.0001/5191892.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON  98101-2338
206.223.7000 FAX: 206.223.7107