# EXHIBIT A

09/19/2008 01:59:06 PM
Recording Fee $14.00  Page 1 of 1
Appointment Of Successor Trustee
Island County Washington

4236911

After Recording Return to:
Vonnie McElligott
Northwest Trustee Services, Inc.
P.O. Box 997
Bellevue, WA 98009-0997

# Appointment of Successor Trustee

*$55876 $14*

File No. 7037.16475

Travis Mickelson and Danielle H. Mickelson, husband and wife is/are the grantor(s), Chicago Title is the trustee and Mortgage Electronic Registration Systems, Inc. solely as nominee for Lender and Lender's successors and assigns is the beneficiary under that certain deed of trust dated 11/22/05 and recorded on 11/29/05 under Island County, Washington Auditor's File No. 4155570.

The present beneficiary under said deed of trust appoints Northwest Trustee Services, Inc., a Washington corporation, whose address is P.O. Box 997, Bellevue, WA 98009-0997, as successor trustee under the deed of trust with all powers of the original trustee.

The undersigned present beneficiary warrants and represents that, as of the date this Appointment of Successor Trustee has been executed and acknowledged, it is the owner and holder of the obligation secured by the subject deed of trust and is not holding the same as security for a different obligation.

Chase Home Finance LLC successor by merger to Chase
Manhattan Mortgage Corporation
Jeff Stenman, Attorney-in-Fact by Power of Attorney recorded
October 28, 2005 under Island County, Washington Auditor's File
No. 4152512

By _____

STATE OF WASHINGTON)

)ss

COUNTY OF KING)

I certify that I know or have satisfactory evidence that JEFF STENMAN is the person who appeared before me, and said person acknowledged that (he) signed this instrument, on oath stated that (he) was authorized to execute the instrument and acknowledged it as the ATTORNEY-IN-FACT of CHASE HOME FINANCE LLC to be the free and voluntary act of such party for the uses and purposes mentioned in the instrument.

Dated: SEPTEMBER 18, 2008

RHEA S. PRE
STATE OF WASHINGTON
NOTARY — • — PUBLIC
MY COMMISSION EXPIRES  04-22-10

Notary Public in and for the State of WASHINGTON
Residing at RENTON
My appointment expires 4-22-10