THE HONORABLE MARSHA J. PECHMAN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRAVIS MICKELSON, DANIELLE H. MICKELSON, and the marital community thereof,<br><br>Plaintiffs,<br><br>v.<br><br>CHASE HOME FINANCE LLC, an unknown entity; JPMORGAN CHASE BANK, N.A., a foreign corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a foreign corporation; NORTHWEST TRUSTEE SERVICES, INC., a domestic corporation; JOHN DOES, unknown entities; MORTGAGEIT, INC., a foreign corporation, GMAC MORTGAGE CORPORATION, a foreign corporation; CHICAGO TITLE, an unknown corporation; ROUTH CRABTRREE OLSEN, P.S., a domestic Personal Services Corporation, and FEDERAL HOME LOAN MORTGAGE CORPORATION, a corporation.<br><br>Defendants. | No. 2:11-cv-01445-9<br><br>ORDER GRANTING CHICAGO TITLE INSURANCE COMPANY'S MOTION TO DISMISS<br><br>[PROPOSED]<br><br>**NOTE ON MOTION CALENDAR:**<br>**Friday, November 4, 2011** |

[PROPOSED] ORDER GRANTING CHICAGO TITLE INSURANCE COMPANY'S MOTION TO DISMISS – 1

1  This matter having come before this Court on Chicago Title Insurance Company's ("Chicago") Motion to Dismiss, the court having reviewed the pleadings and records on file, including the response and reply, and deeming itself fully advised, NOW THEREFORE, ORDERS AS FOLLOWS:

(1) Chicago Title Insurance Company's Motion to Dismiss is GRANTED. Chicago is dismissed from this lawsuit with prejudice.

DONE IN OPEN COURT this _____ day of _____, 2011.

_____
The Honorable Marsha J. Pechman

Prepared and presented by:

*/s/ Erin M. Stines*_____ _____
Erin M. Stines, WSBA #31501
Fidelity National Law Group
A Division of Fidelity National Title Group, Inc.
1200 - 6th Avenue, Suite 620
Seattle, WA 98101
(206) 223-4525 ext. 105
(877) 655-5286 – FAX
erin.stines@fnf.com

*Attorneys for Defendant*
*Chicago Title Insurance Company*

[PROPOSED] ORDER GRANTING CHICAGO TITLE INSURANCE COMPANY'S MOTION TO DISMISS – 2

FIDELITY NATIONAL LAW GROUP
A Division of Fidelity National Title Group, Inc.
1200 – 6TH AVENUE, SUITE 620
SEATTLE, WA 98101
(206) 223-4525

1  Approved as to form,
   Notice of Presentation waived by:
2
   STAFNE LAW FIRM
3

   _____
4
   Scott E. Stafne , WSBA No. 6964
   STAFNE LAW FIRM
5  239 NORTH OLYMPIC AVENUE
   ARLINGTON, WA 98223
6  360-403-8700
   360- 386-4005 - FAX
7  *Attorneys for Plaintiffs*

8

   DAVIS WRIGHT TREMAINE (SEA)
9

   _____
10
   Fred B Burnside, WSBA No. 32491
   Rebecca J. Francis. WSBA No. 41196
11 DAVIS WRIGHT TREMAINE (SEA)
   1201 THIRD AVENUE STE 2200
12 SEATTLE, WA 98101-3045
   206-757-8016
13 206-757-7016 – FAX
   *Attorneys for Defendants*
14 *Chase Home Finance LLC,*
   *JPMorgan Chase Bank, N.A.,*
15 *Mortgage Electronic Registration Systems Inc.*
    *and Federal Home Loan Mortgage Corporation*
16

17 ROUTH CRABTREE OLSEN

18
   _____
   Heidi E. Buck, WSBA No. 41769
19 ROUTH CRABTREE OLSEN
   13555 SE 36TH STREET, STE 300
20 BELLEVUE, WA 98006
   425-213-5534
21 425-283-5968 - FAX
   *Attorneys for Defendants*
22 *Northwest Trustee Services Inc.*
   *and Routh Crabtree Olsen PS*
23

