THE HON. MARSHA J. PECHMAN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRAVIS MICKELSON, DANIELLE H. MICKELSON, and the marital community thereof,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>CHASE HOME FINANCE LLC, an unknown entity; JPMORGAN CHASE BANK, N.A., a foreign corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a foreign corporation; NORTHWEST TRUSTEE SERVICES, INC., a domestic corporation; JOHN DOES, unknown entities; MORTGAGEIT, INC., a foreign corporation, GMAC MORTGAGE CORPORATION, a foreign corporation; CHICAGO TITLE, an unknown corporation; ROUTH CRABTRREE OLSEN, P.S., a domestic Personal Services Corporation, and FEDERAL HOME LOAN MORTGAGE CORPORATION, a corporation.<br><br>　　　　　　Defendants. | No. 2:11-cv-01445-9<br><br>**DEFENDANT CHICAGO TITLE INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT** |

DEFENDANT CHICAGO TITLE INSURANCE COMPANY'S
CORPORATE DISCLOSURE STATEMENT – 1
No. 2:11-cv-01445-9

FIDELITY NATIONAL LAW GROUP
A Division of Fidelity National
Title Group, Inc.
1200 – 6TH AVENUE, SUITE 620
SEATTLE, WA 98101
(206) 223-4525

1  Pursuant to Fed. R. Civ. P. 7.1(a), Defendant Chicago Title Insurance Company, by
2  and through its counsel, hereby certifies as follows:

3  Chicago Title Insurance Company is and has been a subsidiary of Chicago Title and
4  Trust Company since at least April, 28, 1976.

5  Chicago Title and Trust Company is a direct sub-entity of Fidelity National Title
6  Group, Inc. from October 23, 2006, to the present.

7  Fidelity National Title Group, Inc.'s sole shareholder from June 27, 2006, to the
8  present is Fidelity National Financial, Inc.

9  Fidelity National Financial, Inc. is a publicly held company.

10  DATED this 18th day of October, 2011.

11  FIDELITY NATIONAL LAW GROUP

13  /s/ Erin M. Stines
Erin M. Stines, WSBA #31501
Fidelity National Law Group
14  A Division of Fidelity National
     Title Group, Inc.
15  1200 – 6th Avenue, Suite 620
Seattle, WA  98101
16  (206) 223-4525
(206) 223-4527 – FAX
17  erin.stines@fnf.com

18  *Attorney for Chicago Title Insurance Co.*

**DEFENDANT CHICAGO TITLE INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT** – 2
No. 2:11-cv-01445-9

FIDELITY NATIONAL LAW GROUP
A Division of Fidelity National
Title Group, Inc.
1200 – 6TH AVENUE, SUITE 620
SEATTLE, WA  98101
(206) 223-4525

**CERTIFICATE OF SERVICE**

I certify that on the date given below I electronically filed this document entitled **DEFENDANT CHICAGO TITLE INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following persons:

Scott E. Stafne , WSBA No. 6964
STAFNE LAW FIRM
239 NORTH OLYMPIC AVENUE
ARLINGTON, WA 98223
360-403-8700
360- 386-4005 - FAX
Email: scott.stafne@stafnelawfirm.com
*Attorneys for Plaintiffs*

Fred B Burnside, WSBA No. 32491
Email: fredburnside@dwt.com
Rebecca J. Francis. WSBA No. 41196
Email: RebeccaFrancis@dwt.com
DAVIS WRIGHT TREMAINE (SEA)
1201 THIRD AVENUE STE 2200
SEATTLE, WA 98101-3045
206-757-8016
206-757-7016 – FAX
*Attorneys for Defendants*
*Chase Home Finance LLC,*
*JPMorgan Chase Bank, N.A.,*
*Mortgage Electronic Registration Systems Inc.*
*and Federal Home Loan Mortgage Corporation*

Heidi E. Buck**,** WSBA No. 41769
ROUTH CRABTREE OLSEN
13555 SE 36TH STREET, STE 300
BELLEVUE, WA 98006
425-213-5534
425-283-5968 - FAX
Email: hbuck@rcolegal.com
*Attorneys for Defendants*
*Northwest Trustee Services Inc.*
*and Routh Crabtree Olsen PS*

**DEFENDANT CHICAGO TITLE INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT** – 3
No. 2:11-cv-01445-9

FIDELITY NATIONAL LAW GROUP
A Division of Fidelity National
Title Group, Inc.
1200 – 6TH AVENUE, SUITE 620
SEATTLE, WA  98101
(206) 223-4525

1   John S. Devlin, III, WSBA No. 23998
    Email:  devlinj@lanepowell.com
2   Andrew G. Yates, WSBA No. 34239
    yatesa@lanepowell.com
3   LANE POWELL PC
    1420 FIFTH AVE., SUITE 4100
4   SEATTLE, WA  98101
    206-223-7000
5   206-223-7010 –FAX
    *Attorneys for Defendant*
6   *Mortgageit, Inc*

7

8       **SIGNED** this 18th day of October, at Seattle, Washington.

9

10                                  */s/ Erin M. Stines*_____

11

12

13

14

15

16

17

18

19

20

21

22

23

**DEFENDANT CHICAGO TITLE INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT** – 4
No. 2:11-cv-01445-9

FIDELITY NATIONAL LAW GROUP
A Division of Fidelity National
Title Group, Inc.
1200 – 6TH AVENUE, SUITE 620
SEATTLE, WA  98101
(206) 223-4525