# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON

TRAVIS MICKELSON, DANIELLE H. MICKELSON

Plaintiff(s),

v.

MORTGAGE ELECTRONIC REGISTRATION SYSTEM

Defendant(s).

Case No. 2:11-CV-01445MJP

**CERTIFICATE OF SERVICE**

I hereby certify that on Oct 21, 2011 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Summons in a Civil Action and Proof of Service upon Mortgage Electronic Registration System as accepted by Scott LaScala on 10/172011

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Dated  Oct 21, 2011

/s/Carl D. Alvarado

Sign or use a "s/" and your name