The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TRAVIS MICKELSON, DANIELLE H. MICKELSON, and the marital community thereof,<br><br>Plaintiffs,<br><br>v.<br><br>CHASE HOME FINANCE LLC, et al.,<br><br>Defendants. | No. C11-01445 MJP<br><br>CORPORATE DISCLOSURE STATEMENT OF DEFENDANT JPMORGAN CHASE BANK, N.A. |

Pursuant to Fed. R. Civ. P. 7.1(a), Defendant JPMorgan Chase Bank, N.A., by and through its counsel, hereby certifies as follows:

Chase Home Finance LLC merged into JPMorgan Chase Bank, N.A. on May 1, 2011. Chase Bank Finance no longer exists as a separate entity. JPMorgan Chase Bank, N.A. is a wholly-owned subsidiary of JPMorgan Chase & Co. JPMorgan Chase & Co. is a publicly-held corporation, and no entity owns more than ten percent of its stock.

CORPORATE DISCLOSURE STATEMENT OF
JPMORGAN CHASE BANK, N.A. (C11-01445 MJP) — 1
DWT 18427981v1 0036234-000130

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

1  DATED this 25th day of October, 2011.

2

3   Davis Wright Tremaine LLP
    Attorneys for Defendants JPMorgan Chase Bank,
    N.A.; Mortgage Electronic Registration Systems
4   Inc.; and Federal Home Loan Corporation

5
    By   *s/ Fred B. Burnside*
6        Fred B. Burnside, WSBA #32491
         Rebecca Francis, WSBA #41196
7        1201 Third Avenue, Suite 2200
         Seattle, WA  98101-3045
8        Telephone:  206-622-3150
         Facsimile:   206-757-7700
9        E-mail:  fredburnside@dwt.com
         E-mail:  rebeccafrancis@dwt.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

CORPORATE DISCLOSURE STATEMENT OF
JPMORGAN CHASE BANK, N.A. (C11-01445 MJP) — 2
DWT 18427981v1 0036234-000130

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700

CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on October 25, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Heidi E. Buck**
  hbuck@rcolegal.com,tkwong@rcolegal.com,buck4343@gmail.com
- **John S Devlin , III**
  devlinj@lanepowell.com,Docketing-SEA@LanePowell.com,burrusl@lanepowell.com
- **Scott E Stafne**
  stafnelawfirm@aol.com,wwactfilings@aol.com
- **Erin McDougal Stines**
  erin.stines@fnf.com,nancy.hunt@fnf.com,cindy.rochelle@fnf.com
- **Andrew Gordon Yates**
  yatesa@lanepowell.com,docketing-sea@lanepowell.com,strayerd@lanepowell.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

DATED this 25th day of October, 2011.

        Davis Wright Tremaine LLP
        Attorneys for Defendants JPMorgan Chase Bank, N.A.; Mortgage Electronic Registration Systems Inc.; and Federal Home Loan Corporation

        By   *s/ Fred B. Burnside*
            Fred B. Burnside, WSBA #32491
            1201 Third Avenue, Suite 2200
            Seattle, WA 98101-3045
            Telephone: 206-622-3150
            Facsimile: 206-757-7700
            E-mail: fredburnside@dwt.com

CORPORATE DISCLOSURE STATEMENT OF
JPMORGAN CHASE BANK, N.A. (C11-01445 MJP) — 3
DWT 18427981v1 0036234-000130

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700