The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRAVIS MICKELSON, DANIELLE H. MICKELSON, and the marital community thereof,<br><br>                       Plaintiffs,<br><br>   v.<br><br>CHASE HOME FINANCE LLC, et al.,<br><br>                       Defendants. | No. C11-01445 MJP<br><br>CORPORATE DISCLOSURE STATEMENT OF DEFENDANT MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. |

Pursuant to Fed. R. Civ. P. 7.1, Defendant Mortgage Electronic Registration Systems, Inc. ("MERS") makes this Corporate Disclosure Statement.

Defendant Mortgage Electronic Registration Systems, Inc. is a wholly-owned subsidiary of MERSCORP, Inc., a privately-held Delaware stock corporation. No publicly-held company owns ten percent or more of MERS's stock.

CORPORATE DISCLOSURE STATEMENT OF MERS
(C11-01445 MJP) — 1
DWT 18428055v1 0036234-000130

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

1     DATED this 25th day of October, 2011.

2

3                                      Davis Wright Tremaine LLP
Attorneys for Defendants JPMorgan Chase Bank,
N.A.; Mortgage Electronic Registration Systems
4                                      Inc.; and Federal Home Loan Corporation

5

6                                      By  *s/ Fred B. Burnside*
                                          Fred B. Burnside, WSBA #32491
7                                          Rebecca Francis, WSBA #41196
                                         1201 Third Avenue, Suite 2200
8                                          Seattle, WA  98101-3045
                                         Telephone:  206-622-3150
9                                          Facsimile:   206-757-7700
                                         E-mail:  fredburnside@dwt.com
10                                         E-mail:  rebeccafrancis@dwt.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

CORPORATE DISCLOSURE STATEMENT OF MERS
(C11-01445 MJP) — 2
DWT 18428055v1 0036234-000130

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on October 25, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Heidi E. Buck**
  hbuck@rcolegal.com,tkwong@rcolegal.com,buck4343@gmail.com
- **John S Devlin , III**
  devlinj@lanepowell.com,Docketing-SEA@LanePowell.com,burrusl@lanepowell.com
- **Scott E Stafne**
  stafnelawfirm@aol.com,wwactfilings@aol.com
- **Erin McDougal Stines**
  erin.stines@fnf.com,nancy.hunt@fnf.com,cindy.rochelle@fnf.com
- **Andrew Gordon Yates**
  yatesa@lanepowell.com,docketing-sea@lanepowell.com,strayerd@lanepowell.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

DATED this 25th day of October, 2011.

        Davis Wright Tremaine LLP
        Attorneys for Defendants JPMorgan Chase Bank, N.A.; Mortgage Electronic Registration Systems Inc.; and Federal Home Loan Corporation

        By   *s/ Fred B. Burnside*
            Fred B. Burnside, WSBA #32491
            1201 Third Avenue, Suite 2200
            Seattle, WA 98101-3045
            Telephone: 206-622-3150
            Facsimile: 206-757-7700
            E-mail: fredburnside@dwt.com

CORPORATE DISCLOSURE STATEMENT OF DEFENDANT MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC. (C11-01445 MJP) — 3
DWT 18428055v1 0036234-000130

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700