The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRAVIS MICKELSON, DANIELLE H. MICKELSON, and the marital community thereof,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CHASE HOME FINANCE LLC, et al.,<br><br>　　　　　　　　Defendants. | No. C11-01445 MJP<br><br>CORPORATE DISCLOSURE STATEMENT OF DEFENDANT FEDERAL HOME LOAN CORPORATION |

Pursuant to Fed. R. Civ. P. 7.1(a), Defendant Federal Home Loan Corporation ("Freddie Mac") by and through its counsel, hereby certifies as follows:

Freddie Mac is a publicly-traded corporation, with no parent corporation and no publicly-held corporation owning ten percent or more of its stock.

CORPORATE DISCLOSURE STATEMENT OF FREDDIE MAC
(C11-01445 MJP) — 1

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

1  DATED this 25th day of October, 2011.

Davis Wright Tremaine LLP
Attorneys for Defendants JPMorgan Chase Bank, N.A.; Mortgage Electronic Registration Systems Inc.; and Federal Home Loan Corporation

By   *s/ Fred B. Burnside*
   Fred B. Burnside, WSBA #32491
   Rebecca Francis, WSBA #41196
   1201 Third Avenue, Suite 2200
   Seattle, WA  98101-3045
   Telephone:  206-622-3150
   Facsimile:   206-757-7700
   E-mail:  fredburnside@dwt.com
   E-mail:  rebeccafrancis@dwt.com

CORPORATE DISCLOSURE STATEMENT OF FREDDIE MAC
(C11-01445 MJP) — 2

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on October 25, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Heidi E. Buck**
  hbuck@rcolegal.com,tkwong@rcolegal.com,buck4343@gmail.com
- **John S Devlin , III**
  devlinj@lanepowell.com,Docketing-SEA@LanePowell.com,burrusl@lanepowell.com
- **Scott E Stafne**
  stafnelawfirm@aol.com,wwactfilings@aol.com
- **Erin McDougal Stines**
  erin.stines@fnf.com,nancy.hunt@fnf.com,cindy.rochelle@fnf.com
- **Andrew Gordon Yates**
  yatesa@lanepowell.com,docketing-sea@lanepowell.com,strayerd@lanepowell.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

DATED this 25th day of October, 2011.

        Davis Wright Tremaine LLP
        Attorneys for Defendants JPMorgan Chase Bank, N.A.; Mortgage Electronic Registration Systems Inc.; and Federal Home Loan Corporation

        By   *s/ Fred B. Burnside*
        Fred B. Burnside, WSBA #32491
        1201 Third Avenue, Suite 2200
        Seattle, WA 98101-3045
        Telephone:  206-622-3150
        Facsimile:  206-757-7700
        E-mail:  fredburnside@dwt.com

CORPORATE DISCLOSURE STATEMENT OF DEFENDANT FEDERAL HOME LOAN CORPORATION (C11-01445 MJP) — 3

DWT 18428091v1 0036234-000130

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700