THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRAVIS MICKELSON, DANIELLE H. MICKELSON, and the marital community thereof,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CHASE HOME FINANCE LLC, an unknown entity; JPMORGAN CHASE BANK, N.A., a foreign corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a foreign corporation; NORTHWEST TRUSTEE SERVICES, INC., a domestic corporation; JOHN DOES, unknown entities; MORTGAGEIT, INC., a foreign corporation; GMAC MORTGAGE CORPORATION, a foreign corporation; CHICAGO TITLE, an unknown corporation; ROUTH CRABTREE OLSEN, P.S., a domestic Personal Services Corporation, and FEDERAL HOME LOAN MORTGAGE CORPORATION, a corporation;,<br><br>　　　　　　　　　　　　Defendants. | No. 2:11-cv-01445 MJP<br><br>**DEFENDANT MORTGAGEIT'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. 7.1, Defendant MortgageIT, Inc. states that it is a wholly owned subsidiary of MIT Holdings, Inc., which is a wholly owned subsidiary of DB Structured Products, Inc., which is a wholly owned subsidiary of DB U.S. Financial Markets Holding Corporation, which is a wholly owned subsidiary of Taunus Corporation, which is a wholly owned subsidiary of Deutsche Bank AG, a publicly traded corporation.

DEFENDANT MORTGAGEIT'S FED. R. CIV. P. 7.1
DISCLOSURE STATEMENT - 1
Case No. 2:11-cv-01445 MJP
126272.0001/5202123.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

1  DATED: October 26th, 2011

2                                          LANE POWELL PC

3

4                                      By *s/John S. Devlin*
                                          John S. Devlin III, WSBA No. 23988
5                                         Andrew G. Yates, WSBA No. 34239
                                          1420 Fifth Ave., Suite 4100
6                                         Seattle, WA  98101
                                          Telephone:  206-223-7000
7                                         Facsimile:  206-223-7107
                                          Email: devlinj@lanepowell.com
8                                                yatesa@lanepowell.com

9                                      Attorneys for Defendant MortgageIT, Inc.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

DEFENDANT MORTGAGEIT'S FED. R. CIV. P. 7.1
DISCLOSURE STATEMENT - 2
Case No. 2:11-cv-01445-MJP
126272.0001/5202123.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON  98101-2338
206.223.7000 FAX: 206.223.7107

# CERTIFICATE OF SERVICE

Pursuant to RCW 9.A.72.085, the undersigned certifies under penalty of perjury under the laws of the State of Washington, that on the 26th day of October, 2011, the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following persons:

| | |
|---|---|
| Scott E. Stafne<br>Stafne Law Firm<br>239 N Olympic Avenue<br>Arlington, WA  98223-1336<br>Telephone: (360) 403-8700<br>Facsimile: (360) 386-4005<br>E-Mail: scott@stafnelawfirm.com | Fred B Burnside<br>Rebecca J. Francis<br>Davis Wright Tremaine (SEA)<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>Telephone: 206-757-8016<br>Facsimile: 206-757-7016<br>Email: fredburnside@dwt.com<br>          RebeccaFrancis@dwt.com |
| Heidi E. Buck<br>Routh Crabtree Olsen<br>13555 SE 36th Street, Suite 300<br>Bellevue, WA 98006<br>Telephone : 425-213-5534<br>Email: hbuck@rcolegal.com | Erin McDougal Stines<br>Fidelity National Law Group<br>1200 6th Avenue Suite 620<br>Seattle, WA 98101<br>Telephone: (206) 224-6005<br>Facsimile: (877) 655-5286<br>Email: erin.stines@fnf.com |

Executed on 26th day of October, 2011, at Seattle, Washington.

s/ *John S. Devlin*
Signature of Attorney
WSBA #:  23988
Typed Name:  John S. Devlin III
Address:  1420 Fifth Avenue, Suite 4100
Telephone:  206-223-7000
Fax:  206-223-7107
E-mail:  devlinj@lanepowell.com
Attorney(s) For:  Defendant Mortgage IT, Inc.

DEFENDANT MORTGAGEIT'S FED. R. CIV. P. 7.1
DISCLOSURE STATEMENT - 3
Case No. 2:11-cv-01445-MJP
126272.0001/5202123.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON  98101-2338
206.223.7000 FAX: 206.223.7107