# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON

Travis Mickelson, Danielle H. Mickelson, and the marital community there of,
  Plaintiff(s),

v.

CHASE HOME FINANCE LLC, an unknown entity; JP MORGAN CHASE BANK, N.A., a foreign corporation;
  Defendant(s).

Case No. 2:11-cv-01445

**CERTIFICATE OF SERVICE**

I hereby certify that on Oct 27, 2011 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Summons in a Civil Action and Proof of Service Upon Federal Home Loan Mortgage Corporation (Freddie Mac) as accepted by Mary Carroll on October 25, 2011;

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Dated  Oct 27, 2011

/s/Carl D. Alvarado

Sign or use a "s/" and your name