**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| TRAVIS MICKELSON, DANIELLE H. MICKELSON, and the marital community thereof<br>Plaintiff(s),<br><br>v.<br><br>CHASE HOME FINANCE LLC, an unknown entity; JP MORGAN CHASE BANK, N.A., a foreign corporation;<br>Defendant(s). | Case No. 2:11-CV-01445<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on  Oct 28, 2011  I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Plaintiff's Notice of voluntary dismissal without prejudice against Mortgageit, Inc.

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Dated  Oct 28, 2011

/s/Carl D. Alvarado

Sign or use a "s/" and your name