Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRAVIS MICKELSON, DANIELLE H. MICKELSON, and the marital community thereof<br><br>Plaintiffs,<br><br>vs.<br><br>CHASE HOME FINANCE LLC, an unknown entity; JPMORGAN CHASE BANK, N.A., a foreign corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a foreign corporation; NORTHWEST TRUSTEE SERVICES, INC., a domestic corporation; MORTGAGEIT, INC., a foreign corporation, GMAC MORTGAGE CORPORATION, a foreign corporation; CHICAGO TITLE, an unknown corporation; ROUTH CRABTREE OLSEN, P.S., a domestic Personal Services Corporation, and FEDERAL HOME LOAN MORTGAGE CORPORATION, a corporation;<br><br>Defendants. | NO. 2:11-cv-01445<br><br>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AGAINST MORTGAGEIT, INC. |

| | |
|---|---|
| TO: | MORTGAGEIT, INC., by and through their Attorneys Andrew Gordon Yates and John S. Devlin, Lane Powell PC (SEA), |
| AND TO: | CHASE HOME FINANCE LLC; JPMORGAN CHASE BANK, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; FEDERAL HOME LOAN MORTGAGE CORPORATION; by and through their Attorneys Fred B Burnside and Rebecca J. Francis, Davis Wright Tremaine, |
| AND TO: | NORTHWEST TRUSTEE SERVICES, INC. and ROUTH CRABTREE OLSEN, P.S.; by and through their Attorney Heidi E. Buck, Routh Crabtree Olsen, P.S.; |
| AND TO: | CHICAGO TITLE, by and through their Attorney Erin McDougal Stines, Fidelity National Law Group. |

YOU AND EACH OF YOU TAKE NOTICE, pursuant to F.R.C.P. 41(a)(1)(A)(i) and Pedrina v. Chun, 987 F.2d 608, 609 (9th Cir. 1993) (plaintiff may voluntarily dismiss some defendants without court order); the Plaintiffs Travis and Danielle Mickelson through undersigned counsel, hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against the following defendant:

MORTGAGEIT, INC.

///

///

///

///

Notice is proper as no Defendant has served an answer or a motion for summary judgment in this matter.

DATED THIS 28th day of October, 2011 by:

/s/ Scott E. Stafne
Scott E. Stafne, WSBA# 6964
Stafne Law Firm
239 N. Olympic Avenue
Arlington, WA 98223
Telephone: (360) 403-8700
Fax: (360) 386-4005
scott.stafne@stafnelawfirm.com
Attorney for Plaintiffs the Mickelsons

**CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Fred B Burnside at fredburnside@dwt.com, Rebecca J. Francis at RebeccaFrancis@dwt.com, Heidi E. Buck at hbuck@rcolegal.com, Erin McDougal Stines at erin.stines@fnf.com, Andrew Gordon Yates at yatesa@lanepowell.com, John S. Devlin III at devlinj@lanepowell.com and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: n/a

STAFNE LAW FIRM

/s/ Scott E. Stafne
Scott E. Stafne, WSBA# 6964
Stafne Law Firm
239 N. Olympic Avenue
Arlington, WA 98223
scott.stafne@stafnelawfirm.com
Attorney for Plaintiffs the Mickelsons