The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRAVIS MICKELSON, DANIELLE H. MICKELSON, and the marital community thereof,<br><br>                 Plaintiffs,<br><br>v.<br><br>CHASE HOME FINANCE LLC, et al.,<br><br>                 Defendants. | No. C11-01445 MJP<br><br>JOINT STATUS REPORT AND DISCOVERY PLAN |

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedures, Local Civil Rule 16, and the Court's Minute Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement [Dkt. 13] the parties, through their undersigned counsel submit this Joint Status Report and Discovery Plan.

1. **Nature and Complexity of the Case.**

   a. **Plaintiffs' Statement**

This case involves a challenge to defendants' joint and in concert practices regarding real estate lending; the terms of plaintiffs' uniform deed of trust vis a vis the requirements of Washington's Deed of Trust Act; the effect of the securitization of Plaintiffs' Deed of Trust vis a vis the exclusion set forth in RCW 61.25.005 (2); the legitimacy of the MERS system for

JOINT STATUS REPORT (C11-01445 MJP) — 1
DWT 18450539v2 0036234-000130

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

purposes of creating a deed of trust that complies with and is entitled to enforced pursuant to Washington's Deed of Trust Act; the whereabouts and ownership of the Mickelsens' promissory note and the endorsements, if any, thereof; the substitution of trustees and the duties of trustees viv a vis one another, the beneficiary and the Mickelsens; and foreclosure practices, and damages.

This Court has previously dealt with similar cases and therefore is familiar with many of the factual and legal issues likely to be encountered. Given this experience by the Court and the parties the facts involved in this litigation likely will be less complex than they otherwise might be.

The law is complex because it is in large part unresolved nationally and in the state of Washington. For example, issues relating to the MERS system are currently set for oral argument before the Washington Supreme Court on February 15, 2012 pursuant to cases certified by this Court. *See Bain v. Metro. Mortg. Group Inc., et al.* Supreme Court No. 86206-1; *see also Selkowitz v. Litton Loan Servicing, LP, et al.*, Supreme Court No. 86207-9. Additionally, the Supreme Court is in the process of resolving the appropriateness of defendants' waiver defense. *See Albice v. Premier Mortg. Servs. of Wash.*, Inc., 239 P.3d 1148 (2010), *review granted* 170 Wn.2d 1029, 249 P.3d 623 (2011).

Plaintiffs claim the Deed of Trust agreement is unconscionable and violates the Deed of Trust Act, RCW 61.24 *et seq.* Additionally plaintiffs claim defendants have violated the duty of good faith implied in the contracts and that the trustees have also breached their statutory duty of good faith and violated the Criminal Profiteering Act, RCW 9A.82 *et seq.*, the Consumer Protection Act, RCW 19.86 *et seq.*, and the Federal Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*

JOINT STATUS REPORT (C11-01445 MJP) — 2
DWT 18450539v2 0036234-000130

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

      b.    **Defendants' Statement**

Defendants respond Plaintiffs have waived most of their claims by failing to restrain the foreclosure sale, and further assert Defendants had authority to foreclose and did so properly.

2.    **Statement of which ADR Method Should Be Used.**

The parties agree that mediation is an appropriate ADR method that should be used.

3.    **Timing of Mediation.**

The parties agree that mediation is not appropriate until after the parties complete discovery.

4.    **Proposed Deadline to Join Additional Parties or Amend the Pleadings.**

The parties propose that December 15, 2011 be the deadline to join additional parties.

