THE HON. MARSHA J. PECHMAN

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| TRAVIS MICKELSON, DANIELLE H. MICKELSON, and the marital community thereof<br><br>Plaintiffs,<br><br>vs.<br><br>CHASE HOME FINANCE LLC, an unknown entity; JPMORGAN CHASE BANK, N.A., a foreign corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a foreign corporation; NORTHWEST TRUSTEE SERVICES, INC., a domestic corporation; CHICAGO TITLE, an unknown corporation; ROUTH CRABTREE OLSEN, P.S., a domestic personal services corporation; FEDERAL HOME LOAN MORTGAGE CORPORATION, a corporation; JEFF STENMAN and JANE DOE STENMAN, individually, and the marital community comprised thereof; VONNIE MCELLIGOTT, and JOHN DOE MCELLIGOTT, individually, and the | NO. 2:11-cv-01445<br><br>ORDER DENYING CHICAGO TITLE INSURANCE COMPANY'S MOTION TO DISMISS<br><br>[PROPOSED] |

marital community comprised thereof; RHEA S. PRE and JOHN DOE PRE, individually, and the marital community comprised thereof; and, ROBOSIGNERS DOE 1-10

                Defendants.

This matter having come before this Court on Chicago Title Insurance Company's Motion to Dismiss, the court having reviewed the pleadings and records on file, including the response and reply, and deeming itself fully advised, NOW THEREFORE, ORDERS AS FOLLOWS:

Chicago Title Insurance Company's Motion to Dismiss is DENIED.

    DONE IN OPEN COURT this _____ day of _____, 2011.

                                      _____
                                      The Honorable Marsha J. Pechman

Prepared and presented by:

/s/ Scott E. Stafne_____
Scott E. Stafne, WSBA 6964
Andrew J. Krawczyk, WSBA 42982
Stafne Law Firm
239 N. Olympic Avenue
Arlington, WA 98223
(360) 403-8700
scott.stafne@stafnelawfirm.com
Attorneys for Plaintiffs