THE HON. MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TRAVIS MICKELSON, DANIELLE H. MICKELSON, and the marital community thereof<br><br>Plaintiffs,<br><br>vs.<br><br>CHASE HOME FINANCE LLC, an unknown entity; et. al.<br><br>Defendants. | NO. 2:11-cv-01445<br><br>DECLARATION OF CM/ECF SERVICE OF AMENDED COMPLAINT |

**CERTIFICATE OF SERVICE**

I certify that on October 31, 2011, I electronically filed the document entitled AMMENDED COMPLAINT with the Clerk of the Court using the CM/ECF System which sent notification of such filing to the following persons:

Fred B Burnside and Rebecca J. Francis
DAVIS WRIGHT TREMAINE (SEA)
1201 THIRD AVENUE STE 2200
SEATTLE, WA 98101-3045
206-757-8016
Fax: FAX 206-757-7016

CERTIFICATE OF SERVICE - 1

No. 2:11-CV-01445

**STAFNE LAW FIRM**

239 NORTH OLYMPIC AVENUE
ARLINGTON, WA 98223
Tel. 360.403.8700 /STAFNELAWFIRM@AOL.COM

Email: fredburnside@dwt.com
Email: RebeccaFrancis@dwt.com
Attorneys for Defendants: Chase Home Finance LLC, JPMorgan Chase Bank, N.A., Mortgage Electronic Registration Systems, Inc. and Federal Home Loan Mortgage Corporation

Heidi E. Buck
ROUTH CRABTREE OLSEN
13555 SE 36TH STREET
STE 300
BELLEVUE, WA 98006
425-213-5534
Email: hbuck@rcolegal.com
Attorneys for Defendants: Northwest Trustee Services, Inc. and Routh, Crabtree, Olsen, P.S.

Erin McDougal Stines
FIDELITY NATIONAL LAW GROUP
1200 6TH AVENUE STE 620
SEATTLE, WA 98101
(206) 224-6005
Fax: (877) 655-5286
Email: erin.stines@fnf.com
Attorney for Defendant Chicago Title Insurance Company

SIGNED this 2nd day of November, 2011.

/s/ Scott E. Stafne_____
Scott E. Stafne, WSBA 6964
Andrew J. Krawczyk, WSBA 42982
Stafne Law Firm
239 N. Olympic Avenue
Arlington, WA 98223
(360) 403-8700
scott.stafne@stafnelawfirm.com
Attorneys for Plaintiffs

CERTIFICATE OF SERVICE - 2

No. 2:11-CV-01445

**STAFNE LAW FIRM**
239 NORTH OLYMPIC AVENUE
ARLINGTON, WA 98223
TEL. 360.403.8700 /STAFNELAWFIRM@AOL.COM