The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRAVIS MICKELSON, DANIELLE H. MICKELSON, and the marital community thereof,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>CHASE HOME FINANCE LLC, et al.,<br><br>　　　　　　　　Defendants. | No. C11-01445 MJP<br><br>JOINT STIPULATION AND [*PROPOSED*] ORDER EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT<br><br>**Noted for Consideration:**<br>**Monday, November 14, 2011** |

## STIPULATION

Plaintiffs Travis and Danielle Mickelson, and Defendants JPMorgan Chase Bank, N.A.,[1] MERS, and Federal Home Loan Mortgage Corporation (collectively "Defendants"), by and through their attorneys of record, hereby stipulate to extend the time for Defendants to respond to the Amended Complaint [Dkt. 29], filed October 31, 2011, to December 16, 2011.

Dated this 14th day of November, 2011.

---

[1] On May 1, 2011, Chase Home Finance LLC merged into JPMorgan Chase Bank, N.A., and ceased to exist as a separate entity.

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO
RESPOND TO AMENDED COMPLAINT (C11-01445 MJP) — 1
DWT 18516411v1 0036234-000130

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

| | |
|---|---|
| Davis Wright Tremaine LLP<br>Attorneys for Defendants | Stafne Law Firm<br>Attorneys for Plaintiffs |
| By  *s/ Fred B. Burnside*<br>Fred B. Burnside, WSBA #32491<br>Rebecca Francis, WSBA #41196<br>1201 Third Avenue, Suite 2200<br>Seattle, Washington 98101-3045<br>Telephone: (206) 622-3150<br>Fax: (206) 757-7700<br>fredburnside@dwt.com<br>rebeccafrancis@dwt.com | By  *s/Scott Stafne*<br>Scott E. Stafne, WSBA #6964<br>Stafne Law Firm<br>239 N. Olympic Ave.<br>Arlington, WA 98223<br>Telephone: (360) 403-8700<br>Fax: (360) 386-4005<br>scott.stafne@stafnelawfirm.com |

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO
RESPOND TO AMENDED COMPLAINT (C11-01445 MJP) — 2
DWT 18516411v1 0036234-000130

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax (206) 757-7700

## ORDER

Based on the foregoing Stipulation, it is hereby:

ORDERED that Defendants' time to respond to the Amended Complaint is extended to December 16, 2011.

ORDER DATED: November __, 2011.

_____
Marsha J. Pechman
UNITED STATES DISTRICT COURT JUDGE

Presented by:

Davis Wright Tremaine LLP
Attorneys for Defendants
JPMorgan Chase Bank, N.A., MERS,
and Federal Home Loan Mortgage Corporation

By  _s/ Fred B. Burnside_
    Fred B. Burnside, WSBA #32491
    Rebecca Francis, WSBA #41196
    1201 Third Avenue, Suite 2200
    Seattle, Washington 98101-3045
    Telephone: (206) 757-8016
    Fax: (206) 757-7016
    e-mail: fredburnside@dwt.com

Stafne Law Firm
Attorneys for Plaintiffs

By  _s/Scott Stafne_
    Scott E. Stafne, WSBA #6964
    Stafne Law Firm
    239 N. Olympic Ave.
    Arlington, WA 98223
    Telephone: (360) 403-8700
    Fax: (360) 386-4005
    scott.stafne@stafnelawfirm.com

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO
RESPOND TO AMENDED COMPLAINT (C11-01445 MJP) — 3
DWT 18516411v1 0036234-000130

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2011, I electronically filed the foregoing Joint Stipulation and [*Proposed*] Order Extending Time to Respond to Amended Complaint with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Scott E. Stafne
Stafne Law Firm
239 N. Olympic Ave.
Arlington, WA 98223
Email: stafnelawfirm@aol.com

*Attorneys for Plaintiffs*

Erin M. Stines
Fidelity National Law Group
1200 6th Ave., Ste. 620
Seattle, WA 98101
Email: erin.stines@fnf.com

*Attorneys for Chicago Title Insurance Company*

Heidi E. Buck
Routh Crabtree Olsen PS
13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Email: hbuck@rcolegal.com

*Attorneys for Northwest Trustee Services, Inc. and Routh Crabtree Olsen PS*

and I hereby certify that I have mail by U.S. Postal Service the document to the following non CM/ECF participants:

N/A.

Dated this 14th day of November, 2011.

Davis Wright Tremaine LLP
Attorneys for Defendants

By   s/ Fred B. Burnside
Fred B. Burnside, WSBA #32491
Rebecca Francis, WSBA #41196
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
Telephone: (206) 622-3150
Fax: (206) 757-7700
fredburnside@dwt.com
rebeccafrancis@dwt.com

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO
RESPOND TO AMENDED COMPLAINT (C11-01445 MJP) — 4
DWT 18516411v1 0036234-000130

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700