The Honorable Marsha J. Pechman

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
9

| | |
|---|---|
| TRAVIS MICKELSON, DANIELLE H. MICKELSON, and the marital community thereof,<br><br>      Plaintiffs,<br><br>  v.<br><br>CHASE HOME FINANCE LLC, et al.,<br><br>      Defendants. | No. C11-01445 MJP<br><br>JOINT STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT<br><br>**Noted for Consideration:**<br>**Monday, November 14, 2011** |

## <u>STIPULATION</u>

Plaintiffs Travis and Danielle Mickelson, and Defendants JPMorgan Chase Bank, N.A.,[1] MERS, and Federal Home Loan Mortgage Corporation (collectively "Defendants"), by and through their attorneys of record, hereby stipulate to extend the time for Defendants to respond to the Amended Complaint [Dkt. 29], filed October 31, 2011, to December 16, 2011.

Dated this 14th day of November, 2011.

---
[1] On May 1, 2011, Chase Home Finance LLC merged into JPMorgan Chase Bank, N.A., and ceased to exist as a separate entity.

JOINT STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO
AMENDED COMPLAINT (C11-01445 MJP) — 1
DWT 18516411v1 0036234-000130

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

Davis Wright Tremaine LLP
Attorneys for Defendants

Stafne Law Firm
Attorneys for Plaintiffs

By  _s/ Fred B. Burnside_____
Fred B. Burnside, WSBA #32491
Rebecca Francis, WSBA #41196
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
Telephone: (206) 622-3150
Fax: (206) 757-7700
fredburnside@dwt.com
rebeccafrancis@dwt.com

By  _s/Scott Stafne_____
Scott E. Stafne, WSBA #6964
Stafne Law Firm
239 N. Olympic Ave.
Arlington, WA 98223
Telephone: (360) 403-8700
Fax: (360) 386-4005
scott.stafne@stafnelawfirm.com

JOINT STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO
AMENDED COMPLAINT (C11-01445 MJP) — 2
DWT 18516411v1 0036234-000130

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700

1

**ORDER**

2        Based on the foregoing Stipulation, it is hereby:

3        ORDERED that Defendants' time to respond to the Amended Complaint is extended to

4   December 16, 2011.

5        ORDER DATED:  November 14, 2011.

6

7

8        Marsha J. Pechman
         United States District Judge

9

10

11

12   Presented by:

13   Davis Wright Tremaine LLP
14   Attorneys for Defendants
     JPMorgan Chase Bank, N.A., MERS,
15   and Federal Home Loan Mortgage Corporation

16   By   _s/ Fred B. Burnside_____
          Fred B. Burnside, WSBA #32491
17        Rebecca Francis, WSBA #41196
          1201 Third Avenue, Suite 2200
18        Seattle, Washington 98101-3045
          Telephone: (206) 757-8016
19        Fax: (206) 757-7016
          e-mail: fredburnside@dwt.com
20

21   Stafne Law Firm
22   Attorneys for Plaintiffs

23   By   _s/Scott Stafne_____
          Scott E. Stafne, WSBA #6964
24        Stafne Law Firm
          239 N. Olympic Ave.
25        Arlington, WA 98223
          Telephone: (360) 403-8700
26        Fax: (360) 386-4005
          scott.stafne@stafnelawfirm.com
27

JOINT STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO
AMENDED COMPLAINT (C11-01445 MJP) — 3
DWT 18516411v1 0036234-000130

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700