# EXHIBIT G

**Chase Home Finance LLC (OH4-7354)**
3415 Vision Drive
Columbus OH 43219




July 20, 2010

000074 1 of 1 NSP0VYG - ZA 000000000000 WF403
Travis Mickelson
Danielle H Mickelson
436 Ezduzit Ln
Camano Island WA 98282

**Chase Modification Program Trial Plan Offer - Notice of Expiration**
```
Account:         9566 (the "Loan")
Property Address: 436 Ezduzit Ln
                  Camano Island WA 98282 (the "Property")
```

Dear Mortgagor(s):

Chase Home Finance LLC ("Chase") is writing to notify you that the Trial Plan Offer through the Chase Modification program ("CMP") for the above-referenced account has expired for **one or both** of the following reasons:

    [X] You have failed to make all the required trial period
    payments within the designated time period.

    [ ] You have failed to send in all the required documentation
    to complete your application within the designated time period.

If your Loan was past due at the time of the Trial Plan Offer, or if your Loan has become past due since then due to reduced payments, the current loan status will be reported to the credit bureaus. In addition, if your Loan was in foreclosure at the time of the Trial Plan Offer, the foreclosure process may resume without further notice.

As indicated in your trial plan documentation, if your existing loan did not include escrows, Chase started to review your property tax and insurance obligations in order to establish an escrow account. As a result, we may have paid items on your behalf. In that case, if any escrow items were paid during the trial period, your mortgage payment will be adjusted to include an amount necessary to repay those funds over a 60 month re-payment period. If your account was not escrowed prior to the trial period, your account will remain non escrowed and you will be responsible for any past due tax or insurance bills and all items going forward.  If your account was previously escrowed, your escrow account will remain in effect.  Chase reserves the right in the future to require an escrow on your account if you fail to pay the tax and or insurance obligations under the terms of your mortgage.

Page - 71

We still want to help you, and have a variety of workout options which might assist you, but we need to talk with you to determine which option best fits your needs.  Please call us immediately at (800) 446-8939.  A Homeowner's Assistance specialist will be available to discuss these options and your financial situation with you.

If you have any questions, please contact us at the number provided below. At Chase, we value you as a customer and want to ensure you understand your options.

Sincerely,
Homeowner's Assistance Department
Chase Home Finance LLC
(800) 446-8939
(800) 582-0542 TDD / Text Telephone

**An important reminder for all our customers: As stated in the "Questions and Answers for Borrowers about the Homeowner Affordability and Stability Plan" distributed by the Obama Administration, "Borrowers should beware of any organization that attempts to charge a fee for housing counseling or modification of a delinquent loan, especially if they require a fee in advance."  Chase offers loan modification assistance free of charge (i.e., no modification fee required). Please call us immediately at (800) 446-8939 to discuss your options. The longer you delay the fewer options you may have.**

For California customers, the state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission toll-free at (877) FTC-HELP or www.ftc.gov.

**Chase Home Finance LLC is attempting to collect a debt, and any information obtained will be used for that purpose.**

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

If you are represented by an attorney, please refer this letter to your attorney and provide us with the attorney's name, address, and telephone number.

Page - 72