The Honorable Judge Marsha Pechmam

UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| TRAVIS MICKELSON, DANIELLE H. MICKELSON, and the marital community thereof,<br><br>                             Plaintiffs,<br><br>v.<br><br>CHASE HOME FINANCE, LLC, an unknown entity; JPMORGAN CHASE BANK, N.A., a foreign corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a foreign corporation; NORTHWEST TRUSTEE SERVICES, INC., a domestic corporation; JOHN DOES, unknown entities; MORTGAGEIT, INC., a foreign corporation; GMAC MORTGAGE CORPORATION, a foreign corporation; CHICAGO TITLE, an unknown corporation; ROUTH CRABTREE OLSEN, P.S., a domestic Personal Services Corporation; and FEDERAL HOME LOAN MORTGAGE CORPORATION, a corporation,<br><br>                             Defendants. | No. C11-01445 MJP<br><br>**DEFENDANTS ROUTH CRABTREE OLSEN, P.S. AND NORTHWEST TRUSTEE SERVICES, INC.'S JOINDER IN DEFENDANTS CHASE, MERS, AND FREDDIE MAC'S PARTIAL MOTION TO DISMISS**<br><br>**NOTE ON MOTION CALENDAR:**<br>**January 20, 2011** |

      Defendants Routh Crabtree Olsen, P.S. ("RCO") and Northwest Trustee Services, Inc. ("NWTS") hereby join in JPMorgan Chase Bank ("Chase"), Mortgage Electronic Registration Systems, Inc. ("MERS"), and Federal Home Loan Mortgage Corporation's ("Freddie Mac") collectively, ("Moving Defendants") Partial Motion to Dismiss Plaintiffs' Amended Complaint pursuant to F.R.C.P. 12(b)(6) (the "Moving Defendants' Motion"). Defendants RCO and NWTS

DEFENDANT NWTS' JOINDER IN DEFENDANTS CHASE, MERS, AND FREDDIE MAC'S PARTIAL MOTION TO DISMISS 1 of 2 C11-01445 MJP

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

incorporate the entirety of Moving Defendants' Motion, all exhibits thereto, as if fully set forth herein.

By way of further response, Defendants RCO and NWTS note that the majority of courts have held that activities, including that of a foreclosing trustee, in furtherance of a nonjudicial foreclosure is not debt collection under the Fair Debt Collection Practices Act ("FDCPA") and those parties are not debt collectors.[1]

In view of the foregoing, Defendants RCO and NWTS respectfully request its Joinder in the Moving Defendants' Motion be granted and that Plaintiffs' Amended Complaint be dismissed as to Defendants RCO and NWTS.

DATED this 30th day of December, 2011.

ROUTH CRABTREE OLSEN, P.S.

*Joshua Schaer* WSBA # 31491 For Ms. Buck

/s/ Heidi Buck
Heidi E. Buck, WSBA No. 41769
Of Attorneys for Defendants Routh Crabtree Olsen, P.S. and Northwest Trustee Services, Inc.

---

[1] See Roman v. Nw. Tr. Services, Inc., C10-5585BHS, 2010 WL 5146593 *3 (W.D. Wash. Dec. 13, 2010); see also Hulse v. Ocwen Federal Bank, FSB, 195 F.Supp.2d 1188, 1204 (D. Or. 2002); see also Jordan v. Kent Recovery Services, 731 F. Supp. 652, 657-58 (D.Del.1990); see also Armacost v. HSBC Bank USA, Slip Copy, 2011 WL 825151, D.Idaho (February 09, 2011); see also Anokhin v. BAC Home Loans Servicing, LLP, Slip Copy, 2010 WL 5393972 (E.D.Cal.,2010); see also Beadle v. Haughey, 2005 DNH 16 (D.N.H. 2005); see also Bittinger v. Wells Fargo Bank NA, 744 F. Supp. 2d 619 (S.D. Tex. 2010); see also Gentsch v. Ownit Mortg. Solutions Inc., Slip Copy, 2009 WL 1390843 (E.D.Cal.,2009); see also Heinemann v. Jim Walter Homes, Inc., 47 F. Supp. 2d 716, 722 (N.D. W. Va. 1998); see also Montgomery v. Huntington Bank, 346 F.3d 693, 700 (6th Cir. 2003); and see Powell v. Residential Mortg. Capital, Slip Copy, 2010 WL 2133011 (N.D.Cal.,2010).

DEFENDANT NWTS' JOINDER IN DEFENDANTS CHASE, MERS, AND FREDDIE MAC'S PARTIAL MOTION TO DISMISS 2 of 2 C11-01445 MJP

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

## Declaration of Service

The undersigned makes the following declaration:

1. I am now, and at all times herein mentioned was a resident of the State of Washington, over the age of eighteen years and not a party to this action, and I am competent to be a witness herein.

2. That on December 30, 2011, I caused a copy of the **Defendants Routh Crabtree Olsen, P.S. and Northwest Trustee Services, Inc.'s Joinder in Defendants Chase, MERS, and Freddie Mac's Partial Motion to Dismiss.** to be served to the following in the manner noted below:

| | |
|---|---|
| Scott E. Stafne<br>Andrew Krawczyk<br>Stafne Law Firm<br>239 N. Olympic Ave.<br>Arlington, WA 98223<br><br>*Attorneys for Plaintiffs* | [X] US Mail, Postage Prepaid<br>[ ] Hand Delivery<br>[ ] Overnight Mail<br>[ ] Facsimile |
| Fred Burnside<br>Rebecca J. Francis<br>Davis Wright Tremaine, LLP<br>1201 Third Ave., Suite 2200<br>Seattle, WA 98101-3045<br><br>*Attorneys for Defendants JPMorgan Chase Bank, N.A.; Chase Home Finance, LLC; Mortgage Electronic Registration Systems, Inc.; and Federal Home Loan Mortgage Corporation* | [X] US Mail, Postage Prepaid<br>[ ] Hand Delivery<br>[ ] Overnight Mail<br>[ ] Facsimile |
| Erin M. Stines<br>Fidelity National Law Group<br>1200 6th Ave., Suite 620<br>Seattle, WA 98101<br><br>*Attorneys for Defendant Chicago Title* | [X] US Mail, Postage Prepaid<br>[ ] Hand Delivery<br>[ ] Overnight Mail<br>[ ] Facsimile |

DEFENDANT NWTS' JOINDER IN DEFENDANTS CHASE, MERS AND FREDDIE MAC'S PARTIAL MOTION TO DISMISS 1 OF 2 C11-01445 MJP

ROUTH CRABTREE OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

| | |
|---|---|
| John S. Devlin<br>Andrew G. Yates<br>Lane Powell, PC<br>1420 Fifth Ave., Suite 4100<br>Seattle, WA 98101<br><br>*Attorneys for Defendant Mortgageit, Inc.* | [X] US Mail, Postage Prepaid<br>[ ] Hand Delivery<br>[ ] Overnight Mail<br>[ ] Facsimile |

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Signed this 30th day of December 2011.

/s/ Tawn Siriya
Tawn Siriya, Paralegal

DEFENDANT NWTS' JOINDER IN DEFENDANTS CHASE, MERS AND FREDDIE MAC'S PARTIAL MOTION TO DISMISS 1 OF 2 C11-01445 MJP

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131