The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TRAVIS MICKELSON, DANIELLE H. MICKELSON, and the marital community thereof,

Plaintiffs,

v.

CHASE HOME FINANCE LLC, et al.,

Defendants.

No. C11-01445 MJP

NOTICE OF WITHDRAWAL OF DEFENDANTS JPMORGAN CHASE BANK, MERS, AND FEDERAL HOME LOAN MORTGAGE CORPORATION'S PARTIAL MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(6)

Defendants JPMorgan Chase Bank, N.A., MERS, and Federal Home Loan Mortgage Company, through counsel, hereby give notice of the withdrawal of their Partial Motion to Dismiss Under Fed R. Civ. P. 12(b)(6) filed in this action on December 29, 2011 (Docket #37).

DATED this 9th day of January, 2012.

Davis Wright Tremaine LLP
Attorneys for Defendants
JPMorgan Chase Bank, N.A., MERS, and
Federal Home Loan Mortgage Corporation

By   *s/ Fred B. Burnside*
Fred Burnside, WSBA #32491
Rebecca Francis, WSBA #41196
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Telephone:  206-622-3150
Facsimile:   206-757-7700
E-mail:  fredburnside@dwt.com
E-mail:  rebeccafrancis@dwt.com

WITHDRAWAL OF PARTIAL MOTION TO DISMISS - 1
(C11-01445 MJP)
DWT 18818358v1 0036234-000130

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150  ·  Fax: (206) 757-7700

CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on January 9, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Heidi E. Buck**
  hbuck@rcolegal.com,tkwong@rcolegal.com,buck4343@gmail.com
- **John S Devlin , III**
  devlinj@lanepowell.com,Docketing-SEA@LanePowell.com,burrusl@lanepowell.com
- **Scott E Stafne**
  stafnelawfirm@aol.com,wwactfilings@aol.com
- **Erin McDougal Stines**
  erin.stines@fnf.com,nancy.hunt@fnf.com,cindy.rochelle@fnf.com
- **Andrew Gordon Yates**
  yatesa@lanepowell.com,docketing-sea@lanepowell.com,strayerd@lanepowell.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:  N/A

DATED this 9th day of January, 2012.

        Davis Wright Tremaine LLP
        Attorneys for Defendants JPMorgan Chase Bank, N.A.; Mortgage Electronic Registration Systems Inc.; and Federal Home Loan Corporation

By     *s/ Fred B. Burnside*
    Fred B. Burnside, WSBA #32491
    1201 Third Avenue, Suite 2200
    Seattle, WA 98101-3045
    Telephone:  206-622-3150
    Facsimile:   206-757-7700
    E-mail:  fredburnside@dwt.com

WITHDRAWAL OF PARTIAL MOTION TO DISMISS -   2
(C11-01445 MJP)
DWT 18818358v1 0036234-000130

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700