The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRAVIS MICKELSON, DANIELLE H. MICKELSON, and the marital community thereof,<br><br>          Plaintiff,<br><br>    v.<br><br>CHASE HOME FINANCE LLC, et al.,<br><br>          Defendants. | No. C11-01445 MJP<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' PARTIAL MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(6)<br><br>**Noted on Motion Calendar:<br>February 3, 2012** |

THIS MATTER came before the Court on Defendants Chase Home Finance LLC, JPMorgan Chase Bank, N.A., MERS, and Federal Home Loan Mortgage Corporation's Partial Motion to Dismiss Under Fed. R. Civ. P. 12(b)(6). The Court, having considered the papers submitted in support of and opposition to this motion, finds that the motion should be granted.

Now, therefore, it is hereby ORDERED that Defendants' Partial Motion to Dismiss is GRANTED, without leave to amend.

DATED this _____ day of _____, 2012.

_____
MARSHA J. PECHMAN
United States District Judge

ORDER GRANTING PARTIAL MOT. TO DISMISS (C11-01445 MJP) — 1
DWT 18746774v1 0036234-000130

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Attorneys for Defendants*
*JPMorgan Chase Bank, N.A.; Mortgage Electronic*
*Registration Systems Inc.; and Federal Home Loan Corporation*


By:  *s/ Rebecca Francis*
    Fred Burnside, WSBA #32491
    Rebecca Francis, WSBA #41196
    1201 Third Avenue, Suite 2200
    Seattle, WA 98101-3045
    Telephone:  206-622-3150
    Fax:  206-757-7700
    E-mail:  fredburnside@dwt.com
    E-mail:  rebeccafrancis@dwt.com

ORDER GRANTING PARTIAL MOT. TO DISMISS (C11-01445 MJP) — 2
DWT 18746774v1 0036234-000130

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

# CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on January 12, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Heidi E. Buck**
  hbuck@rcolegal.com,tkwong@rcolegal.com,buck4343@gmail.com
- **John S Devlin , III**
  devlinj@lanepowell.com,Docketing-SEA@LanePowell.com,burrusl@lanepowell.com
- **Scott E Stafne**
  stafnelawfirm@aol.com,wwactfilings@aol.com
- **Erin McDougal Stines**
  erin.stines@fnf.com,nancy.hunt@fnf.com,cindy.rochelle@fnf.com
- **Andrew Gordon Yates**
  yatesa@lanepowell.com,docketing-sea@lanepowell.com,strayerd@lanepowell.com

DATED this 12th day of January, 2012.

        Davis Wright Tremaine LLP
        *Attorneys for Defendants JPMorgan Chase Bank, N.A.; Mortgage Electronic Registration Systems Inc.; and Federal Home Loan Corporation*

        By   *s/ Rebecca Francis*
            Rebecca Francis, WSBA # 41196
            Fred B. Burnside, WSBA #32491
            1201 Third Avenue, Suite 2200
            Seattle, WA 98101-3045
            Telephone: 206-622-3150
            Facsimile: 206-757-7700
            E-mail: fredburnside@dwt.com
            E-mail: rebeccafrancis@dwt.com

ORDER GRANTING PARTIAL MOT. TO DISMISS (C11-01445 MJP) — 3
DWT 18746774v1 0036234-000130

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700