The Honorable Judge Marsha Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| TRAVIS MICKELSON, DANIELLE H. MICKELSON and the marital community thereof,<br><br>Plaintiffs,<br><br>v.<br><br>CHASE HOME FINANCE LLC, an unknown entity; JP MORGAN CHASE BANK, N.A., a foreign corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a foreign corporation; NORTHWEST TRUSTEE SERVICES INC., a domestic corporation JOHN DOES, unknown entities; MORTGAGEIT, INC., a foreign corporation; CHICAGO TITLE, an unknown corporation; ROUTH CRABTREE OLSEN, P.S., a domestic Personal Services Corporation, and FEDERAL HOME LOAN MORTGAGE CORPORATION, a corporation;<br><br>Defendants. | No. 2:11-cv-01445<br><br>**DEFENDANTS NORTHWEST TRUSTEE SERVICES, INC.'S AND ROUTH CRABTREE OLSEN, P.S.'S NOTICE OF WITHDRAWAL OF THEIR JOINDER IN DEFENDANTS CHASE, MERS, AND FREDDIE MAC'S PARTIAL MOTION TO DISMISS** |

Defendants Northwest Trustee Services, Inc. ("NWTS") and Routh Crabtree Olsen, P.S. ("RCO") hereby withdraw their Joinder in Defendants JPMorgan Chase Bank, N.A., Mortgage Electronic Registration Systems, Inc. ("MERS"), and Federal Home Loan Mortgage Corporation's ("Freddie Mac") Partial Motion to Dismiss. [Dkt. 40]. Defendants Chase, MERS, and Freddie Mac have filed an updated Motion to Dismiss [Dkt. 43] to which Defendants NWTS and RCO will join.

//

DEFENDANTS NWTS AND RCO'S WITHDRAWAL
OF JOINDER IN CHASE, MERS, AND FREDDIE
MAC'S PARTIAL MOTION TO DISMISS - 1 OF 2
Case No. 2:11-cv-01445

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

1  //

2  DATED: this 17th day of January, 2012

3  ROUTH CRABTREE OLSEN, P.S.

5  /s/ Heidi Buck
   Heidi E. Buck, WSBA No. 41769
6  Of Attorneys for Defendants Routh Crabtree
   Olsen, P.S. and Northwest Trustee Services,
7  Inc.

DEFENDANTS NWTS AND RCO'S WITHDRAWAL
OF JOINDER IN CHASE, MERS, AND FREDDIE
MAC'S PARTIAL MOTION TO DISMISS - 2 OF 2
Case No. 2:11-cv-01445

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131