UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| TRAVIS MICKELSON, DANIELLE H. MICKELSON, and the marital community thereof,<br><br>                         Plaintiffs,<br><br>v.<br><br>CHASE HOME FINANCE, LLC, an unknown entity; JPMORGAN CHASE BANK, N.A., a foreign corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a foreign corporation; NORTHWEST TRUSTEE SERVICES, INC., a domestic corporation; JOHN DOES, unknown entities; MORTGAGEIT, INC., a foreign corporation; GMAC MORTGAGE CORPORATION, a foreign corporation; CHICAGO TITLE, an unknown corporation; ROUTH CRABTREE OLSEN, P.S., a domestic Personal Services Corporation; and FEDERAL HOME LOAN MORTGAGE CORPORATION, a corporation,<br><br>                         Defendants. | No. C11-01445 MJP<br><br>**DEFENDANTS ROUTH CRABTREE OLSEN, P.S. AND NORTHWEST TRUSTEE SERVICES, INC.'S JOINDER IN DEFENDANTS CHASE, MERS, AND FREDDIE MAC'S PARTIAL MOTION TO DISMISS FILED ON JANUARY 12, 2012**<br><br>**NOTE ON MOTION CALENDAR:**<br>**February 3, 2011** |

The undersigned makes the following declaration:

1. I am now, and at all times herein mentioned was a resident of the State of Washington, over the age of eighteen years and not a party to this action, and I am competent be a witness herein.

//

DECLARATION OF SERVICE - 1

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

2. That on January 12, 2012, I caused a copy of **Defendant Northwest Trustee Services, Inc.'s and Routh Crabtree Olsen, P.S.'s Notice of Withdrawal of Their Joinder in Defendants Chas, MERS, and Freddie Mac's Partial Motion to Dismiss, Defendants Routh Crabtree Olsen, P.S. and Northwest Trustee Services, Inc's Joinder in Defendants Chase, MERS and Freddie Mac's Partial Motion to Dismiss Filed on January 12, 2012, and this Declaration of Service** to be served to the following in the manner noted below:

| | |
|---|---|
| Scott E. Stafne<br>Andrew Krawczyk<br>Stafne Law Firm<br>239 N. Olympic Ave.<br>Arlington, WA 98223<br><br>*Attorneys for Plaintiffs* | [X] US Mail, Postage Prepaid<br>[ ] Hand Delivery<br>[ ] Overnight Mail<br>[ ] Facsimile |
| Fred Burnside<br>Rebecca J. Francis<br>Davis Wright Tremaine, LLP<br>1201 Third Ave., Suite 2200<br>Seattle, WA 98101<br><br>*Attorneys for Defendants JP Morgan Chase Bank, N.A.; Chase Home Finance, LLC; Mortgage Electronic Registration Systems, Inc.; and Federal Home Loan Mortgage Corporation* | [X] US Mail, Postage Prepaid<br>[ ] Hand Delivery<br>[ ] Overnight Mail<br>[ ] Facsimile |
| Erin M. Stines<br>Fidelity National Law Group<br>1200 6th Ave., Suite 620<br>Seattle, WA 98101<br><br>*Attorneys for Defendant Chicago Title* | [X] US Mail, Postage Prepaid<br>[ ] Hand Delivery<br>[ ] Overnight Mail<br>[ ] Facsimile |
| John S. Devlin<br>Andrew G. Yates<br>Lane Powell, P.C.<br>1420 Fifth Ave., Suite 4100<br>Seattle, WA 98101<br><br>*Attorneys for Defendant Mortgageit, Inc.* | [X] US Mail, Postage Prepaid<br>[ ] Hand Delivery<br>[ ] Overnight Mail<br>[ ] Facsimile |

DECLARATION OF SERVICE - 2

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

1  I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed this 12th day of January, 2012.

_____
Tommy Kwong, Paralegal

DECLARATION OF SERVICE - 3

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131