THE HONORABLE MARSHA J. PECHMAN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRAVIS MICKELSON, DANIELLE H. MICKELSON, and the marital community thereof,<br><br>Plaintiffs,<br><br>v.<br><br>CHASE HOME FINANCE LLC, an unknown entity, et al.,<br><br>Defendants. | No. 2:11-cv-01445-9<br><br>DEFENDANT CHICAGO TITLE INSURANCE COMPANY'S JOINDER IN CHASE, MERS, AND FREDDIE MAC'S PARTIAL MOTION TO DISMISS FILED ON JANUARY 12, 2012<br><br>**NOTE ON MOTION CALENDAR:**<br>**Friday, February 3, 2012** |

By Order dated November 14, 2011, this Court granted Defendant Chicago Title Insurance Company's ("Chicago") Motion to Dismiss. (Dkt. No. 35). The Court's Order dismissed Plaintiffs' breach of good faith claim against Chicago. The Court's Order further stated that Chicago had not moved for dismissal of any other claims against it.

Chicago now joins Defendants Chase Home Finance LLC, Mortgage Electronic Registration Systems, Inc., and Federal Home Loan Mortgage Corporation in their Partial

---

DEFENDANT CHICAGO'S JOINDER IN DEFENDANTS' MOTION
TO DISMISS FILED ON JANUARY 12, 2012 – 1
NO. 2:11-CV-01445

FIDELITY NATIONAL LAW GROUP
A Division of Fidelity National
Title Group, Inc.
1200 – 6TH AVENUE, SUITE 620
SEATTLE, WA 98101
(206) 223-4525

1. Motion to Dismiss filed January 12, 2012. (Dkt. No. 43). For the reasons already stated by Defendants' in their Motion (Dkt. No. 43) Chicago respectfully requests this Court enter an Order dismissing Plaintiff's remaining claims against it which appear to include a claim under Washington's Consumer Protection Act and a claim for Criminal Profiteering. Plaintiffs' conclusory legal allegations pled in their Amended Complaint are insufficient to sustain these claims.

DATED this 13th day of January, 2012.

                                FIDELITY NATIONAL LAW GROUP

                                /s/ Erin M. Stines
                                Erin M. Stines, WSBA #31501
                                Fidelity National Law Group
                                A Division of Fidelity National
                                    Title Group, Inc.
                                1200 – 6th Avenue, Suite 620
                                Seattle, WA  98101
                                (206) 223-4525
                                (206) 223-4527 – FAX
                                erin.stines@fnf.com

                                *Attorney for Defendant*
                                *Chicago Title Insurance Company*

DEFENDANT CHICAGO'S JOINDER IN DEFENDANTS' MOTION
TO DISMISS FILED ON JANUARY 12, 2012 – 2
NO. 2:11-CV-01445

FIDELITY NATIONAL LAW GROUP
A Division of Fidelity National
Title Group, Inc.
1200 – 6TH AVENUE, SUITE 620
SEATTLE, WA  98101
(206) 223-4525

# CERTIFICATE OF SERVICE

I certify that on the date given below I electronically filed this document entitled CHICAGO TITLE INSURANCE COMPANY'S SECOND MOTION TO DISMISS with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following persons:

Scott E. Stafne, WSBA No. 6964
STAFNE LAW FIRM
239 NORTH OLYMPIC AVENUE
ARLINGTON, WA 98223
360-403-8700
360- 386-4005 - FAX
Email: scott.stafne@stafnelawfirm.com
*Attorneys for Plaintiffs*

Fred B Burnside, WSBA No. 32491
Email: fredburnside@dwt.com
Rebecca J. Francis. WSBA No. 41196
Email: RebeccaFrancis@dwt.com
DAVIS WRIGHT TREMAINE (SEA)
1201 THIRD AVENUE STE 2200
SEATTLE, WA 98101-3045
206-757-8016
206-757-7016 – FAX
*Attorneys for Defendants
Chase Home Finance LLC,
JPMorgan Chase Bank, N.A.,
Mortgage Electronic Registration Systems Inc.
and Federal Home Loan Mortgage Corporation*

Heidi E. Buck, WSBA No. 41769
ROUTH CRABTREE OLSEN
13555 SE 36TH STREET, STE 300
BELLEVUE, WA 98006
425-213-5534
425-283-5968 - FAX
Email: hbuck@rcolegal.com
*Attorneys for Defendants
Northwest Trustee Services Inc.
and Routh Crabtree Olsen PS*

DEFENDANT CHICAGO'S JOINDER IN DEFENDANTS' MOTION
TO DISMISS FILED ON JANUARY 12, 2012 – 3
NO. 2:11-CV-01445

FIDELITY NATIONAL LAW GROUP
A Division of Fidelity National
Title Group, Inc.
1200 – 6TH AVENUE, SUITE 620
SEATTLE, WA 98101
(206) 223-4525

| | |
|---|---|
| 1 | John S. Devlin, III, WSBA No. 23998<br>Email: devlinj@lanepowell.com |
| 2 | Andrew G. Yates, WSBA No. 34239<br>yatesa@lanepowell.com |
| 3 | LANE POWELL PC<br>1420 FIFTH AVE., SUITE 4100 |
| 4 | SEATTLE, WA 98101<br>206-223-7000 |
| 5 | 206-223-7010 –FAX<br>*Attorneys for Defendant* |
| 6 | *Mortgageit, Inc* |
| 7 | |
| 8 | **SIGNED** this 13th day of January, at Seattle, Washington. |
| 9 | /s/ Erin M. Stines |

DEFENDANT CHICAGO'S JOINDER IN DEFENDANTS' MOTION
TO DISMISS FILED ON JANUARY 12, 2012 – 4
NO. 2:11-CV-01445

FIDELITY NATIONAL LAW GROUP
A Division of Fidelity National
Title Group, Inc.
1200 – 6TH AVENUE, SUITE 620
SEATTLE, WA 98101
(206) 223-4525