The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| TRAVIS MICKELSON, DANIELLE H. MICKELSON, and the marital community thereof,<br><br>　　　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CHASE HOME FINANCE, LLC, an unknown entity; JPMORGAN CHASE BANK, N.A., a foreign corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a foreign corporation; NORTHWEST TRUSTEE SERVICES, INC., a domestic corporation; CHICAGO TITLE, an unknown corporation; ROUTH CRABTREE OLSEN, P.S., a domestic Personal Services Corporation; FEDERAL HOME LOAN MORTGAGE CORPORATION, a corporation; JEFF STENMAN, and JANE DOE STENMAN, individually, and the marital community comprised thereof; VONNIE MCELLIGOTT and JOHN DOE MCELLIGOTT, individually, and the marital community comprised thereof; RHEA S. PRE and JOHN DOE PRE, individually, and the marital community comprised there; and ROBOSIGNERS DOE 1-10;<br><br>　　　　　　　　　　　　　Defendants. | No. 11-01445-MJP<br><br>**NOTICE OF APPEARANCE OF DEFENDANTS JEFF STENMAN AND JANE DOE STENMAN, VONNIE MCELLIGOTT AND JOHN DOE MCELLIGOTT, AND RHEA S. PRE AND JOHN DOE PRE** |

TO:　　　　Scott E. Stafne and Andrew J. Krawczyk, Attorneys for Plaintiffs;

NOTICE OF APPEARANCE OF DEFENDANTS
STENMAN, MCELLIGOTT, AND PRE - PAGE 1 OF 4
2:11-cv-01445-MJP

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

1  AND TO: Fred Burnside and Rebecca J. Francis, Attorneys for Defendants JPMorgan Chase Bank; Chase Home Finance, Mortgage Electronic Registration Systems, Inc., and Federal Home Loan Mortgage Corporation;

AND TO: The Clerk of the Court:

PLEASE TAKE NOTICE that Heidi E. Buck of Routh Crabtree Olsen, P.S., without waiving defenses of lack of subject matter or personal jurisdiction, improper venue, insufficiency of service of process, or any other valid defense, hereby appears for Defendants Jeff Stenman and Jane Doe Stenman, Vonnie McElligott and John Doe McElligott, and Rhea S. Pre and John Doe Pre, in the above-entitled action. You are further notified that service of all pleadings, notices, documents or other papers herein, except original process, shall be served upon said Defendants by service upon the undersigned at:

Heidi E. Buck
Routh Crabtree Olsen, P.S.
13555 SE 36th St., Suite 300
Bellevue, Washington 98006
Telephone (425) 458-2121
Facsimile (425) 458-2131

DATED this 19th day of January, 2012.

**ROUTH CRABTREE OLSEN, P.S.**

/s/  Heidi E. Buck
Heidi E. Buck, WSBA #41769
Attorneys for Defendants Northwest Trustee
Services, Inc. Routh Crabtree Olsen, P.S., Jeff
Stenman, Vonnie McElligott, and Rhea S. Pre

NOTICE OF APPEARANCE OF DEFENDANTS
STENMAN, MCELLIGOTT, AND PRE - PAGE 2 OF 4
2:11-cv-01445-MJP

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

**Declaration of Service**

The undersigned makes the following declaration:

1. I am now, and at all times herein mentioned was a resident of the State of Washington, over the age of eighteen years and not a party to this action, and I am competent to be a witness herein.

2. That on January 19, 2012, I caused a copy of the **Notice of Appearance of Defendants Jeff Stenman and Jane Doe Stenman, Vonnie McElligott and John Doe McElligott, and Rhea S. Pre and John Doe Pre;** to be served to the following in the manner noted below:

| | |
|---|---|
| Scott E. Stafne<br>Andrew Krawczyk<br>Stafne Law Firm<br>239 N. Olympic Ave.<br>Arlington, WA  98223<br><br>Attorneys for Plaintiffs | [**X**]  US Mail, Postage Prepaid<br>[  ]  Hand Delivery<br>[  ]  Overnight Mail<br>[  ]  Facsimile |
| Fred Burnside<br>Rebecca J. Francis<br>Davis Wright Tremaine, LLP<br>1201 Third Ave., Suite 2200<br>Seattle, WA  98101-3045<br><br>Attorneys for Defendants JPMorgan Chase Bank, N.A.; Chase Home Finance, LLC; Mortgage Electronic Registration Systems, Inc.; and Federal Home Loan Mortgage Corporation | [**X**]  US Mail, Postage Prepaid<br>[  ]  Hand Delivery<br>[  ]  Overnight Mail<br>[  ]  Facsimile |

/ / /

/ / /

/ / /

NOTICE OF APPEARANCE OF DEFENDANTS
STENMAN, MCELLIGOTT, AND PRE - PAGE 3 OF 4
2:11-cv-01445-MJP

ROUTH CRABTREE OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

1  I declare under penalty of perjury under the laws of the state of Washington that the

2  foregoing is true and correct.

3  Signed this 19th day of January, 2011.

4

5                                                     /s/  Kristine Stephan
                                                     Kristine Stephan, Paralegal
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF APPEARANCE OF DEFENDANTS
STENMAN, MCELLIGOTT, AND PRE - PAGE 4 OF 4
2:11-cv-01445-MJP

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131