The Honorable Judge Marsha Pechmam

**UNITED STATE DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| TRAVIS MICKELSON, DANIELLE H. MICKELSON, and the marital community thereof,<br><br>Plaintiffs,<br><br>v.<br><br>CHASE HOME FINANCE, LLC, an unknown entity; JPMORGAN CHASE BANK, N.A., a foreign corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a foreign corporation; NORTHWEST TRUSTEE SERVICES, INC., a domestic corporation; CHICAGO TITLE, an unknown corporation; ROUTH CRABTREE OLSEN, P.S., a domestic Personal Services Corporation; FEDERAL HOME LOAN MORTGAGE CORPORATION, a corporation; JEFF STENMAN, and JANE DOE STENMAN, individually, and the marital community comprised thereof; VONNIE MCELLIGOTT and JOHN DOE MCELLIGOTT, individually, and the marital community comprised thereof; RHEA S. PRE and JOHN DOE PRE, individually, and the marital community comprised there; and ROBOSIGNERS DOE 1-10;<br><br>Defendants. | No. C11-01445 MJP<br><br>**DEFENDANTS JEFF STENMAN AND JANE DOE STENMAN, VONNIE MCELLIGOTT AND JOHN DOE MCELLIGOTT, AND RHEA PRE AND JOHN DOE PRE'S JOINDER IN DEFENDANTS JPMORGAN CHASE BANK, N.A., MERS, AND FREDDIE MAC'S MOTION TO DISMISS FILED ON JANUARY 12, 2012**<br><br>**NOTE ON MOTION CALENDAR: FEBRUARY 10, 2012** |

Defendants Jeff Stenman and Jane Doe Stenman ("Stenman"), Vonnie McElligott and John Doe McElligott ("McElligott"), and Rhea S. Pre and John Doe Pre ("Pre") hereby join in JPMorgan Chase Bank ("Chase"), Mortgage Electronic Registration Systems, Inc. ("MERS"),

DEFENDANTS STENMAN, MCELLIGOTT, AND PRE'S JOINDER IN DEFENDANTS CHASE, MERS, AND FREDDIE MAC'S PARTIAL MOTION TO DISMISS
1 of 2 C11-01445 MJP

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

and Federal Home Loan Mortgage Corporation's ("Freddie Mac") collectively, ("Moving Defendants") Partial Motion to Dismiss Plaintiffs' Amended Complaint pursuant to F.R.C.P. 12(b)(6) (the "Moving Defendants' Motion") filed on January 12, 2012. [Dkt. 43]. Defendants Stenman, McElligott, and Pre incorporate the entirety of Moving Defendants' Motion, all exhibits thereto, as if fully set forth herein.

By way of further response, Defendants Stenman, McElligott, and Pre note that the majority of courts have held that activities, including that of a foreclosing trustee (and individual employees thereof), in furtherance of a nonjudicial foreclosure is not debt collection under the Fair Debt Collection Practices Act ("FDCPA") and those parties are not debt collectors.[1]

In view of the foregoing, Defendants Stenman, McElligott, and Pre respectfully request their Joinder in the Moving Defendants' Motion be granted and that Plaintiffs' Amended Complaint be dismissed as to Defendants Stenman, McElligott, and Pre.

DATED this 19th day of January, 2012.

**ROUTH CRABTREE OLSEN, P.S.**

_____/s/ Heidi Buck_____
Heidi E. Buck, WSBA No. 41769
Of Attorneys for Defendants Routh Crabtree Olsen, P.S. and Northwest Trustee Services, Inc.

---

[1] *See Roman v. Nw. Tr. Services, Inc.*, C10-5585BHS, 2010 WL 5146593 *3 (W.D. Wash. Dec. 13, 2010); *see also Hulse v. Ocwen Federal Bank, FSB*, 195 F.Supp.2d 1188, 1204 (D. Or. 2002); *see also Jordan v. Kent Recovery Services,* 731 F. Supp. 652, 657-58 (D.Del.1990); *see also Armacost v. HSBC Bank USA,* Slip Copy, 2011 WL 825151, D.Idaho (February 09, 2011); *see also Anokhin v. BAC Home Loans Servicing, LLP*, Slip Copy, 2010 WL 5393972 (E.D.Cal.,2010); *see also Beadle v. Haughey*, 2005 DNH 16 (D.N.H. 2005); *see also Bittinger v. Wells Fargo Bank NA*, 744 F. Supp. 2d 619 (S.D. Tex. 2010); *see also Gentsch v. Ownit Mortg. Solutions Inc.*, Slip Copy, 2009 WL 1390843 (E.D.Cal.,2009); *see also Heinemann v. Jim Walter Homes, Inc.,* 47 F. Supp. 2d 716, 722 (N.D. W. Va. 1998); *see also Montgomery v. Huntington Bank,* 346 F.3d 693, 700 (6th Cir. 2003); *and see Powell v. Residential Mortg. Capital,* Slip Copy, 2010 WL 2133011 (N.D.Cal.,2010).

DEFENDANTS STENMAN, MCELLIGOTT, AND PRE'S JOINDER IN DEFENDANTS CHASE, MERS, AND FREDDIE MAC'S PARTIAL MOTION TO DISMISS
2 of 2 C11-01445 MJP

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131