The Honorable Marsha J. Pechman

1

2

3

4

5

6

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| TRAVIS MICKELSON, DANIELLE H. MICKELSON, and the marital community thereof, | ) ) ) ) |
| | No. 11-01445-MJP |
| Plaintiffs, | ) ) **DECLARATION OF SERVICE** |
| v. | ) ) |
| CHASE HOME FINANCE, LLC, an unknown entity; JPMORGAN CHASE BANK, N.A., a foreign corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a foreign corporation; NORTHWEST TRUSTEE SERVICES, INC., a domestic corporation; CHICAGO TITLE, an unknown corporation; ROUTH CRABTREE OLSEN, P.S., a domestic Personal Services Corporation; FEDERAL HOME LOAN MORTGAGE CORPORATION, a corporation; JEFF STENMAN, and JANE DOE STENMAN, individually, and the marital community comprised thereof; VONNIE MCELLIGOTT and JOHN DOE MCELLIGOTT, individually, and the marital community comprised thereof; RHEA S. PRE and JOHN DOE PRE, individually, and the marital community comprised there; and ROBOSIGNERS DOE 1-10; | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

The undersigned makes the following declaration:

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

1.     I am now, and at all times herein mentioned was a resident of the State of Washington, over the age of eighteen years and not a party to this action, and I am competent to be a witness herein.

2.     That on January 19, 2012, I caused a copy of **Defendants Jeff Stenman and Jane Doe Stenman, Vonnie McElligott and John Doe McElligott, and Rhea Pre and John Doe Pre's Joinder in Defendants JPMorgan Chase Bank, N.A., MERS, and Freddie Mac's Motion to Dismiss Filed on January 12, 2012** to be served to the following in the manner noted below:

| | |
|---|---|
| Scott E. Stafne<br>Andrew Krawczyk<br>Stafne Law Firm<br>239 N. Olympic Ave.<br>Arlington, WA  98223<br><br>Attorneys for Plaintiffs | [**X**]  US Mail, Postage Prepaid<br>[  ]  Hand Delivery<br>[  ]  Overnight Mail<br>[  ]  Facsimile |
| Fred Burnside<br>Rebecca J. Francis<br>Davis Wright Tremaine, LLP<br>1201 Third Ave., Suite 2200<br>Seattle, WA  98101-3045<br><br>Attorneys for Defendants JPMorgan Chase<br>Bank, N.A.; Chase Home Finance, LLC;<br>Mortgage Electronic Registration Systems, Inc.;<br>and Federal Home Loan Mortgage Corporation | [**X**]  US Mail, Postage Prepaid<br>[  ]  Hand Delivery<br>[  ]  Overnight Mail<br>[  ]  Facsimile |

/ / /

/ / /

/ / /

/ / /

/ / /

DECLARATION OF SERVICE –
PAGE 2 OF 3
2:11-cv-01445-MJP

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Signed this 19th day of January, 2011.

/s/  Kristine Stephan
Kristine Stephan, Paralegal

DECLARATION OF SERVICE –
PAGE 3 OF 3
2:11-cv-01445-MJP

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131