Save for Filing

Reset

**UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON**

TRAVIS MICKELSON, DANIELLE H. MICKELSON and the marital
Plaintiff(s),

v.

CHASE HOME FINANCE LLC, an unknown entity; JPMORGAN CHASE
Defendant(s).

Case No. 2:11-CV-01445-MJP

**PRAECIPE**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:
You will please:

Issue 6 summons for the following Defendants: JEFF STENMAN and JANE DOE STENMAN individually and the marital community comprised thereof; VONNIE McELLIGOTT and JOHN DOE McELLIGOTT, individually and the marital community comprised thereof; RHEA S. PRE and JOHN DOE PRE, individually, and the marital community thereof;

Dated Jan 27, 2012

/s/Scott E. Stafne
Signature

For: Plaintiff