CQ/Y CY F '662'"Tgx02: B3÷"Uwo o qpu'kp"c'Ekxkt'Cevkqp

# WP KVGF "UVCVGU'F KUVTKEV'EQWV

hqt"vj g

"

|  |  |
| --- | --- |
| _____ | + |
| *Plaintiff* | + |
| x0 | + |
|  | + |
| _____ | + |
| *Defendant* | + |

Ekxkt'Cevkqp'P q0

**SUMMONS IN A CIVIL ACTION**

Vq<*(Defendant's name and address)*

C "rcy uvkv'j cs'dbggp"hkngf 'c ci ckpuv'{qw0

Y kj kp"aaaf c{u'chvgt'ugtxkeg'qh'vj ku'uwo o qpu'qp"{qw'%pqv'eqwpvkpi "vj g"fc{"{qw'tgegkxgf "kv÷"õ   qt"aaa'f c{u'kh'{qw ctg'vj g"Wpkvgf "Uvcvgu'qt"c'Wpkvgf "Uvcvgu'ci gpe{."qt"cp"hhkegt"qt"go rnq{gg'qh"vj g"Wpkvgf "Uvcvgu'F guetkdgf "kp"Hef 0T0Ekx0 R034 "c÷4÷"qt "õ5÷õ   {qw'o wuv'ugtxg'qp"vj g"rnckpvkhf "cp"cpuy gt"vq"vj g"cuuach gf "eqo rnckpv"qt"c"o qvkqp"wpf gt"Twng"34"qh vj g"Hgf gtcn'Twngu'qh'Ekxkn'Rtqegf wtg0"Vj g"cpuy gt"qt"o qvkqp"o wuv'dg"ugtxgf "qp"vj g"rnckpvkhf"qt"rnckpvkhf'u'cwqtpg{. y j qug"pco g"cpf "cf f tguu'ctg<

Kf'{qw'hcknn'vq"tgurqpf ."Iwf i o gpv"d{"f ghcwnv'y knn'dg"gpvgtgf 'ci ckpuv'{qw'hqt"vj g"tgnkgh'f go cpf gf 'kp"vj g"eqo rnckpv0 [ qw'cnuq'o wuv'hkng'{qwt"cpuy gt"qt"o qvkqp"y kj "vj g"eqwtv0

*CLERK OF COURT*

F cvg<   _____          _____
                                                                      *Signature of Clerk or Deputy Clerk*

AO-WAWD 440 (Rev. 3/10)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏  I personally served the summons and complaint on the individual at *(place)*
_____ on *(date)* _____ ; or

❏  I left the summons and complaint at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏  I served the summons and complaint on *(name of individual)* _____ , wh

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏  I returned the summons unexecuted because _____ ; or

❏  Other *(specify):*

                                                                                            .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                                        *Server's signature*

                                        _____
                                                        *Printed name and title*

                                        _____
                                                        *Server's address*

Additional information regarding attempted service, etc: