CQ/Y CY F "662"*Tgx02: I33+"Uwo o qpu"kp"c"Ekxkn"Cevkqp

# WPKVGF "UVCVGU"FKUVTKEV"EQWTV

hqt"vj g

"

| | |
|---|---|
| *Plaintiff* | ) |
| x0 | )   Ekxkn"Cevkqp"P q0 |
| *Defendant* | ) |

**SUMMONS IN A CIVIL ACTION**

Vq<*(Defendant's name and address)*

C"ncy uwkv"j cu"dggp"hkngf "ci ckpuv"{qw0

Y kj kp"aaafc{u"chvgt"ugtxkeg"qh"vj ku"uwo o qpu"qp"{qw"*pqv"eqwpvkpi "vj g"fc{ "{qw"tgegkxgf "kv+"ô "qt"aaa"fc{u"kh"{qw ctg"vj g"Wpkvgf "Uvcvgu"qt"c"Wpkvgf "Uvcvgu"ci gpe{."qt"cp"qhhkegt"qt"go rnq{ ee"qh"vj g"Wpkvgf "Uvcvgu"f guetkdgf "kp"Hgf 0T0Ekx0 R034"*c+*4+"qt"*5+"ô "{qw"o wuv"ugtxg"qp"vj g"r nckpvkhh"cp"cpuy gt"vq"vj g"cwcej gf "eqo r nckpv"c"o qvkqp"wpf gt"Twng"34"qh vj g"Hgf gtcn"Twngu"qh"Ekxkn"Rtqegf wtg0"Vj g"cpuy gt"qt"o qvkqp"o wuv"dg"ugtxgf "qp"vj g"r nckpvkhh"qt"r nckpvkhhu"cuqtpg{. y j qug"pco g"cpf "cff tguu"ctg<

Ki"{qw"hckn"vq"tgur qpf ."1wf i o gpv"d{ "f ghcwnv"y knf dg"gpvgtgf "ci ckpuv"{qw"hqt"vj g"tgnkgh"f go cpf gf "kp"vj g"eqo r nckpv0 { qw"cnuq"o wuv"hkng"{qwt"cpuy gt"qt"o qvkqp"y kj "vj g"eqwtv0

*CLERK OF COURT*

Fcvg< _____

*Signature of Clerk or Deputy Clerk*

AO-WAWD 440 (Rev. 3/10)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons and complaint on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons and complaint at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons and complaint on *(name of individual)* _____ , wh

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: