CQ/Y CY F '662'*Tgx02: l33+'Uwo o qpu'kp'c'Ekxkl'Cevkqp

# WP KVGF "UVCVGU F KUVT KEV EQWTV

hqt'\j g

"

|  |  |  |  |
|---|---|---|---|
| *Plaintiff* | + |  |  |
| x0 | + | Ekxkl'Cevkqp'P q0 |  |
| *Defendant* | + |  |  |

## SUMMONS IN A CIVIL ACTION

Vq<*(Defendant's name and address)*

C "rcy uwkv'j cu'dggp'hkrgf "ci ckpuv'{qw0

Y kj kp'aaafc{u'chvgt'ugtxkeg'qh'vj ku'uwo o qpu'qp"{qw"*pqv'eqwpvkpi "vj g'fc{ "{qw'tgegkxgf "kv+"ô "qt'aaa'fc{u'kh"{qw ctg'vj g'Wpkvgf "Uvcvgu'qt'c'Wpkvgf "Uvcvgu'ci gpe{."qt'cp'qhhkegt'qt'go rnq{gg'qh'vj g'Wpkvgf "Uvcvgu'fguetkdgf "kp'Hgf 0T0Ekx0 R034"*c+*4+'qt"*5+ô "{qw'o wuv'ugtxg'qp'vj g'rnckpvkhh'cp'cpuy gt'vq'vj g'cvvcej gf "eqo rnckpv'qt'c'o qvkqp'wpfgt'Twng'34"qh vj g'Hgf gtcn'Twngu'qh'Ekxkn'Rtqegfwtg0"Vj g'cpuy gt'qt'o qvkqp'o wuv'dg'ugtxgf "qp'vj g'rnckpvkhh'qt'rnckpvkhh øu'cwqtpg{. y j qug'pco g'cpf 'cf f tguu'ctg<



Ki'{qw'hckr'vq'tgur qpf ."lwfi o gpv'd{ 'f ghcwnv'y kn'dg'gpvgtgf "ci ckpuv'{qw'hqt'vj g'tgnkgh'f go cpf gf "kp'vj g'eqo rnckpv0' [ qw'cnuq'o wuv'hkng'{qwt'cpuy gt'qt'o qvkqp'y kj "vj g'eqwtv0



*CLERK OF COURT*

F cvg< _____    _____
*Signature of Clerk or Deputy Clerk*

AO-WAWD 440 (Rev. 3/10)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons and complaint on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons and complaint at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons and complaint on *(name of individual)* _____ , wh

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: