CQ/Y CY F '662"*Tgx02: I33+"Uwo o qpu'kp'c'Ekxkn'Cevkqp

# WP KVGF "UVCVGU"F KUVTKEV"EQWTV

hqt"\j g

"

| | | |
|---|---|---|
| _____ | + | |
| *Plaintiff* | + | |
| x0 | + | Ekxkn'Cevkqp'P q0 |
| _____ | + | |
| *Defendant* | + | |

## SUMMONS IN A CIVIL ACTION

Vq<*(Defendant's name and address)*

C "rcy uwkv'j cu'dggp"hkngf "ci ckpuv"{qw0

Y kj kp'aaaf c{u'chvgt"ugtxkeg"qh"vj ku'uwo o qpu'qp"{qw"*pqv'eqwpvkpi "vj g"f c{"{qw'tgegkxgf "kv+ô "qt"aaa"f c{u'kh"{qw ctg"vj g"Wpkvgf "Uvcvgu'qt"c"Wpkvgf "Uvcvgu'ci gpe{."qt"cp'qhhkegt"qt"go rnq{gg"qh"vj g"Wpkvgf "Uvcvgu'f guetkdgf "kp'Hgf 0T0Ekx0 R034"*c+*4+'qt"*5+ô "{qw'o wuv'ugtxg"qp'vj g"rnckpvkhh'cp'cpuy gt"vq'vj g'cwcej gf "eqo rnckpv"qt"c"o qvkqp'wpf gt"Twng"34"qh vj g'Hgf gtcn'Twngu'qh'Ekxkn'Rtqegf wtg0"Vj g'cpuy gt"qt"o qvkqp'o wuv'dg"ugtxgf "qp'vj g"rnckpvkhh'qt"rnckpvkhhóu'cwqtpg{. y j qug'pco g"cpf "cf f tguu'ctg<

Kh'{qw'hckn'vq'tgurqpf ."lwf i o gpv'd{ "f ghcwnv'y knl'dg"gpvgtgf "ci ckpuv"{qw'hqt"vj g'tgnkgh'f go cpf gf "kp"vj g"eqo rnckpv0' [ qw'cnuq'o wuv'hkng"{qwt'cpuy gt"qt"o qvkqp'y kj "vj g"eqwtv0



*CLERK OF COURT*

F cvg< _____


_____
*Signature of Clerk or Deputy Clerk*

AO-WAWD 440 (Rev. 3/10)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    ❒ I personally served the summons and complaint on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    ❒ I left the summons and complaint at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ❒ I served the summons and complaint on *(name of individual)* _____ , wh

 designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    ❒ I returned the summons unexecuted because _____ ; or

    ❒ Other *(specify):*

_____ .

    My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: