THE HON. MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRAVIS MICKELSON, et. ux.<br><br>Plaintiffs,<br><br>vs.<br><br>CHASE HOME FINANCE LLC, et. al.<br><br>Defendants. | NO. 2:11-cv-01445<br><br>NOTICE OF SUPPLEMENTAL AUTHORITY, PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS |

Plaintiff provides the following supplemental authority to their RESPONSE TO DEFENDANTS JPMORGAN CHASE BANK, MERS, AND FEDERAL HOME LOAN MORTGAGE CORPORATION'S PARTIAL MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(6) AND JOINDERS THEREIN (dkt. no. 55) ("MTD Response"): Opinion and Order in the matter of *James, et. ux. v. Recontrust Company, et. al.*, 3:11-cv-00324-ST (D. ORE., Feb. 29, 2012)("Opinion and Order")(copy attached hereto).

The Opinion and Order at pp. 12-13 (analogous facts), 15-23 (analysis of comparable statute), 23-39 (analysis of similar arguments and other jurisdictions opinions), 40-41 (conclusion) supplements Plaintiffs argument in general, and specifically that:

> The designation of MERS as a nominee to hold only a legal interest directly conflicts with the statutory definition of "beneficiary" which requires that the beneficiary must hold the note. Under the statutory definition, only MHL

NOTICE OF SUPPLEMENTAL AUTHORITY- 1

STAFNE LAW FIRM

239 NORTH OLYMPIC AVENUE
ARLINGTON, WA 98223
TEL. 360.403.8700 /STAFNELAWFIRM@AOL.COM

Funding could be the note holder and therefore "beneficiary" at the time the foreclosure was initiated. *See* RCW 61.24.005(2).

MTD Response at 10:16-20. The opinion was issued a month after plaintiffs response was due and provides useful comparison and analysis.

Therefore, the plaintiffs respectfully request this Court take notice of Opinion and Order as part of plaintiff's arguments (MTD Response at 10:16-20) in response to the pending motion to dismiss.

DATED this 6th day of March, 2012 at Arlington, WA.

Respectfully Submitted,

_____
Scott E. Stafne, WSBA #6964
Stafne Law Firm
239 North Olympic Avenue
Arlington, WA 98223
Phone: (360) 403-8700
Fax: (360) 386-4005

NOTICE OF SUPPLEMENTAL AUTHORITY- 2

**STAFNE LAW FIRM**
239 NORTH OLYMPIC AVENUE
ARLINGTON, WA 98223
TEL. 360.403.8700 /STAFNELAWFIRM@AOL.COM

CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on March 6th, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Fred B. Burnside: fredburnside@dwt.com
Rebecca J. Francis: RebeccaFrancis@dwt.com
Heidi E. Buck: hbuck@rcolegal.com
Andrew Gordon Yates: yatesa@lanepowell.com
John S. Devlin, III: devlinj@lanepowell.com
Erin McDougal Stines: erin.stines@fnf.com

DATED this 6th day of March, 2012 at Arlington, WA.

_____
Chessa Tachiki, Paralegal
Stafne Law Firm