THE HON. MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TRAVIS MICKELSON, DANIELLE H. MICKELSON, et. ux.<br><br>Plaintiffs,<br><br>vs.<br><br>CHASE HOME FINANCE LLC, et. al.<br><br>Defendants. | NO. 2:11-cv-01445<br><br>DECLARATION OF ANDREW KRAWCZYK IN SUPPORT OF MOTION FOR RECONSIDERATION |

I, Andrew Krawczyk, declare under penalty of perjury under the laws that the following is true and correct to the best of my knowledge:

1. I am over the age of eighteen years, I am competent to testify as to the matters set forth herein.

2. I am an attorney of record in the above matter.

DECLARATION OF ANDREW KRAWCZYK IN SUPPORT OF
MOTION FOR RECONSIDERATION - 1

STAFNE LAW FIRM
239 NORTH OLYMPIC AVENUE
ARLINGTON, WA 98223
TEL. 360.403.8700 /STAFNELAWFIRM@AOL.COM

3. Attached hereto as Exhibit A is a true and correct copy of March 14, 2012 letter received from Heidi Buck, Attorney for Northwest Trustee Services, related to supplementing and amending responses to Plaintiffs Interrogatories and Requests for Production.

4. Attached hereto as Exhibit B is a true and correct copy of a document titled "Trustee's Sale" received in response to a request for production on March 14, 2012.

EXECUTED this 23rd day of April 2012, in Arlington WA

By /s/ Andrew J. Krawczyk
Andrew J. Krawczyk, WSBA # 42982
239 North Olympic Drive
Arlington, WA 98223
andrew@stafnelawfirm.com
(360) 403-8700 x 207

DECLARATION OF ANDREW KRAWCZYK IN SUPPORT OF
MOTION FOR RECONSIDERATION - 2

STAFNE LAW FIRM
239 NORTH OLYMPIC AVENUE
ARLINGTON, WA 98223
TEL. 360.403.8700 /STAFNELAWFIRM@AOL.COM