UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TRAVIS MICKELSON and DANIELLE H. MICKELSON,

        Plaintiffs,

v.

CHASE HOME FINANCE LLC, et al.,

        Defendants.

CASE NO. C11-1445 MJP

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Marsha J. Pechman, United States District Judge:

The Court has reviewed Plaintiffs' motion for reconsideration. (Dkt. No. 59.) The Court invites Defendants to file a single responsive brief of no more than 6 pages by no later than Monday, April 30, 2012. No reply brief will be permitted unless by further order of the Court.

\\

\\

\\

MINUTE ORDER- 1

1     The clerk is ordered to provide copies of this order to all counsel.

2     Filed this 25th day of April, 2012.

                              William M. McCool  
                              Clerk of Court

                              s/Mary Duett  
                              Deputy Clerk

MINUTE ORDER- 2