The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRAVIS MICKELSON, DANIELLE H. MICKELSON, and the marital community,<br><br>Plaintiffs,<br><br>v.<br><br>CHASE HOME FINANCE, LLC, et al.,<br><br>Defendants. | No. C11-01445 MJP<br><br>DEFENDANTS' NOTICE OF INTENT TO FILE SURREPLY AND SURREPLY/MOTION TO STRIKE |

## I. NOTICE OF INTENT TO FILE SURREPLY

Pursuant to Local Civil Rule 7(g)(1), Defendants provide notice of their intent to file a surreply. Defendants received Plaintiffs' Reply in support of their Motion for Reconsideration (styled as an "Objection to Consideration of New Evidence in Response to Motion for Reconsideration for Motion to Dismiss as Opposed to Summary Judgment") [Dkt. 62] by ECF notice on May 3, 2012. Defendants timely filed this Notice of Intent to File Surreply "as soon after receiving the reply brief as practicable." LCR 7(g)(1).

## II. SURREPLY AND MOTION TO STRIKE

Pursuant to Local Civil Rule 7(g), Defendants Chase Home Finance LLC, Mortgage Electronic Registration Systems, Inc., Federal Home Loan Mortgage Corporation, and JPMorgan Chase Bank, NA (collectively "Defendants"), request that the Court strike Plaintiffs' Reply in support of their Motion for Reconsideration (styled as an "Objection to Consideration of New Evidence in Response to Motion for Reconsideration for Motion to Dismiss as Opposed to

DEFENDANTS' NOTICE OF INTENT
TO FILE SURREPLY (C11-01445 MJP) — 1
DWT 19463158v1 0036234-000130

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

Summary Judgment") [Dkt. 62]. Defendants request this relief because the Reply is improper under the Court's Minute Order [Dkt. 60] and the Local Civil Rules. See LCR 7(h)(3). Under Local Civil Rule 7(h)(3), a court "may authorize a reply." The Court's Minute Order "invite[d] Defendants to file a single responsive brief," but stated that "[n]o reply brief will be permitted unless by further order of the Court." Dkt. 60. The Court neither issued a further order, nor did Plaintiffs seek one. Because the Court did not issue an order authorizing Plaintiffs' Reply, the Court should strike the Reply as improper. See Dkt. 60; LCR 7(h)(3).

In any event, as stated in Defendants' Joint Response to the Motion for Reconsideration, Defendants *agree* with Plaintiffs that the Court should *not* consider any of the evidence submitted by *either* party on Plaintiffs' Motion for Reconsideration. Indeed, Defendants asked the Court *not* to consider this evidence in their Joint Response to the Motion for Reconsideration and showed why that evidence is irrelevant. *See* Dkt. 61 at 3 n.1, 4-5. It is Plaintiffs, not Defendants, who are attempting to go beyond the Amended Complaint, and Defendants' responsive materials were offered only to the extent the Court considers Plaintiffs' new evidence—which it should not do. Defendants will not re-hash its arguments here, other than to reiterate that the Court need not and should not consider the evidence to deny Plaintiffs' Motion for Reconsideration.

### III.   CONCLUSION

The Court should strike Plaintiff's unauthorized surreply, reject Plaintiffs' attempt to inject irrelevant new materials in connection with reconsideration of the Order granting the Motion to Dismiss, and ignore any evidence submitted after this Court's dismissal Order.

DATED this 3rd day of May, 2012.

>
> Davis Wright Tremaine LLP
> Attorneys for JPMorgan Chase Bank, N.A., MERS, and Federal Home Loan Mortgage Corporation
>
>
> By /s/ Fred B. Burnside
>   Fred Burnside, WSBA # 32491
>   Rebecca Francis, WSBA #41196

DEFENDANTS' NOTICE OF INTENT
TO FILE SURREPLY (C11-01445 MJP) — 2
DWT 19463158v1 0036234-000130

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on May 3, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Heidi E. Buck**
  hbuck@rcolegal.com,tkwong@rcolegal.com,buck4343@gmail.com
- **John S Devlin , III**
  devlinj@lanepowell.com,Docketing-SEA@LanePowell.com,burrusl@lanepowell.com
- **Scott E Stafne**
  stafnelawfirm@aol.com,wwactfilings@aol.com
- **Erin McDougal Stines**
  erin.stines@fnf.com,nancy.hunt@fnf.com,cindy.rochelle@fnf.com
- **Andrew Gordon Yates**
  yatesa@lanepowell.com,docketing-sea@lanepowell.com,strayerd@lanepowell.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:  N/A

DATED this 3rd day of May, 2012.

        Davis Wright Tremaine LLP
        Attorneys for Defendants JPMorgan Chase Bank,
        N.A.; Mortgage Electronic Registration Systems
        Inc.; and Federal Home Loan Corporation

        By   *s/ Fred B. Burnside*
         Fred B. Burnside, WSBA #32491
         1201 Third Avenue, Suite 2200
         Seattle, WA 98101-3045
         Telephone:  206-622-3150
         Facsimile:   206-757-7700
          E-mail:  fredburnside@dwt.com

DEFENDANTS' NOTICE OF INTENT
TO FILE SURREPLY (C11-01445 MJP) — 3
DWT 19463158v1 0036234-000130

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax