The Honorable Marsha J. Pechman

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

TRAVIS MICKELSON, DANIELLE H.
MICKELSON, and the marital community
thereof,

                          Plaintiffs,

    v.

CHASE HOME FINANCE, LLC, an unknown
entity; JPMORGAN CHASE BANK, N.A., a
foreign corporation; MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS,
INC., a foreign corporation; NORTHWEST
TRUSTEE SERVICES, INC., a domestic
corporation; CHICAGO TITLE, an unknown
corporation; ROUTH CRABTREE OLSEN,
P.S., a domestic Personal Services Corporation;
FEDERAL HOME LOAN MORTGAGE
CORPORATION, a corporation; JEFF
STENMAN, and JANE DOE STENMAN,
individually, and the marital community
comprised thereof; VONNIE MCELLIGOTT
and JOHN DOE MCELLIGOTT, individually,
and the marital community comprised thereof;
RHEA S. PRE and JOHN DOE PRE,
individually, and the marital community
comprised there; and ROBOSIGNERS DOE 1-
10;

                          Defendants.

No. 11-01445-MJP

**ANSWER OF DEFENDANTS
NORTHWEST TRUSTEE
SERVICES, INC., ROUTH
CRABTREE OLSEN, P.S., JEFF
STENMAN, VONNIE
MCELLIGOTT, AND RHEA PRE**

## I.    ANSWER

COME NOW, Defendants Northwest Trustee Services, Jeff Stenman, Vonnie
McElligott, and Rhea Pre (collectively, "NWTS Defendants") and Routh Crabtree Olsen,

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

P.S. ("RCO") (NWTS Defendants and RCO are collectively referred to as "Answering Defendants") and hereby answers Plaintiff's Amended Complaint ("FAC") as follows. All allegations not expressly admitted, denied, or otherwise pled below are hereby to be construed as denied.

1.1     Answering Defendants lack sufficient information or belief to either admit or deny the allegations in this paragraph and therefore deny them.

1.2     Deny.

1.3     This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

1.4     This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

1.5     This paragraph contains legal conclusions to which Answering Defendants are not required to respond and other statements to which no response is required. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

1.6     This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

2.1     Answering Defendants lack sufficient information or belief to either admit or deny the allegations in this paragraph and therefore deny them.

2.2     Answering Defendants lack sufficient information or belief to either admit or deny the allegations in this paragraph and therefore deny them.

2.3     Answering Defendants assert that the Note and Deed of Trust speak for themselves. To the extent an further answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

2.4     Answering Defendants assert that the Deed of Trust speaks for itself. To the extent an further answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

2.4.1   Admit.

2.5     Admit.

2.5.1   Answering Defendants assert that the Limited Power of Attorney speaks for itself.

2.5.2   Answering Defendants assert that the Assignment of Deed of Trust speaks for itself.

2.5.3   Answering Defendants assert that the Appointment of Successor Trustee speaks for itself.

2.5.4   Answering Defendants assert that the 2008 Notice of Trustee's Sale speaks for itself.

2.5.5   Answering Defendants assert that the 2010 Notice of Trustee's Sale speaks for itself.

2.6     Admit.

2.7     This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

2.8     Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

2.9     This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

2.9.1   This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

2nd 2.9.1     Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

2.9.3   Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

2.10    Admit.

2.10.1  Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

2.10.2  This paragraph is unintelligible as written. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

2.10.3  Deny.

2.11    Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

2.12    This paragraph includes legal conclusions to which Answering Defendants are not required to respond. RCO admits it is a law firm and professional services corporation principally based in Bellevue, WA and doing business in Island County. RCO admits attorney Heidi Buck appeared on its behalf. Answering Defendants deny all remaining allegations contained in this paragraph.

2.13    This paragraph includes legal conclusions to which Answering Defendants are not required to respond. Answering Defendants admit Jeff Stenman is a resident of Washington and employed by NWTS.

2.14    This paragraph includes legal conclusions to which Answering Defendants are not required to respond. Answering Defendants admit Vonnie McElligott is a resident of Washington and employed by NWTS.

