**BENEFICIARY DECLARATION**
**(NOTE HOLDER)**
**(Executed by Officer of Beneficiary)**

Loan No. ▓▓▓9566
Property Address: 436 Ezduzit Lane, Camano Island, WA  98282

The undersigned, under penalty of perjury, declares as follows:

**Chase Home Finance LLC** is the actual holder of the promissory note or other obligation evidencing the above-referenced loan or has requisite authority under RCW 62A.3-301 to enforce said obligation.

The trustee may rely upon the truth and accuracy of the averments made in this declaration.

Dated this 17 day of August, 20 10 in _____ Columbus _____, _____ Ohio _____.

**Chase Home Finance LLC**, beneficiary

By _____ Susan Massie _____
Its _____ Vice President _____

\- \- \- \- \- \- \- \- \- \- \- \- \- \- \- \- \- \- **OR** \- \- \- \- \- \- \- \- \- \- \- \- \- \- \- \- \- \-

**BENEFICIARY DECLARATION**
**(NOTE HOLDER)**
**(Attorney in Fact for Beneficiary)**

Loan No. ▓▓▓9566

The undersigned, under penalty of perjury, declares as follows:

**Chase Home Finance LLC** is the actual holder of the promissory note or other obligation evidencing the above-referenced loan or has requisite authority under RCW 62A.3-301 to enforce said obligation.

The trustee may rely upon the truth and accuracy of the averments made in this declaration.

Dated this ____ day of _____, 20___ in _____, _____.

**Chase Home Finance LLC**, beneficiary
_____, its Attorney in Fact


By _____
Its _____

NWTS #:7037.08418
Matter name: MICKELSON, TRAVIS AND DANIELLE H.

EXHIBIT NO. A
___ OF ___