The Honorable Judge Marsha Pechman

**UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| TRAVIS MICKELSON, DANIELLE H. MICKELSON, and the marital community thereof,<br><br>　　　　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>CHASE HOME FINANCE, LLC, an unknown entity; JPMORGAN CHASE BANK, N.A., a foreign corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a foreign corporation; NORTHWEST TRUSTEE SERVICES, INC., a domestic corporation; JOHN DOES, unknown entities; MORTGAGEIT, INC., a foreign corporation; GMAC MORTGAGE CORPORATION, a foreign corporation; CHICAGO TITLE, an unknown corporation; ROUTH CRABTREE OLSEN, P.S., a domestic Personal Services Corporation; and FEDERAL HOME LOAN MORTGAGE CORPORATION, a corporation,<br><br>　　　　　　　　　　　　　　Defendants. | No. C11-01445 MJP<br><br>*Proposed* **ORDER GRANTING DEFENDANTS NORTHWEST TRUSTEE SERVICES, INC.'S, JEFF STENMAN, VONNIE MCELLIGOTT, RHEA PRE, AND ROUTH CRABTREE OLSEN, P.S.'S MOTION FOR JUDGMENT ON THE PLEADINGS** |

　　　　THIS MATTER having come before the undersigned judge on Defendants Northwest Trustee Services, Jeff Stenman, Vonnie McElligott, and Rhea Pre (collectively, the "NWTS Defendants") and Routh Crabtree Olsen, P.S. ("RCO") (collectively, "Defendants") Motion for Judgment on the Pleadings, and the Court having reviewed the materials submitted, and the Court determining that Plaintiffs have failed to state a claim upon which relief can be granted as to the

ORDER
1 of 2
Case C11-01445 MJP

ROUTH CRABTREE OLSEN, P.S.　13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

Defendants, IT IS HEREBY ORDERED that this action commenced by Plaintiffs as to the Defendants is hereby dismissed, in entirety, with prejudice.

DATED: this _____ day of _____, 2012.

_____
The Honorable Marsha Pechman

Presented by:

**ROUTH CRABTREE OLSEN, P.S.**

By: /s/ Heidi E. Buck
    Heidi E. Buck, WSBA No. 41769
Attorneys for Defendants Northwest Trustee Services, Inc., Jeff Stenman, Vonnie McElligott, Rhea Pre, and Routh Crabtree Olsen, P.S.

ORDER
2 of 2
Case C11-01445 MJP

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131