THE HON. MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRAVIS MICKELSON, et. ux.<br><br>                    Plaintiffs,<br><br>vs.<br><br>CHASE HOME FINANCE LLC, et. al.<br><br>                    Defendants. | NO. 2:11-cv-01445<br><br>NOTICE OF APPEARANCE<br>JOCELYNNE R. FALLGATTER |

TO:      THE CLERK OF THE COURT;

AND TO: FRED B. BURNSIDE, REBECCA J. FRANCIS, Attorneys for Defendants Chase Home Finance LLC, JPMorgan Chase Bank NA, and Mortgage Electronic Registration Systems Inc., and Federal Home Loan Mortgage Corporation;

AND TO: HEIDI E. BUCK, Attorney for Defendants Northwest Trustee Services Inc., Routh Crabtree Olsen PS, Vonnie McElligott, Jeff Stenman, and Rhea S. Pre;

AND TO: ERIN MCDOUGAL STINES, Attorney for Defendant Chicago Title.

YOU AND EACH OF YOU WILL PLEASE TAKE NOTICE that the undersigned, Jocelynne R. Fallgatter, appears as additional counsel for Plaintiffs Travis Mickelson and Danielle H. Mickelson in this matter. All further notice and pleadings, papers and other material relevant to this action should be directed to and served upon:

NOTICE OF APPEARANCE- 1

STAFNE LAW FIRM
239 NORTH OLYMPIC AVENUE
ARLINGTON, WA 98223
TEL. 360.403.8700 /STAFNELAWFIRM@AOL.COM

Jocelynne R. Fallgatter
Stafne Law Firm
239 North Olympic Avenue
Arlington, WA 98223
Phone: (360) 403-8700
Fax: (360) 386-4005
josie@stafnelawfirm.com

DATED this 23rd day of May, 2012 at Arlington, Washington.

STAFNE LAW FIRM
Attorneys for Plaintiffs

/s/ *Jocelynne R. Fallgatter*
Jocelynne R. Fallgatter, WSBA # 44587
Stafne Law Firm
239 North Olympic Avenue
Arlington, WA 98223
Phone: (360) 403-8700
Fax: (360) 386-4005

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on May 23, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Fred B. Burnside: fredburnside@dwt.com

Rebecca J. Francis: RebeccaFrancis@dwt.com

Heidi E. Buck: hbuck@rcolegal.com

Andrew Gordon Yates: yatesa@lanepowell.com

John S. Devlin, III: devlinj@lanepowell.com

Erin McDougal Stines: erin.stines@fnf.com

DATED this 23rd day of May, 2012 at Arlington, WA.

/s/ *Chessa R. Tachiki*
Chessa Tachiki, Paralegal
Stafne Law Firm

NOTICE OF APPEARANCE- 3

**STAFNE LAW FIRM**
239 NORTH OLYMPIC AVENUE
ARLINGTON, WA 98223
TEL. 360.403.8700 /STAFNELAWFIRM@AOL.COM