The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRAVIS MICKELSON, DANIELLE H. MICKELSON, and the marital community thereof,<br><br>Plaintiffs,<br><br>v.<br><br>CHASE HOME FINANCE LLC, et al.,<br><br>Defendants. | No. C11-01445 MJP<br><br>DECLARATION OF THOMAS E. REARDON IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT |

I, Thomas E. Reardon, declare:

1. **Identity of Declarant.** I, Thomas Reardon, am employed as a Vice President with JPMorgan Chase Bank, N.A. ("Chase"). In my position and as part of my employment, I work on issues that give me familiarity with and access to loan files documents in Chase's possession. Except as otherwise indicated, all facts set forth in this declaration are based on my personal knowledge, which is based on my experience, my review of relevant documents, including Chase's loan servicing records for Travis and Danielle Mickelson, and my discussions with appropriate personnel. The facts and documents set forth below are maintained in the ordinary course of business, and if called upon to testify regarding such matters, I could competently do so.

2. **Date Chase Received the Adjustable Rate Note.** Chase's business records reflect that Chase Home Finance LLC, which merged into JPMorgan Chase Bank, N.A., on

DECLARATION OF THOMAS REARDON (C11-01445 MJP) — 1
DWT 19558355v1 0036234-000130

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

May 1, 2011 (collectively "Chase"), received the Adjustable Rate Note executed by Plaintiffs Travis and Danielle Mickelson, indorsed in blank—and evidencing the debt secured by the Deed of Trust recorded on November 29, 2005, under Island County Auditor's File No. 4155570—on June 26, 2006. Chase's business records further reflect that Chase has held the Adjustable Rate Note continuously from that date until October 2011, when it was delivered to the law offices of Davis Wright Tremaine LLP.

      3.    **Date of Default.** Chase's business records reflect that the Mickelson's defaulted on their loan beginning in 2008.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED at Westerville, Ohio, this 30th day of May 2012.

_____
Thomas E. Reardon

DECLARATION OF THOMAS REARDON (C11-01445 MJP) — 2
DWT 19558355v1 0036234-000130

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on May 31, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Heidi E. Buck**
  hbuck@rcolegal.com,tkwong@rcolegal.com,buck4343@gmail.com
- **John S Devlin , III**
  devlinj@lanepowell.com,Docketing-SEA@LanePowell.com,burrusl@lanepowell.com
- **Scott E Stafne**
  stafnelawfirm@aol.com,wwactfilings@aol.com
- **Erin McDougal Stines**
  erin.stines@fnf.com,nancy.hunt@fnf.com,cindy.rochelle@fnf.com
- **Andrew Gordon Yates**
  yatesa@lanepowell.com,docketing-sea@lanepowell.com,strayerd@lanepowell.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:  N/A

DATED this 31st day of May, 2012.

>
> Davis Wright Tremaine LLP
> Attorneys for JPMorgan Chase Bank, N.A., MERS, and Federal Home Loan Mortgage Corporation
>
> By */s/ Fred B. Burnside*
>     Fred B. Burnside, WSBA #32491
>     1201 Third Avenue, Suite 2200
>     Seattle, WA 98101-3045
>     Tel.: 206-757-8016; Fax: 206-757-7700
>     E-mail: fredburnside@dwt.com

DECLARATION OF THOMAS REARDON (C11-01445 MJP) — 3
DWT 19558355v2 0036234-000130

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax