1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

THE HONORABLE MARSHA J. PECHMAN
**Noted on Motion Calendar**
**August 10, 2012**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TRAVIS MICKELSON, DANIELLE H.
MICKELSON, and the marital community
thereof,

                Plaintiffs,

       v.

CHASE HOME FINANCE LLC, an unknown
entity, et al.,

                Defendants.

No. 2:11-cv-01445 MJP

ORDER GRANTING CHICAGO TITLE
INSURANCE COMPANY'S MOTION
TO DISMISS CPA CLAIM

[PROPOSED]

       This matter having come before the court on CHICAGO TITLE INSURANCE

COMPANY'S MOTION TO DISMISS CPA CLAIM and the court having considered the

pleadings and records on file, including response and reply, and deeming itself fully advised,

NOW THEREFORE, ORDERS AS FOLLOWS:

       (1)    Chicago Title Insurance Company's Motion to Dismiss CPA Claim is

GRANTED.

ORDER GRANTING CHICAGO'S MOTION TO
DISMISS CPA CLAIM – 1
NO. 2:11-CV-01445 MJP

**FIDELITY NATIONAL LAW GROUP**
**The Law Division of Fidelity National**
**Title Group, Inc.**
**1200 – 6TH AVENUE, SUITE 620**
**SEATTLE, WA  98101**
**(206) 223-4525**

1          (2)    Chicago Title Insurance Company is hereby DISMISSED WITH

2    PREJUDICE, and without the award of attorneys' fees and costs to any party.

3          DONE IN OPEN COURT this _____ day of _____, 2012.

4

5
                        _____
6                        THE HON. MARSHA J. PECHMAN

7     Presented by:

8

    /s/ Erin M. Stines_____
9    Erin M. Stines, WSBA #31501
    Fidelity National Law Group
10   The Law Division of Fidelity National
        Title Group, Inc.
11   1200 – 6th Avenue, Suite 620
    Seattle, WA  98101
12   (206) 224-6005
    (206) 223-4527 – FAX
13   erin.stines@fnf.com

14   *Attorney for Defendant Chicago*
                        *Title Insurance Company*
15

16

17

18

19

20

21

22

23

ORDER GRANTING CHICAGO'S MOTION TO
DISMISS CPA CLAIM – 2
NO. 2:11-CV-01445 MJP

**FIDELITY NATIONAL LAW GROUP**
**The Law Division of Fidelity National**
**Title Group, Inc.**
**1200 – 6TH AVENUE, SUITE 620**
**SEATTLE, WA  98101**
**(206) 223-4525**

1

**CERTIFICATE OF SERVICE**

2          I certify that on the date given below, I electronically filed this document entitled

3  **[PROPOSED] ORDER GRANTING CHIGAGO TITLE INSURANCE COMPANY'S**

4  **MOTION TO DISMISS CPA CLAIM** with the Clerk of the Court using the CM/ECF

5  System which will send notification of such filing to the following persons:

6  Scott E. Stafne , WSBA #6964
STAFNE LAW FIRM
7  239 North Olympia Avenue
Arlington, WA  98223
8  360-403-8700 / 360- 386-4005 - FAX
scott.stafne@stafnelawfirm.com
9  *Attorney for Plaintiffs*

10  Fred B Burnside, WSBA #32491
Rebecca J. Francis. WSBA #41196
11  DAVIS WRIGHT TREMAINE (SEA)
1201 Third Avenue, Suite 2200
12  Seattle, WA 98101-3045
206-622-3150 / 206-757-7700 – FAX
13  fredburnside@dwt.com
rebeccafrancis@dwt.com
14  *Attorneys for Defendants*
*Chase Home Finance LLC,*
15  *JPMorgan Chase Bank, N.A.,*
*Mortgage Electronic Registration Systems Inc.*
16  *and Federal Home Loan Mortgage Corporation*

17  Heidi E. Buck**,** WSBA #41769
ROUTH CRABTREE OLSEN
18  13555 SE 36TH STREET, STE 300
BELLEVUE, WA 98006
19  425-213-5534 / 425-283-5968 - FAX
hbuck@rcolegal.com
20  *Attorneys for Defendants*
*Northwest Trustee Services, Inc.,*
21  *Jeff Stenman, Vonnie McElligott,*
*Rhea Pre and Routh Crabtree Olsen, P.S.*

22

23

ORDER GRANTING CHICAGO'S MOTION TO
DISMISS CPA CLAIM – 3
NO. 2:11-CV-01445 MJP

**FIDELITY NATIONAL LAW GROUP**
**The Law Division of Fidelity National**
**Title Group, Inc.**
**1200 – 6TH AVENUE, SUITE 620**
**SEATTLE, WA  98101**
**(206) 223-4525**

1    **SIGNED** this 6th day of July, 2012 at Seattle, Washington.

2                                                    /s/ Erin M. Stines_____
                                                     Erin M. Stines
3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER GRANTING CHICAGO'S MOTION TO
DISMISS CPA CLAIM – 4
NO. 2:11-CV-01445 MJP

FIDELITY NATIONAL LAW GROUP
The Law Division of Fidelity National
Title Group, Inc.
1200 – 6TH AVENUE, SUITE 620
SEATTLE, WA  98101
(206) 223-4525