The Honorable Judge Marsha Pechman

1

2

3

4

5

6

7

**UNITED STATE DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

8

| | | |
|---|---|---|
| TRAVIS MICKELSON, DANIELLE H. MICKELSON, and the marital community thereof, | ) ) ) | No. C11-01445 MJP |
| | ) | **NOTICE OF UNAVAILABILITY** |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| CHASE HOME FINANCE, LLC, an unknown entity; JPMORGAN CHASE BANK, N.A., a foreign corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a foreign corporation; NORTHWEST TRUSTEE SERVICES, INC., a domestic corporation; JOHN DOES, unknown entities; MORTGAGEIT, INC., a foreign corporation; GMAC MORTGAGE CORPORATION, a foreign corporation; CHICAGO TITLE, an unknown corporation; ROUTH CRABTREE OLSEN, P.S., a domestic Personal Services Corporation; and FEDERAL HOME LOAN MORTGAGE CORPORATION, a corporation, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

TO:          Scott E. Stafne, Attorneys for Plaintiffs;

AND TO:    Fred B. Burnside and Rebecca J. Francis, Attorneys for Defendants Chase Home Finance, LLC, JPMorgan Chase Bank, N.A., Mortgage Electronic Registration Systems, Inc., and Federal Home Loan Mortgage Corporation;

AND TO:    Erin M. Stines, Attorneys for Defendant Chicago Title Insurance Company;

AND TO:    The Clerk of the Court:

NOTICE OF UNAVAILABILITY –
PAGE 1 OF 4
Case C11-01445 MJP

R OUTH
C RABTREE
O LSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

PLEASE TAKE NOTICE that Heidi Buck will be out of the state or otherwise unavailable from August 6, 2012 through August 22, 2012.  It is requested that motions and other court hearings not be scheduled to occur during the time of my absence, and that motions or other hearings be scheduled so that there is sufficient time to prepare for them following the end of my absence. There is no other attorney available with sufficient factual knowledge of this case to respond to any substantive request for relief during my absence.

DATED this 11th day of July, 2012.

**ROUTH CRABTREE OLSEN, P.S.**

 /s/  Heidi E. Buck
Heidi E. Buck, WSBA #41769
Of Attorneys for Defendant Northwest
Trustee Services, Inc.

NOTICE OF UNAVAILABILITY –
PAGE 2 OF 4
Case C11-01445 MJP

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

**Declaration of Service**

The undersigned makes the following declaration:

1.      I am now, and at all times herein mentioned was a resident of the State of Washington, over the age of eighteen years and not a party to this action, and I am competent to be a witness herein.

2.      That on July 11, 2012, I caused a copy of the **Notice of Unavailability** to be served to the following in the manner noted below:

| | |
|---|---|
| Scott E. Stafne<br>Andrew Krawczyk<br>Stafne Law Firm<br>239 N. Olympic Ave.<br>Arlington, WA  98223<br><br>Attorneys for Plaintiffs | [**X**]  US Mail, Postage Prepaid<br>[   ]  Hand Delivery<br>[   ]  Overnight Mail<br>[   ]  Facsimile<br>[**X**]  ECF Electronic Notice<br>[   ]  Email |
| Fred Burnside<br>Rebecca J. Francis<br>Davis Wright Tremaine, LLP<br>1201 Third Ave., Suite 2200<br>Seattle, WA  98101-3045<br><br>Attorneys for Defendants JPMorgan Chase Bank, N.A.; Chase Home Finance, LLC; Mortgage Electronic Registration Systems, Inc.; and Federal Home Loan Mortgage Corporation | [**X**]  US Mail, Postage Prepaid<br>[   ]  Hand Delivery<br>[   ]  Overnight Mail<br>[   ]  Facsimile<br>[**X**]  ECF Electronic Notice<br>[   ]  Email: |
| Erin M. Stines<br>Fidelity National Law Group<br>1200 6th Ave., Suite 620<br>Seattle, WA  98101<br><br>Attorneys for Defendant Chicago Title | [**X**]  US Mail, Postage Prepaid<br>[   ]  Hand Delivery<br>[   ]  Overnight Mail<br>[   ]  Facsimile<br>[**X**]  ECF Electronic Notice<br>[   ]  Email: |

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

1   I declare under penalty of perjury under the laws of the state of Washington that the foregoing is

2   true and correct.

3   Signed this 11th day of July, 2012.

4

5                                          /s/  Kristine Stephan
                                           Kristine Stephan, Paralegal
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF UNAVAILABILITY –
PAGE 4 OF 4
Case C11-01445 MJP

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131