UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRAVIS MICKELSON, DANIELLE H. MICKELSON,<br><br>Plaintiffs,<br><br>v.<br><br>CHASE HOME FINANCE LLC, et al.,<br><br>Defendants. | CASE NO. C11-1445 MJP<br><br>ORDER DENYING MOTION FOR CERTIFICATION PURSUANT TO FRCP 54(B) |

This matter comes before the Court on Plaintiffs' motion for an order allowing them to file an interlocutory appeal. (Dkt. No. 69.) Having reviewed the motion, the response (Dkt. No. 77), the reply (Dkt. No. 80), and all related papers, the Court DENIES the motion.

The court may direct entry of a final judgment as to one of many claims if "there is no just reason for delay." Fed. R. Civ. P. 54(b). But a district court may grant a motion for interlocutory appeal of an order only where the Court is "of the opinion that such order involves a controlling question of law as to which there is substantial ground for difference of opinion and

ORDER DENYING MOTION FOR
CERTIFICATION PURSUANT TO FRCP 54(B)- 1

1  that an immediate appeal from the order may materially advance the ultimate termination of the
2  litigation." 28 U.S.C. § 1292(b).
3       The Court does not find it proper to enter judgment and authorize an interlocutory appeal.
4  Plaintiffs have not shown that there is a substantial ground for difference of opinion on an issue
5  of law or that an immediate appeal would advance the litigation. The Court therefore DENIES
6  the motion.
7       The clerk is ordered to provide copies of this order to all counsel.
8       Dated this 13th day of July, 2012.

Marsha J. Pechman
United States District Judge