The Honorable Marsha J. Pechman

1

2

3

4

5

6

7

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

8

9   TRAVIS MICKELSON, DANIELLE H.
    MICKELSON, and the marital community
10  thereof,                                    )   No. 11-01445-MJP
                                                )
11                          Plaintiffs,          )   **NOTICE OF APPEARANCE**
                                                )
12              v.                               )
                                                )
13  CHASE HOME FINANCE, LLC, an unknown        )
    entity; JPMORGAN CHASE BANK, N.A., a        )
14  foreign corporation; MORTGAGE               )
    ELECTRONIC REGISTRATION SYSTEMS,            )
15  INC., a foreign corporation; NORTHWEST      )
    TRUSTEE SERVICES, INC., a domestic          )
16  corporation; CHICAGO TITLE, an unknown      )
    corporation; ROUTH CRABTREE OLSEN,          )
17  P.S., a domestic Personal Services Corporation; )
    FEDERAL HOME LOAN MORTGAGE                   )
18  CORPORATION, a corporation; JEFF            )
    STENMAN, and JANE DOE STENMAN,              )
19  individually, and the marital community     )
    comprised thereof; VONNIE MCELLIGOTT        )
20  and JOHN DOE MCELLIGOTT, individually,      )
    and the marital community comprised thereof; )
21  RHEA S. PRE and JOHN DOE PRE,               )
    individually, and the marital community     )
22  comprised there; and ROBOSIGNERS DOE 1-     )
    10;                                          )
23                                              )
                            Defendants.          )
24  _____ )

25

    TO:          Scott E. Stafne and Andrew J. Krawczyk, Attorneys for Plaintiffs;
26

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

AND TO:     Fred Burnside and Rebecca J. Francis, Attorneys for Defendants JPMorgan Chase Bank; Chase Home Finance, Mortgage Electronic Registration Systems, Inc., and Federal Home Loan Mortgage Corporation;

AND TO:     Erin M. Stines, Attorneys for Defendant Chicago Title

AND TO:     The Clerk of the Court:

PLEASE TAKE NOTICE that Joshua Schaer of Routh Crabtree Olsen, P.S., hereby appears as co-counsel for Heidi Buck, who is on leave and unavailable until after August 22, 2012, for Defendants Northwest Trustee Services, Inc., Routh Crabtree Olsen, P.S., Jeff Stenman, Vonnie McElligott, and Rhea S. Pre, in the above-entitled action.  You are further notified that service of all pleadings, notices, documents or other papers herein, except original process, shall be served upon said Defendants by service upon the undersigned at:

Heidi E. Buck
Joshua Schaer
Routh Crabtree Olsen, P.S.
13555 SE 36th St., Suite 300
Bellevue, Washington 98006
Telephone (425) 458-2121
Facsimile (425) 458-2131

DATED this 9th day of August, 2012.

**ROUTH CRABTREE OLSEN, P.S.**

/s/  Joshua Schaer
Heidi E. Buck, WSBA #41769
Joshua Schaer, WSBA #31491
Attorneys for Defendants Northwest Trustee
Services, Inc. Routh Crabtree Olsen, P.S., Jeff
Stenman, Vonnie McElligott, and Rhea S. Pre

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

**Declaration of Service**

The undersigned makes the following declaration:

1.      I am now, and at all times herein mentioned was a resident of the State of Washington, over the age of eighteen years and not a party to this action, and I am competent to be a witness herein.

2.      That on August 9, 2012, I caused a copy of the **Notice of Appearance** to be served to the following in the manner noted below:

| | |
|---|---|
| Scott E. Stafne<br>Andrew Krawczyk<br>Stafne Law Firm<br>239 N. Olympic Ave.<br>Arlington, WA  98223<br><br>Attorneys for Plaintiffs | [**X**]  US Mail, Postage Prepaid<br>[  ]  Hand Delivery<br>[  ]  Overnight Mail<br>[  ]  Facsimile<br>[**X**]  ECF Electronic Notice |
| Fred Burnside<br>Rebecca J. Francis<br>Davis Wright Tremaine, LLP<br>1201 Third Ave., Suite 2200<br>Seattle, WA  98101-3045<br><br>Attorneys for Defendants JPMorgan Chase Bank, N.A.; Chase Home Finance, LLC; Mortgage Electronic Registration Systems, Inc.; and Federal Home Loan Mortgage Corporation | [**X**]  US Mail, Postage Prepaid<br>[  ]  Hand Delivery<br>[  ]  Overnight Mail<br>[  ]  Facsimile<br>[**X**]  ECF Electronic Notice |
| Erin M. Stines<br>Fidelity National Law Group<br>1200 6th Ave., Suite 620<br>Seattle, WA  98101<br><br>Attorneys for Defendant Chicago Title | [**X**]  US Mail, Postage Prepaid<br>[  ]  Hand Delivery<br>[  ]  Overnight Mail<br>[  ]  Facsimile<br>[**X**]  ECF Electronic Notice |

//

///

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

1   I declare under penalty of perjury under the laws of the state of Washington that the

2   foregoing is true and correct.

3   Signed this 9th day of August, 2012.

4

5                                              /s/  Kristine Stephan
                                               Kristine Stephan, Paralegal
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF APPEARANCE – PAGE 4 OF 4
2:11-cv-01445-MJP

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131