The Honorable Judge Marsha Pechman

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| TRAVIS MICKELSON, DANIELLE H. MICKELSON, and the marital community thereof,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CHASE HOME FINANCE, LLC, an unknown entity; JPMORGAN CHASE BANK, N.A., a foreign corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a foreign corporation; NORTHWEST TRUSTEE SERVICES, INC., a domestic corporation; JOHN DOES, unknown entities; MORTGAGEIT, INC., a foreign corporation; GMAC MORTGAGE CORPORATION, a foreign corporation; CHICAGO TITLE, an unknown corporation; ROUTH CRABTREE OLSEN, P.S., a domestic Personal Services Corporation; and FEDERAL HOME LOAN MORTGAGE CORPORATION, a corporation,<br><br>　　　　　　　　　　　　Defendants. | No.  C11-01445 MJP<br><br>**PROPOSED ORDER GRANTING MOTION OF DEFENDANTS NORTHWEST TRUSTEE SERVICES, INC., VONNIE MCELLIGOTT, AND ROUTH CRABTREE OLSEN, P.S. FOR RECONSIDERATION OR EXTENSION OF FILING DATES**<br><br>**NOTE ON MOTION CALENDAR:**<br>**August 9, 2012** |

### I.　PROPOSED ORDER

This matter having come before the Court on the Motion of Northwest Trustee Services ("NWTS"), Vonnie McElligott ("McElligott"), and Routh Crabtree Olsen, P.S. ("RCO") (collectively, "Moving Defendants") for reconsideration of the August 7, 2012 Order denying

---

PROPOSED ORDER GRANTING MOTION OF
DEFENDANTS NWTS, MCELLIGOTT, AND RCO FOR
RECONSIDERATION OR EXTENSION OF
FILING DATES - 1 of 2    Case C11-01445 MJP

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

Judgment on the Pleadings, or alternatively, extension of deadlines in the Order Setting Trial and Related Dates, and the Court having considered the following:

1. Moving Defendants' Motion for Reconsideration or Alternative Relief;
2. Any other pleadings and documents filed separately with the Court.

The Court being fully advised of the issues presented herein, and it appearing that the Moving Defendants are entitled to their requested relief;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that reconsideration is granted, and Moving Defendants are entitled to summary judgment on all of Plaintiffs' claims.

Alternatively, _____

_____.

ORDERED this ____ day of _____, 2012.

                                                                    _____
                                                                    HON. JUDGE MARSHA J. PECHMAN

Presented by:

**ROUTH CRABTREE OLSEN, P.S.**

/s/ Joshua S. Schaer_____
Joshua S. Schaer, WSBA #31491
Of Attorneys for Defendants Northwest
Trustee Services, Inc., Vonnie McElligott,
and Routh Crabtree Olsen, P.S.

PROPOSED ORDER GRANTING MOTION OF
DEFENDANTS NWTS, MCELLIGOTT, AND RCO FOR
RECONSIDERATION OR EXTENSION OF
FILING DATES - 2 of 2    Case C11-01445 MJP

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131