The Honorable Marsha J. Pechman

1

2

3

4

5

6

7 **UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
8 **AT SEATTLE**

9 TRAVIS MICKELSON, DANIELLE H. )
MICKELSON, and the marital community )
10 thereof, ) No. 11-01445-MJP
)
11 Plaintiffs, ) **DECLARATION OF SERVICE**
)
12 v. )
)
13 CHASE HOME FINANCE, LLC, an unknown )
entity; JPMORGAN CHASE BANK, N.A., a )
14 foreign corporation; MORTGAGE )
ELECTRONIC REGISTRATION SYSTEMS, )
15 INC., a foreign corporation; NORTHWEST )
TRUSTEE SERVICES, INC., a domestic )
16 corporation; CHICAGO TITLE, an unknown )
corporation; ROUTH CRABTREE OLSEN, )
17 P.S., a domestic Personal Services Corporation; )
FEDERAL HOME LOAN MORTGAGE )
18 CORPORATION, a corporation; JEFF )
STENMAN, and JANE DOE STENMAN, )
19 individually, and the marital community )
comprised thereof; VONNIE MCELLIGOTT )
20 and JOHN DOE MCELLIGOTT, individually, )
and the marital community comprised thereof; )
21 RHEA S. PRE and JOHN DOE PRE, )
individually, and the marital community )
22 comprised there; and ROBOSIGNERS DOE 1- )
10; )
23 )
)
24 Defendants. )
_____ )

25

26 The undersigned makes the following declaration:

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

1.      I am now, and at all times herein mentioned was a resident of the State of Washington, over the age of eighteen years and not a party to this action, and I am competent to be a witness herein.

2.      That on August 9, 2012, I caused a copy of the **Motion of Defendants Northwest Trustee Services, Inc., Vonnie McElligott, and Routh Crabtree Olsen, P.S. for Reconsideration or Extension of Filing Dates** to be served to the following in the manner noted below:

| | |
|---|---|
| Scott E. Stafne<br>Andrew Krawczyk<br>Stafne Law Firm<br>239 N. Olympic Ave.<br>Arlington, WA  98223<br><br>Attorneys for Plaintiffs | [**X**] US Mail, Postage Prepaid<br>[  ] Hand Delivery<br>[  ] Overnight Mail<br>[  ] Facsimile<br>[**X**] ECF Electronic Notice |
| Fred Burnside<br>Rebecca J. Francis<br>Davis Wright Tremaine, LLP<br>1201 Third Ave., Suite 2200<br>Seattle, WA  98101-3045<br><br>Attorneys for Defendants JPMorgan Chase Bank, N.A.; Chase Home Finance, LLC; Mortgage Electronic Registration Systems, Inc.; and Federal Home Loan Mortgage Corporation | [**X**] US Mail, Postage Prepaid<br>[  ] Hand Delivery<br>[  ] Overnight Mail<br>[  ] Facsimile<br>[**X**] ECF Electronic Notice |
| Erin M. Stines<br>Fidelity National Law Group<br>1200 6th Ave., Suite 620<br>Seattle, WA  98101<br><br>Attorneys for Defendant Chicago Title | [**X**] US Mail, Postage Prepaid<br>[  ] Hand Delivery<br>[  ] Overnight Mail<br>[  ] Facsimile<br>[**X**] ECF Electronic Notice |

//

///

DECLARATION OF SERVICE – PAGE 2 OF 3
2:11-cv-01445-MJP

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

1   I declare under penalty of perjury under the laws of the state of Washington that the

2   foregoing is true and correct.

3   Signed this 9th day of August, 2012.

4

5                                       /s/  Kristine Stephan
                                        Kristine Stephan, Paralegal
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131