UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRAVIS MICKELSON and DANIELLE H. MICKELSON,<br><br>Plaintiffs,<br><br>v.<br><br>CHASE HOME FINANCE, LLC, et al.,<br><br>Defendants. | CASE NO. C11-1445 MJP<br><br>ORDER DENYING IN PART AND GRANTING IN PART DEFENDANTS' MOTION FOR RECONSIDERATION AND GRANTING REQUEST TO SET NEW DEADLINES |

This matter comes before the Court on Defendants' motion for reconsideration (Dkt. No. 90) and the parties' joint motion to extend the case deadlines (Dkt. No. 91). Having reviewed the motion and joint motion, the Court DENIES in part and GRANTS in part the motion for reconsideration and GRANTS the joint motion. The Court finds the most proper means of resolving the issues presented in Defendants' motion for reconsideration to be through a summary judgment motion. The Court thus DENIES the motion for reconsideration's substantive request, and GRANTS the request to extend the case deadline. This is essentially the same relief as requested in the joint motion. The Court hereby sets the following case deadlines:

ORDER DENYING IN PART AND GRANTING IN
PART DEFENDANTS' MOTION FOR
RECONSIDERATION AND GRANTING
REQUEST TO SET NEW DEADLINES- 1

1  (1) dispositive motions are due by no later than September 7, 2012; (2) mediation must complete

2  by November 30, 2012; (3) motions in limine must be filed by no later than November 30, 2012;

3  (4) an agreed pretrial order is due by December 21, 2012; (5) trial briefs, proposed voir dire

4  questions, jury instructions, and exhibits are due by December 28, 2012; (6) the pretrial

5  conference is set for January 4, 2013 at 2:30 PM; and (7) trial is set for January 14, 2013.

6      The clerk is ordered to provide copies of this order to all counsel.

7      Dated this 28th day of August, 2012.

8

9

10                              Marsha J. Pechman

11                              United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24  ORDER DENYING IN PART AND GRANTING IN
PART DEFENDANTS' MOTION FOR
RECONSIDERATION AND GRANTING
REQUEST TO SET NEW DEADLINES- 2