1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10   TRAVIS MICKELSON and DANIELLE    | CASE NO. C11-1445 MJP
     H. MICKELSON,
11                                     | MINUTE ORDER
                  Plaintiffs,
12
            v.
13
     CHASE HOME FINANCE, LLC, et al.,
14
                  Defendants.
15

16

        The following Minute Order is made by direction of the Court, the Honorable Marsha J.

17

Pechman, United States District Judge:

18

        The Court has reviewed Plaintiffs' motion for reconsideration and motion to vacate.

19

(Dkt. No. 94.)  In light of the issues presented and the Washington State Supreme Court's ruling

20

in Bain v. Metropolitan Mortg. Grp., Inc., Slip Op., 2012 WL 3517326 (Aug. 16, 2012), the

21

Court invites responses from all Defendants, even those who have been previously dismissed.

22

The Court encourages the Defendants to file a joint response if possible.  No response may

23

24

MINUTE ORDER- 1

1   exceed 10 pages.  The response or responses must be filed by no later than September 7, 2012.

2   No reply is requested at this time.

3          The clerk is ordered to provide copies of this order to all counsel.

4          Filed this 29th day of August, 2012.

5

6                                                      William M. McCool
                                                       Clerk of Court

7                                                      s/Mary Duett
8                                                      Deputy Clerk

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

MINUTE ORDER- 2