


The Honorable Judge Marsha Pechman

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| TRAVIS MICKELSON, DANIELLE H. MICKELSON, and the marital community thereof,<br><br>Plaintiffs,<br><br>v.<br><br>CHASE HOME FINANCE, LLC, an unknown entity; JPMORGAN CHASE BANK, N.A., a foreign corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a foreign corporation; NORTHWEST TRUSTEE SERVICES, INC., a domestic corporation; JOHN DOES, unknown entities; MORTGAGEIT, INC., a foreign corporation; GMAC MORTGAGE CORPORATION, a foreign corporation; CHICAGO TITLE, an unknown corporation; ROUTH CRABTREE OLSEN, P.S., a domestic Personal Services Corporation; and FEDERAL HOME LOAN MORTGAGE CORPORATION, a corporation,<br><br>Defendants. | No. C11-01445 MJP<br><br>**STIPULATION OF THE PARTIES FOR EXTENSION OF DEFENDANTS' RESPONSE DEADLINE TO PLAINTIFFS' MOTION FOR RECONSIDERATION AND MOTION TO VACATE**<br><br>**AND SUBJOINED ORDER**<br><br>**NOTE ON MOTION CALENDAR:**<br>**August 30, 2012** |

**I. STIPULATION**

Plaintiffs Travis Mickelson and Danielle Mickelson ("Plaintiffs"), Defendants Chase Home Finance LLC and JPMorgan Chase Bank, NA (collectively, "Chase"), Federal Home Loan Mortgage Corp. ("Freddie Mac"), and Mortgage Electronic Registration Systems, Inc. ("MERS"), Defendant Chicago Title Insurance Company ("Chicago"), and Defendants Northwest Trustee Services ("NWTS"), Vonnie McElligott ("McElligott"), and Routh Crabtree

STIPULATION OF THE PARTIES FOR EXTENSION OF RESPONSE DATE TO MOTION FOR RECONSIDERATION AND MOTION TO VACATE AND SUBJOINED ORDER
- 1 of 3  Case C11-01445 MJP

ROUTH CRABTREE OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

Olsen, P.S. ("RCO") (collectively "Defendants" for this Stipulation), through their undersigned counsel, stipulate and agree to the following terms, and jointly request the Court enter the subjoined Order granting the same:

The time for Defendants to respond to Plaintiffs' Motion for Reconsideration and Motion to Vacate shall be extended to on or before Monday, September 17, 2012. The parties believe good cause exists for such extension, and the parties seek entry of the subjoined Order approving the same.

DATED this 30th day of August, 2012.

**STAFNE LAW FIRM**

By: /s/ Scott E. Stafne
    Scott E. Stafne, WSBA #6964
    Attorney for Plaintiffs

DATED this 30th day of August, 2012.

**FIDELITY NATIONAL LAW GROUP**

By: /s/ Erin M. Stines
    Erin M. Stines, WSBA #31501
    Attorney for Defendant Chicago Title
    Insurance Company

DATED this 30th day of August, 2012.

**DAVIS WRIGHT TREMAINE, LLP**

By: /s/ Fred B. Burnside
    Fred B. Burnside, WSBA #32491
    Attorney for Defendants JPMorgan Chase
    Bank, N.A., MERS, and Federal Home
    Loan Mortg. Corp.

DATED this 30th day of August, 2012.

**ROUTH CRABTREE OLSEN, P.S.**

By: /s/ Heidi E. Buck
    Heidi E. Buck, WSBA #41769
    Attorney for Defendants Northwest Trustee
    Services, Vonnie McElligott, and Routh
    Crabtree Olsen, P.S.

STIPULATION OF THE PARTIES FOR EXTENSION OF RESPONSE DATE TO MOTION FOR RECONSIDERATION AND MOTION TO VACATE AND SUBJOINED ORDER
- 2 of 3  Case C11-01445 MJP

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

## II. PROPOSED ORDER

This matter having come before the Court on the Joint Stipulation of the parties for an extension of Defendants' response deadline to Plaintiffs' Motion for Reconsideration and Motion to Vacate, and the Court having considered the Stipulation of the Parties, dated August 30, 2012, and incorporated by reference herein;

The Court being fully advised of the issues presented herein, and it appearing that the parties are entitled to their requested relief;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Defendants' deadline to file a response to Plaintiffs' Motion for Reconsideration and Motion to Vacate is extended to Monday, September 17, 2012.

ORDERED this ____ day of _____, 2012.

_____
HON. JUDGE MARSHA J. PECHMAN

STIPULATION OF THE PARTIES FOR EXTENSION OF RESPONSE DATE TO MOTION FOR RECONSIDERATION AND MOTION TO VACATE AND SUBJOINED ORDER
- 3 of 3  Case C11-01445 MJP

ROUTH CRABTREE OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131