The Honorable Judge Marsha Pechman

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| TRAVIS MICKELSON, DANIELLE H. MICKELSON, and the marital community thereof,<br><br>            Plaintiffs,<br><br>      v.<br><br>CHASE HOME FINANCE, LLC, an unknown entity; JPMORGAN CHASE BANK, N.A., a foreign corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a foreign corporation; NORTHWEST TRUSTEE SERVICES, INC., a domestic corporation; JOHN DOES, unknown entities; MORTGAGEIT, INC., a foreign corporation; GMAC MORTGAGE CORPORATION, a foreign corporation; CHICAGO TITLE, an unknown corporation; ROUTH CRABTREE OLSEN, P.S., a domestic Personal Services Corporation; and FEDERAL HOME LOAN MORTGAGE CORPORATION, a corporation,<br><br>            Defendants. | No. C11-01445 MJP<br><br>**ORDER GRANTING EXTENSION OF DEFENDANTS' RESPONSE DEADLINE TO PLAINTIFFS' MOTION FOR RECONSIDERATION AND MOTION TO VACATE** |

This matter having come before the Court on the Joint Stipulation of the parties for an extension of Defendants' response deadline to Plaintiffs' Motion for Reconsideration and Motion to Vacate, and the Court having considered the Stipulation of the Parties, dated August 30, 2012, and incorporated by reference herein;

The Court being fully advised of the issues presented herein, and it appearing that the parties are entitled to their requested relief;

ORDER GRANTING EXTENSION OF RESPONSE DATE TO MOTION FOR RECONSIDERATION AND MOTION TO VACATE – PAGE 1 OF 2
Case C11-01445 MJP

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Defendants' deadline to file a response to Plaintiffs' Motion for Reconsideration and Motion to Vacate is extended to Monday, September 17, 2012.

ORDERED this 5th day of September, 2012.

Marsha J. Pechman
Chief United States District Judge

Presented by:

ROUTH CRABTREE OLSEN, P.S.

/s/  Heidi E. Buck
Heidi E. Buck, WSBA #41769
Of Attorneys for Defendants Northwest Trustee Services, Inc., Vonnie McElligott, and Routh Crabtree Olsen, P.S..

ORDER GRANTING EXTENSION OF RESPONSE
DATE TO MOTION FOR RECONSIDERATION AND
MOTION TO VACATE – PAGE 2 OF 2
Case C11-01445 MJP

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131