[PROPOSED] ORDER GRANTING CHICAGO TITLE INSURANCE
COMPANY'S MOTION TO DISMISS – 3

**FIDELITY NATIONAL LAW GROUP**
A Division of Fidelity National
Title Group, Inc.
1200 – 6TH AVENUE, SUITE 620
SEATTLE, WA  98101
(206) 223-4525

1 | LANE POWELL PC

2

3 | _____
John S. Devlin, III, WSBA No. 23998
Andrew G. Yates, WSBA No. 34239
4 | LANE POWELL PC
1420 FIFTH AVE., SUITE 4100
5 | SEATTLE, WA  98101
206-223-7000
6 | 206-223-7010 –FAX
*Attorneys for Defendant*
7 | *Mortgageit, Inc*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

[PROPOSED] ORDER GRANTING CHICAGO TITLE INSURANCE
COMPANY'S MOTION TO DISMISS – 4

**FIDELITY NATIONAL LAW GROUP**
A Division of Fidelity National
Title Group, Inc.
1200 – 6TH AVENUE, SUITE 620
SEATTLE, WA  98101
(206) 223-4525

# CERTIFICATE OF SERVICE

I certify that on the date given below I electronically filed this document entitled [PROPOSED] ORDER GRANTING CHICAGO TITLE INSURANCE COMPANY'S MOTION TO DISMISS with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following persons:

| | |
|---|---|
| Scott E. Stafne , WSBA No. 6964<br>STAFNE LAW FIRM<br>239 NORTH OLYMPIC AVENUE<br>ARLINGTON, WA 98223<br>360-403-8700<br>360- 386-4005 - FAX<br>Email: scott.stafne@stafnelawfirm.com<br>*Attorneys for Plaintiffs* | Heidi E. Buck, WSBA No. 41769<br>ROUTH CRABTREE OLSEN<br>13555 SE 36TH STREET, STE 300<br>BELLEVUE, WA 98006<br>425-213-5534<br>425-283-5968 - FAX<br>Email: hbuck@rcolegal.com<br>*Attorneys for Defendants*<br>*Northwest Trustee Services Inc.*<br>*and Routh Crabtree Olsen PS* |
| Fred B Burnside, WSBA No. 32491<br>Email: fredburnside@dwt.com<br>Rebecca J. Francis. WSBA No. 41196<br>Email: RebeccaFrancis@dwt.com<br>DAVIS WRIGHT TREMAINE (SEA)<br>1201 THIRD AVENUE STE 2200<br>SEATTLE, WA 98101-3045<br>206-757-8016<br>206-757-7016 – FAX<br>*Attorneys for Defendants*<br>*Chase Home Finance LLC,*<br>*JPMorgan Chase Bank, N.A.,*<br>*Mortgage Electronic Registration Systems Inc.*<br>*and Federal Home Loan Mortgage Corporation* | John S. Devlin, III, WSBA No. 23998<br>Email: devlinj@lanepowell.com<br>Andrew G. Yates, WSBA No. 34239<br>yatesa@lanepowell.com<br>LANE POWELL PC<br>1420 FIFTH AVE., SUITE 4100<br>SEATTLE, WA 98101<br>206-223-7000<br>206-223-7010 –FAX<br>*Attorneys for Defendant*<br>*Mortgageit, Inc* |

**SIGNED** this 13th day of October, at Seattle, Washington.

*/s/ Erin M. Stines*

[PROPOSED] ORDER GRANTING CHICAGO TITLE INSURANCE COMPANY'S MOTION TO DISMISS – 5

**FIDELITY NATIONAL LAW GROUP**
A Division of Fidelity National Title Group, Inc.
1200 – 6TH AVENUE, SUITE 620
SEATTLE, WA 98101
(206) 223-4525