5.    **Discovery Plan.**

      a.    The Fed. R. Civ. P. 26(f) conference occurred on October 27 and 28, 2011. The parties anticipate that they will provide initial disclosures by November 4, 2011.

      b.    The parties anticipate the subjects of discovery may include Plaintiffs' loan file and communications with Chase, and the foreclosure file. The parties do not anticipate a need to conduct discovery in phases.

      c.    **Plaintiffs' Proposed Discovery:** Plaintiffs believe they need discovery into Defendants' practices regarding real estate lending; the terms of plaintiffs' uniform deed of trust vis a vis the requirements of Washington's Deed of Trust Act; the effect of the securitization of Plaintiffs' Deed of Trust vis a vis the exclusion set forth in RCW 61.24.005(2); the legitimacy of the MERS system for purposes of creating a deed of trust that complies with and is entitled to enforcement pursuant to Washington's Deed of Trust Act; the whereabouts and ownership of the Mickelsons' promissory note and the endorsements, if any,

JOINT STATUS REPORT (C11-01445 MJP) — 3
DWT 18450539v2 0036234-000130

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

thereof; the substitution of trustees and the duties of trustees viv a vis one another, the beneficiary, and the Mickelsons; and foreclosure practices and damages.

   **d.**  **Defendants' Discovery:** Defendants dispute the need for most of the discovery outlined by Plaintiffs. Defendants believe that should this case survive a motion to dismiss, discovery will be necessary into the actions of the named Plaintiffs and into the foreclosure and loan file documents.

   **e.**  The parties agree that discovery should be conducted pursuant to the Federal Rules of Civil Procedure. The parties do not currently see a need to change the discovery limitations imposed by the Federal Rules of Civil Procedure and the Local Rules for the Western District of Washington. If the parties determine at a later date that discovery limitations should be adjusted, the parties may stipulate to adjusted limitations.

   **f.**  The parties agree to cooperate in good faith in discovery, to use best efforts to comply with discovery requests, and act reasonably in propounding discovery. Defendants do not foresee deposing persons other than Plaintiffs.

   **g.**  Defendants may seek a protective order at a later date. Plaintiffs may or may not agree with Defendants' request. The parties will cooperate to resolve any discovery disputes before submitting them to the Court.

**6.** **Discovery Completion.**

The parties agree that discovery can be completed by September 1, 2012.

**7.** **Magistrate.**

No.

**8.** **Bifurcation.**

The parties agree that bifurcation is not appropriate for this matter.

JOINT STATUS REPORT (C11-01445 MJP) — 4
DWT 18450539v2 0036234-000130

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

9. **Pretrial Statements and Order.**

At this time the parties do not believe the pretrial statements and pretrial order called for by Local Rules CR 16(e), (h), (i), and (l), and 16.1 should be dispensed with in whole or in part for the sake of economy.

10. **Other Suggestions.**

At this time, the parties have no suggestions for shortening or simplifying the case. Counsel for the parties expect that they will find ways to simplify the case.

11. **Trial Date.**

The parties anticipate that this matter will be ready for trial on December 1, 2012.

12. **Trial Type.**

Bench jury Trial.

13. **Length of Trial.**

The parties anticipate that trial will last 5-7 days

14. **Name, Addresses, and Telephone Numbers of Trial Counsel.**

Plaintiffs are represented by Scott E. Stafne, who may be contacted at Stafne Law Firm, 239 N. Olympic Ave., Arlington, WA 98223. Mr. Stafne's phone number is (360) 403-8700.

Defendants Chase, MERS, and Federal Home Loan Corporation are represented by Fred B. Burnside and Rebecca Francis, both of whom may be contacted at Davis Wright Tremaine, 1201 Third Avenue, Suite 2200, Seattle, Washington 98101. Mr. Burnside's phone number is (206) 757-8016. Ms. Francis's phone number is (206) 757-8285.

Defendant Chicago Title Insurance Company is represented by Erin M. Stines, who may be contacted at the Fidelity National Law Group, A Division of Fidelity National Title Group, Inc., 1200 Sixth Avenue, Suite 620, Seattle, WA 98101. Ms. Stines's phone number is (206) 223-4525.

JOINT STATUS REPORT (C11-01445 MJP) — 5
DWT 18450539v2 0036234-000130

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

Defendant MORTGAGEIT, INC., is represented by John S. Devlin III and Andrew G. Yates, who may be contacted at Lane Powell, PC, 1420 Fifth Avenue, Suite 4100, Seattle, WA 98101. Mr. Devlin and Mr. Yates may be reached at the phone number (206) 223-7000.