2.15    This paragraph includes legal conclusions to which Answering Defendants are not required to respond. Answering Defendants admit Rhea Pre is a resident of Washington and employed by NWTS.

2.16    Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

2.18[1]    Admit this court has jurisdiction.

---

[1] The FAC does not contain a Paragraph 2.17.

ANSWER
2:11-cv-01445-MJP
Page 4 of 39



ROUTH CRABTREE OLSEN, P.S.    13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

3.1     Answering Defendants re-state responses to each and every item and allegation above.

3.2     Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

3.3     Answering Defendants assert that the Note speaks for itself. The statements in this paragraph are statements that do not warrant a denial or admission from Answering Defendants.

3.4     This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

3.5     Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

3.6     Answering Defendants assert that the Deed of Trust speaks for itself.

3.7     Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

3.8     This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

3.8.1   Answering Defendants assert that the Deed of Trust speaks for itself. This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

3.8.2   Answering Defendants assert that the Note peaks for itself. This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

3.8.3   This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

3.8.4   This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

3.8.5   This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

3.8.6   This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

3.9   This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

3.9.1   This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

3.9.2   Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

3.9.3   Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

3.9.4   This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

3.10   Admit.

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

3.11    Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

3.12    Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

3.13    Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

3.14    Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

3.15    This paragraph contains statements that do not warrant a denial or admission from Answering Defendants and legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

3.16    Answering Defendants assert that the Limited Power of Attorney speaks for itself.

3.17    Answering Defendants assert that the Appointment of Successor Trustee speaks for itself. Answering Defendants admit Jeff Stenman and Rhea Pre are employees of NWTS.

3.18    Answering Defendants assert that the Assignment of Deed of Trust speaks for itself. Answering Defendants admit Vonnie McElligott and Rhea Pre are employees of NWTS.

3.19    This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

3.20    This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

3.21    Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

3.22    Answering Defendants admit the Mickelson defaulted on their loan. Answering Defendants lack sufficient information to admit or deny the remaining allegations and on this basis deny them.

3.23    RCO asserts that the 2008 Letter, notice of default, and notice of sale speaks for themselves. Answering Defendants lack sufficient information to admit or deny the remaining allegations and on this basis deny them.

3.24    Answering Defendants deny the Appointment and Assignment were recorded after the notice of sale.

3.25    Answering Defendants lack sufficient information or belief to either admit or deny the allegations in this paragraph and therefore deny them.

3.26    Answering Defendants assert the 2010 Notice of Sale and Note speak for themselves.

3.27    Denied.

3.28    NWTS admits it conducted the sale on March 25, 2011. Answering Defendants assert the Trustee's Deed speaks for itself. Answering Defendants lack sufficient information to admit or deny the remaining allegations and on this basis deny them.

3.29    To the extent this paragraph states a legal conclusion, Answering Defendants are not required to answer. Answering Defendants deny the allegations in this paragraph.

3.30    RCO admits it was retained by Freddie Mac to represent it in the unlawful detainer action. Answering Defendants assert the unlawful detainer complaint speaks for itself. Answering Defendants lack sufficient information to admit or deny the remaining allegations and on this basis deny them.

3.31    Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

3.32    Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

3.33    Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

3.34    Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

3.35    Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

3.36    Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

3.37    Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

3.38    Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

3.39    Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

4.1    Answering Defendants re-state responses to each and every item and allegation above.

4.2    This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

5.1    Answering Defendants re-state responses to each and every item and allegation above.

5.2    Answering Defendants assert the Note speaks for itself.

5.3    The statements in this paragraph are statements that do not warrant a denial or admission from Answering Defendants.

5.4    This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

5.5     This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

5.6     This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

5.7     This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

5.8     Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

6.1     Answering Defendants re-state responses to each and every item and allegation above.

6.2     The statements in this paragraph are statements that do not warrant a denial or admission from Answering Defendants.