Defendants Routh Crabtree Olsen, P.S., and Northwest Trustee Services, Inc., are represented by Heidi E. Buck, who may be contacted at Routh Crabtree Olsen, P.S., 13555 SE 36th Street, Suite 300, Bellevue, WA 98006. Ms. Buck's phone number is (425) 458-2121.

**15.    Scheduling Conference.**

The Court need not conduct a scheduling conference before it enters a scheduling order.

**16.    Results of the Fed. R. Civ. P. 26(f) Conference.**

The parties agreed to the terms in this Joint Status Report and Discovery Plan.

DATED this 31st day of October, 2011.

        Davis Wright Tremaine LLP
        Attorneys for Defendants JPMorgan Chase Bank, N.A., MERS, and Federal Home Loan Corporation

        By_____/s/ Rebecca Francis_____
          Fred Burnside, WSBA #32491
          Rebecca Francis, WSBA #41196
          1201 Third Avenue, Suite 2200
          Seattle, Washington 98101-3045
          Tel: (206) 622-3150; Fax: (206) 757-7700
          Email: fredburnside@dwt.com
          Email: rebeccafrancis@dwt.com

JOINT STATUS REPORT (C11-01445 MJP) — 6
DWT 18450539v2 0036234-000130

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

Fidelity National Law Group
Attorneys for Defendant Chicago Title Insurance Company
By /s/ Erin Stines
    Erin M. Stines, WSBA #31501
    Fidelity National Law Group
    A Division of Fidelity National Title Group, Inc.
    1200 – 6th Ave., Suite 620
    Seattle, WA 98101
    Tel: (206) 223-4525
    Fax: (206) 223-4527
    Email: erin.stines@fnf.com

Lane Powell PC
Attorneys for Defendant MORTGAGEIT, INC.
By /s/ John Devlin
    John S. Devlin III, WSBA #23988
    Andrew G. Yates, WSBA #34239
    1420 Fifth Ave., Suite 4100
    Seattle, WA 98101
    Tel: (206) 223-7000
    Fax: (206) 223-7107
    Email: devlinj@lanepowell.com
    Email: yatesa@lanepowell.com

Routh Crabtree Olsen, P.S.
Attorneys for Defendants Northwest Trustee Services, Inc., and Routh Crabtree Olsen, P.S.
By /s/ Heidi Buck
    Heidi E. Buck, WSBA #41769
    13555 SE 36th St., Suite 300
    Bellevue, WA 98006
    Tel: (425) 458-2121
    Fax: (425) 458-2131
    Email: hbuck@rcolegal.com

Stafne Law Firm
Attorneys for Plaintiffs
By /s/ Scott Stafne
    Scott E. Stafne, WSBA #6964
    Stafne Law Firm
    239 N. Olympic Ave.
    Arlington, WA 98223
    Tel: (360) 403-8700
    Fax: (360) 386-4005
    Email: scott.stafne@stafnelawfirm.com

JOINT STATUS REPORT (C11-01445 MJP) — 7
DWT 18450539v2 0036234-000130

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on October 31, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Erin McDougal Stines**
  erin.stines@fnf.com,nancy.hunt@fnf.com,cindy.rochelle@fnf.com
- **John S Devlin , III**
  devlinj@lanepowell.com,Docketing-SEA@LanePowell.com,burrusl@lanepowell.com
- **Andrew Gordon Yates**
  yatesa@lanepowell.com,docketing-sea@lanepowell.com,strayerd@lanepowell.com
- **Heidi E. Buck**
  hbuck@rcolegal.com,tkwong@rcolegal.com,buck4343@gmail.com
- **Scott E Stafne**
  stafnelawfirm@aol.com,wwactfilings@aol.com.

DATED this 31st day of October, 2011.

_____
Sheila Rowden

JOINT STATUS REPORT (C11-01445 MJP) — 8
DWT 18450539v2 0036234-000130

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700