6.3     Answering Defendants assert the Deed of Trust speaks for itself.

6.4     This paragraph contains legal conclusions and statements that do not warrant a denial or admission from Answering Defendants. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

6.5     Answering Defendants assert the Deed of Trust speaks for itself.

6.6     This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

6.6.1    This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

6.6.2    Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

6.6.3    Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

6.6.4    This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

6.7      Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

6.8      This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

6.9      This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

6.10     This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

6.11     This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

6.12     Answering Defendants assert the Deed of Trust speaks for itself. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

6.13     This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

6.14    This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

6.15    Answering Defendants assert the Deed of Trust speaks for itself.

6.16    This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

6.17    This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

6.18    This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

6.19    This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

6.20    This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

6.21    This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

6.22    Answering Defendants assert the Assignment of Deed of Trust speaks for itself. This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

6.23    Answering Defendants assert the Assignment of Deed of Trust speaks for itself. This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

6.24    This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

6.25    The statements in this paragraph are statements that do not warrant a denial or admission from Answering Defendants.

6.26    Admit.

6.27    Admit. Answering Defendants assert the Limited Power of Attorney speaks for itself.

6.28    This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

6.29    This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants deny the allegations of this paragraph.

6.30    This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants deny the allegations of this paragraph.

6.31    Answering Defendants assert the Appointment of Successor Trustee and Limited Power of Attorney speak for themselves. This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants deny the allegations of this paragraph.

6.32    This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants deny the allegations of this paragraph.

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

6.33    Answering Defendants assert the Deed of Trust speaks for itself.

6.34    The statements in this paragraph are statements that do not warrant a denial or admission from Answering Defendants.

6.35    The statements in this paragraph are statements that do not warrant a denial or admission from Answering Defendants.

6.36    This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

6.37    This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

6.38    This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

6.39    This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants deny the allegations of this paragraph.

6.40    This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants deny the allegations of this paragraph.

6.41    This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants deny the allegations of this paragraph.

6.42    The statements in this paragraph are statements that do not warrant a denial or admission from Answering Defendants.

6.42.1 The statements in this paragraph are statements that do not warrant a denial or admission from Answering Defendants.

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

6.42.2 The statements in this paragraph are statements that do not warrant a denial or admission from Answering Defendants.

2nd 6.42      This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

6.43    Denied.

6.44    This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants deny the allegations of this paragraph.

6.45    This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants deny the allegations of this paragraph.

6.46    This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants deny the allegations of this paragraph.

6.47    This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants deny the allegations of this paragraph.

6.48    The statements in this paragraph are statements that do not warrant a denial or admission from Answering Defendants.

6.49    The statements in this paragraph are statements that do not warrant a denial or admission from Answering Defendants.

6.50    This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants deny the allegations of this paragraph.

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

6.51    This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants deny the allegations of this paragraph.

6.52    This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants deny the allegations of this paragraph.

6.53    This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants deny the allegations of this paragraph.

6.54    This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants deny the allegations of this paragraph.

6.55    The statements in this paragraph are statements that do not warrant a denial or admission from Answering Defendants.

6.56    This paragraph contains legal conclusions to which Answering Defendants are not required to respond.

6.57    Denied.

6.58    This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants deny the allegations of this paragraph.

6.59    This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants deny the allegations of this paragraph.

6.60    This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants deny the allegations of this paragraph.

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

6.61    This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants deny the allegations of this paragraph.

6.62    This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants deny the allegations of this paragraph.

6.63    This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

6.64    This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants deny the allegations of this paragraph.

7.1    Answering Defendants re-state responses to each and every item and allegation above.

7.2    This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants deny the allegations of this paragraph.

7.3    This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants deny the allegations of this paragraph.

8.1    Answering Defendants re-state responses to each and every item and allegation above.

8.2    This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

8.3     This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

8.4     This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

8.5     The statements in this paragraph are statements that do not warrant a denial or admission from Answering Defendants.

9.1     Answering Defendants re-state responses to each and every item and allegation above.

9.2     This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

9.3     This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

9.4     This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

10.1    Answering Defendants re-state responses to each and every item and allegation above.

10.2    This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

10.3    This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

10.4    This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

10.5    This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

10.6    This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

10.7    This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

10.8    This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

10.9    This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

10.10   This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

10.11   This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

10.12   This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

11.1    Answering Defendants re-state responses to each and every item and allegation above.

11.2    The statements in this paragraph are statements that do not warrant a denial or admission from Answering Defendants.

11.3    The statements in this paragraph are statements that do not warrant a denial or admission from Answering Defendants.

11.4    The statements in this paragraph are statements that do not warrant a denial or admission from Answering Defendants.

11.5    The statements in this paragraph are statements that do not warrant a denial or admission from Answering Defendants.

11.6    This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

11.7    This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants deny the allegations of this paragraph.

11.8    This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants deny the allegations of this paragraph.

11.9    The statements in this paragraph are statements that do not warrant a denial or admission from Answering Defendants.

11.10   This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants deny the allegations of this paragraph.

11.11   The statements in this paragraph are statements that do not warrant a denial or admission from Answering Defendants.

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

11.12   This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants deny the allegations of this paragraph.

11.13   This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants deny the allegations of this paragraph.

11.14   This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants deny the allegations of this paragraph.

11.15   This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants deny the allegations of this paragraph.

11.16   This paragraph contains legal conclusions to which Answering Defendants are not required to respond and statements that do not require an admission or denial from Answering Defendants. To the extent an answer is required, Answering Defendants deny the allegations of this paragraph.

11.17   This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants deny the allegations of this paragraph.

11.18   This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

11.19   This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants deny the allegations of this paragraph.

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

11.20  This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants deny the allegations of this paragraph.

11.21  The statements in this paragraph are statements that do not warrant a denial or admission from Answering Defendants.

11.21.1       This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

11.21.2       This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

11.21.3       This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

11.22  This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants deny the allegations of this paragraph.

11.22.1       This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

11.22.2       Answering Defendants assert the Appointment of Successor Trustee speaks for itself. This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants deny the allegations of this paragraph.

11.22.3       This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants deny the allegations of this paragraph.

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

11.23   This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants deny the allegations of this paragraph.

12.1    Answering Defendants re-state responses to each and every item and allegation above.

12.2    This paragraph contains legal conclusions to which Answering Defendants are not required to respond and statements that do not warrant an admission or denial from Answering Defendants. To the extent an answer is required, Answering Defendants deny the allegations of this paragraph.

12.3    This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants deny the allegations of this paragraph.

12.4    The statements in this paragraph are statements that do not warrant a denial or admission from Answering Defendants.

12.5    This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants deny the allegations of this paragraph.

12.6    This paragraph contains legal conclusions to which Answering Defendants are not required to respond and statements that do not warrant an admission or denial from Answering Defendants. To the extent an answer is required, Answering Defendants deny the allegations of this paragraph.

12.7    This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants deny the allegations of this paragraph.

12.8    This paragraph contains legal conclusions to which Answering Defendants are not required to respond and statements that do not warrant an admission or denial from

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

Answering Defendants. To the extent an answer is required, Answering Defendants deny the allegations of this paragraph.

12.9    This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants deny the allegations of this paragraph.

12.10   This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants deny the allegations of this paragraph.

12.11   The statements in this paragraph are a request for relief that do not warrant a denial or admission from Answering Defendants.

13.1    Answering Defendants re-state responses to each and every item and allegation above.

13.2    This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

13.2A   This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

13.2B   This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

13.2C   This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

13.2D   This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

13.2E  This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

13.3    This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants deny the allegations of this paragraph.

13.4    The statements in this paragraph are statements that do not warrant a denial or admission from Answering Defendants.

13.4A  This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

13.4B  This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

13.4C  This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

13.4D  This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

13.4E  This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

13.4F  This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

13.4G  This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

13.4H  This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

13.4I  This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

13.4J  This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

13.4K  This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

13.5  This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

13.5A  This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

13.5B  This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

13.5C  This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

13.5D  This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

13.5E  This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

13.5F  This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

13.5G  This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

13.5H  This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

13.5I   This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

13.5J   This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

13.5K  This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

13.6    This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants deny the allegations of this paragraph.

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

13.7     This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

13.8     This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants deny the allegations of this paragraph.

13.8A   This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants deny the allegations of this paragraph.

13.8B   This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants deny the allegations of this paragraph.

13.8C   This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants deny the allegations of this paragraph.

13.8D   This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants deny the allegations of this paragraph.

13.8E   This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants deny the allegations of this paragraph.

13.9     This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

13.9A   This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

13.9B  This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

13.9C  This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants lack sufficient information to admit or deny the allegations and on this basis deny them.

13.10  This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants deny the allegations of this paragraph.

13.11  This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants deny the allegations of this paragraph.

13.12  This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants deny the allegations of this paragraph.

14.1    Answering Defendants re-state responses to each and every item and allegation above.

14.2    The statements in this paragraph are statements that do not warrant a denial or admission from Answering Defendants.

14.3    This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants deny the allegations of this paragraph.

14.4    This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants deny the allegations of this paragraph.

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

14.5    This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants deny the allegations of this paragraph.

14.6    This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants deny the allegations of this paragraph.

14.7    This paragraph contains legal conclusions to which Answering Defendants are not required to respond. To the extent an answer is required, Answering Defendants deny the allegations of this paragraph.

14.8    This paragraph contains legal conclusions to which Answering Defendants are not required to respond and statements that do not warrant an admission or denial from Answering Defendants. To the extent an answer is required, Answering Defendants deny the allegations of this paragraph.

15.1    Answering Defendants re-state responses to each and every item and allegation above.

15.2    The statements in this paragraph are statements that do not warrant a denial or admission from Answering Defendants.

15.3    This paragraph contains legal conclusions to which Answering Defendants are not required to respond and requests for relief which do not warrant an admission or denial from Answering Defendants. To the extent an answer is required, Answering Defendants deny the allegations of this paragraph.

## DAMAGES AND EQUITABLE RELIEF

The statements in this paragraph are a request for relief which do not warrant an admission or denial from Answering Defendants. To the extent an answer is required, Answering Defendants deny the allegations of this paragraph.

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

1

**DEMAND FOR JURY TRIAL**

2

       The statements in this paragraph are statements that do not warrant a denial or

3

admission from Answering Defendants.

4

**ANSWER TO APPENDIX I**

5

3.32.1        Answering Defendants lack sufficient information or belief to either admit or

6

deny the allegations in this paragraph and therefore deny them.

7

3.32.2        Answering Defendants lack sufficient information or belief to either admit or

8

deny the allegations in this paragraph and therefore deny them.

9

3.32.3        Answering Defendants lack sufficient information or belief to either admit or

10

deny the allegations in this paragraph and therefore deny them.

11

3.32.4        Answering Defendants lack sufficient information or belief to either admit or

12

deny the allegations in this paragraph and therefore deny them.

13

3.32.5        Answering Defendants lack sufficient information or belief to either admit or

14

deny the allegations in this paragraph and therefore deny them.

15

3.32.6        Answering Defendants lack sufficient information or belief to either admit or

16

deny the allegations in this paragraph and therefore deny them.

17

3.32.7        Answering Defendants lack sufficient information or belief to either admit or

18

deny the allegations in this paragraph and therefore deny them.

19

3.32.8        Answering Defendants lack sufficient information or belief to either admit or

20

deny the allegations in this paragraph and therefore deny them.

21

3.32.9        Answering Defendants lack sufficient information or belief to either admit or

22

deny the allegations in this paragraph and therefore deny them.

23

3.32.10        Answering Defendants lack sufficient information or belief to either admit or

24

deny the allegations in this paragraph and therefore deny them.

25

3.32.11        Answering Defendants lack sufficient information or belief to either admit or

26

deny the allegations in this paragraph and therefore deny them.

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

3.32.12        Answering Defendants admit they received one phone call from Plaintiffs on or about February 5, 2009. Answering Defendants lack sufficient information or belief to either admit or deny the remaining allegations in this paragraph and therefore deny them.

3.32.13        Answering Defendants lack sufficient information or belief to either admit or deny the allegations in this paragraph and therefore deny them.

3.32.14        Answering Defendants lack sufficient information or belief to either admit or deny the allegations in this paragraph and therefore deny them.

3.32.15        Answering Defendants lack sufficient information or belief to either admit or deny the allegations in this paragraph and therefore deny them.

3.32.16        Answering Defendants lack sufficient information or belief to either admit or deny the allegations in this paragraph and therefore deny them.

3.32.17        Answering Defendants lack sufficient information or belief to either admit or deny the allegations in this paragraph and therefore deny them.

3.32.18        Answering Defendants lack sufficient information or belief to either admit or deny the allegations in this paragraph and therefore deny them.

3.32.19        Answering Defendants lack sufficient information or belief to either admit or deny the allegations in this paragraph and therefore deny them.

3.32.20        Answering Defendants lack sufficient information or belief to either admit or deny the allegations in this paragraph and therefore deny them.

3.32.21        Answering Defendants lack sufficient information or belief to either admit or deny the allegations in this paragraph and therefore deny them.

3.32.22        Answering Defendants lack sufficient information or belief to either admit or deny the allegations in this paragraph and therefore deny them.

3.32.23        Answering Defendants lack sufficient information or belief to either admit or deny the allegations in this paragraph and therefore deny them.

3.32.24        Answering Defendants lack sufficient information or belief to either admit or deny the allegations in this paragraph and therefore deny them.

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

3.32.25     Answering Defendants lack sufficient information or belief to either admit or deny the allegations in this paragraph and therefore deny them.

3.32.26     Answering Defendants lack sufficient information or belief to either admit or deny the allegations in this paragraph and therefore deny them.

3.32.27     Answering Defendants lack sufficient information or belief to either admit or deny the allegations in this paragraph and therefore deny them.

3.32.28     Answering Defendants lack sufficient information or belief to either admit or deny the allegations in this paragraph and therefore deny them.

3.32.29     Answering Defendants lack sufficient information or belief to either admit or deny the allegations in this paragraph and therefore deny them.

3.32.30     Answering Defendants lack sufficient information or belief to either admit or deny the allegations in this paragraph and therefore deny them.

3.32.31     Answering Defendants lack sufficient information or belief to either admit or deny the allegations in this paragraph and therefore deny them.

3.32.32     Answering Defendants lack sufficient information or belief to either admit or deny the allegations in this paragraph and therefore deny them.

3.32.33     Answering Defendants lack sufficient information or belief to either admit or deny the allegations in this paragraph and therefore deny them.

3.32.34     Answering Defendants lack sufficient information or belief to either admit or deny the allegations in this paragraph and therefore deny them.

3.32.35     Answering Defendants lack sufficient information or belief to either admit or deny the allegations in this paragraph and therefore deny them.

3.32.36     Answering Defendants lack sufficient information or belief to either admit or deny the allegations in this paragraph and therefore deny them.

3.32.37     Answering Defendants lack sufficient information or belief to either admit or deny the allegations in this paragraph and therefore deny them.

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

3.32.38        Answering Defendants lack sufficient information or belief to either admit or deny the allegations in this paragraph and therefore deny them.

3.32.39        Answering Defendants lack sufficient information or belief to either admit or deny the allegations in this paragraph and therefore deny them.

3.32.40        Answering Defendants lack sufficient information or belief to either admit or deny the allegations in this paragraph and therefore deny them.

3.32.41        Answering Defendants lack sufficient information or belief to either admit or deny the allegations in this paragraph and therefore deny them.

3.32.42        Answering Defendants lack sufficient information or belief to either admit or deny the allegations in this paragraph and therefore deny them.

3.32.43        Answering Defendants assert the August 6, 2010 letter speaks for itself.

3.32.44        Answering Defendants lack sufficient information or belief to either admit or deny the allegations in this paragraph and therefore deny them.

3.32.45        Answering Defendants lack sufficient information or belief to either admit or deny the allegations in this paragraph and therefore deny them.

3.32.46        Answering Defendants lack sufficient information or belief to either admit or deny the allegations in this paragraph and therefore deny them.

3.32.47        Answering Defendants lack sufficient information or belief to either admit or deny the allegations in this paragraph and therefore deny them.

3.32.48        Answering Defendants lack sufficient information or belief to either admit or deny the allegations in this paragraph and therefore deny them.

3.32.49        Answering Defendants lack sufficient information or belief to either admit or deny the allegations in this paragraph and therefore deny them.

3.32.50        Answering Defendants lack sufficient information or belief to either admit or deny the allegations in this paragraph and therefore deny them.

3.32. 51        Answering Defendants lack sufficient information or belief to either admit or deny the allegations in this paragraph and therefore deny them.

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

1
2

3.32. 52        Answering Defendants lack sufficient information or belief to either admit or deny the allegations in this paragraph and therefore deny them.

3
4

3.32. 53        Answering Defendants lack sufficient information or belief to either admit or deny the allegations in this paragraph and therefore deny them.

5
6

3.32.54        Answering Defendants lack sufficient information or belief to either admit or deny the allegations in this paragraph and therefore deny them.

7
8

3.32.55        Answering Defendants lack sufficient information or belief to either admit or deny the allegations in this paragraph and therefore deny them.

9
10

3.32.56        Answering Defendants lack sufficient information or belief to either admit or deny the allegations in this paragraph and therefore deny them.

11
12

3.32.57        Answering Defendants lack sufficient information or belief to either admit or deny the allegations in this paragraph and therefore deny them.

13
14

3.32.58        Answering Defendants lack sufficient information or belief to either admit or deny the allegations in this paragraph and therefore deny them.

15
16
17
18
19
20

3.32.59        Answering Defendants admit they sent Plaintiffs a Notice of Postponement letter on or about February 18, 2011. Answering Defendants assert the February 18, 2011 letter speaks for itself. As to the remaining allegations, Answering Defendants lack sufficient information or belief to either admit or deny the allegations in this paragraph and therefore deny them.

21
22

3.32.60        Answering Defendants lack sufficient information or belief to either admit or deny the allegations in this paragraph and therefore deny them.

23
24

3.32.61        Answering Defendants lack sufficient information or belief to either admit or deny the allegations in this paragraph and therefore deny them.

25
26

3.32.62        Answering Defendants lack sufficient information or belief to either admit or deny the allegations in this paragraph and therefore deny them.

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

3.32.63        Answering Defendants admit a notice was posted at the subject property on or about March 25, 2011 providing notice that the foreclosure sale had occurred. As to all remaining allegations, Answering Defendants lack sufficient information or belief to either admit or deny the allegations in this paragraph and therefore deny them.

3.32.64        Answering Defendants lack sufficient information or belief to either admit or deny the allegations in this paragraph and therefore deny them.

## II.        AFFIRMATIVE DEFENSES

Having answer Plaintiff's FAC, Answering Defendants assert the following affirmative defenses, the assertion of which in no way shifts the burden of proof to Answering Defendants:

1. <u>Failure to State a Claim</u>:  The assertions in the FAC fail to state claims upon which relief can be granted.

2. <u>Failure of Damages</u>: Plaintiffs cannot allege any cognizable damages resulting from the acts alleged in the FAC.

3. <u>Mitigation of Damages</u>:  Plaintiffs have failed to mitigate the alleged damages.

4. <u>Waiver and Estoppel</u>:  Plaintiffs' claims are barred by the equitable doctrines of waiver and estoppel.

5. <u>Breach of Contract</u>:  Plaintiffs breached the Note and defaulted according to the Deed of Trust by failing to make payment described in the Note and Deed of Trust.

6. <u>Nonperformance of Condition Precedent</u>:  Plaintiffs breached the Note and defaulted according to the Deed of Trust by failing to make payments described in the Note and Deed of Trust.

7. <u>Laches</u>: The claims asserted in the FAC are barred in whole or in part by the equitable doctrine of laches.

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

8. <u>Contributory Fault/Unclean Hands</u>:  The claims asserted in the FAC are barred in whole or in part based on Plaintiffs' contributory fault and/or unclean hands.

9. <u>Mootness</u>. Plaintiffs' claims are moot and therefore barred at this time.

10. <u>Statutory Exemption</u>. The Plaintiffs' claim fall within an exemption from statutory coverage.

11. <u>Insufficient service</u>. Plaintiffs have failed to effect proper service of the FAC.

12. Answering Defendants also assert the defenses of assumption of risk, mutual mistake, and reserves the right to amend this Answer by way of adding additional affirmative defenses, counter claims, or third party claims as additional facts are discovered, without waiving defenses of lack of subject matter jurisdiction or any other valid defense.

## VI. PRAYER FOR RELIEF

Answering Defendants pray for judgment against Plaintiffs as follows:

1.      That Plaintiffs' FAC be dismissed with prejudice;

2.      That the Plaintiffs recover nothing on account of the claims made in the FAC.

3.      That the Answering Defendant be awarded costs of suit herein; and

4.      For such other and further relief as the Court deems equitable and just.


DATED this 10th day of May, 2012.

**ROUTH CRABTREE OLSEN, P.S.**


/s/  Heidi E. Buck
Heidi E. Buck, WSBA #41769
Attorneys for Defendants Northwest Trustee
Services, Inc., Jeff Stenman, Vonnie McElligott,
Rhea Pre, and Routh Crabtree Olsen, P.S.



R O U T H
C R A B T R E E
O L S E N, P.S.      13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

**Declaration of Service**

The undersigned makes the following declaration:

1.      I am now, and at all times herein mentioned was a resident of the State of Washington, over the age of eighteen years and not a party to this action, and I am competent to be a witness herein.

2.      That on May 10, 2012, I caused a copy of the **Answer of Defendants Northwest Trustee Services, Inc., Routh Crabtree Olsen, P.S., Jeff Stenman, Vonnie McElligott, and Rhea Pre** to be served to the following in the manner noted below:

| | |
|---|---|
| Scott E. Stafne<br>Andrew Krawczyk<br>Stafne Law Firm<br>239 N. Olympic Ave.<br>Arlington, WA  98223<br><br>Attorneys for Plaintiffs | [**X**]  US Mail, Postage Prepaid<br>[  ]  Hand Delivery<br>[  ]  Overnight Mail<br>[  ]  Facsimile |
| Fred Burnside<br>Rebecca J. Francis<br>Davis Wright Tremaine, LLP<br>1201 Third Ave., Suite 2200<br>Seattle, WA  98101-3045<br><br>Attorneys for Defendants JPMorgan Chase Bank, N.A.; Chase Home Finance, LLC; Mortgage Electronic Registration Systems, Inc.; and Federal Home Loan Mortgage Corporation | [**X**]  US Mail, Postage Prepaid<br>[  ]  Hand Delivery<br>[  ]  Overnight Mail<br>[  ]  Facsimile |
| Erin M. Stines<br>Fidelity National Law Group<br>1200 6th Ave., Suite 4100<br>Seattle, WA  98101<br><br>Attorneys for Defendant Chicago Title | [**X**]  US Mail, Postage Prepaid<br>[  ]  Hand Delivery<br>[  ]  Overnight Mail<br>[  ]  Facsimile |

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

1
2

I declare under penalty of perjury under the laws of the state of Washington that the

foregoing is true and correct.

3

Signed this 10th day of May, 2012.

4
5

/s/  Kristine Stephan
Kristine Stephan, Paralegal

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131