The Honorable Judge Marsha J. Pechman

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

TRAVIS MICKELSON, DANIELLE H. MICKELSON, and the marital community thereof,

Plaintiffs,

v.

CHASE HOME FINANCE, LLC, an unknown entity; JPMORGAN CHASE BANK, N.A., a foreign corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a foreign corporation; NORTHWEST TRUSTEE SERVICES, INC., a domestic corporation; JOHN DOES, unknown entities; MORTGAGEIT, INC., a foreign corporation; GMAC MORTGAGE CORPORATION, a foreign corporation; CHICAGO TITLE, an unknown corporation; ROUTH CRABTREE OLSEN, P.S., a domestic Personal Services Corporation; and FEDERAL HOME LOAN MORTGAGE CORPORATION, a corporation,

Defendants.

No. 11-01445-MJP

**DECLARATION OF VONNIE MCELLIGOTT IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

I, VONNIE MCELLIGOTT, hereby declare:

1. I am a Foreclosure Team Manager and Assistant Vice President for Northwest Trustee Services, Inc. ("NWTS"), Defendant herein. This Declaration is made in support of Defendant NWTS' Motion for Summary Judgment ("Motion"). I am a citizen of the United States, I am over the age of 18, and I make the following Declaration based upon my own



ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

personal knowledge and if called to testify in this action I could and would competently testify thereto.

2. I have personal knowledge of the procedures governing the creation and maintenance of NWTS' nonjudicial foreclosure files and I am familiar with the record keeping procedures of NWTS as to those records that pertain to the nonjudicial foreclosure proceeding against the property commonly known as 436 Ezduzit Lane, Camano Island, WA 98282 (the "Property"), which was the subject of the nonjudicial foreclosure ("Mickelson Foreclosure"), which is the subject of this lawsuit.

3. I have reviewed the records that pertain to the Mickelson Foreclosure and as to the following facts, I know them to be true of my own knowledge or I have gained knowledge of them from the business records of NWTS on behalf of NWTS, which records were made at or about the time of the events recorded, and are maintained in the ordinary course of NWTS' business at or near the time of the acts, conditions or events to which they relate. Any such document was prepared in the ordinary course of business of NWTS by a person who had personal knowledge of the event being recorded and had or has a business duty to record accurately such event. To the extent NWTS' business records contain documents created by third parties, NWTS relies on the accuracy of such records in conducting its business carrying out nonjudicial foreclosure proceedings.

4. On or about October 9, 2007, pursuant to an agreement among MERSCORP, Inc., Mortgage Electronic Registrations Systems, Inc., Chase Home Finance, and Routh Crabtree Olsen on behalf of Northwest Trustee Services (the "Agreement"), I was appointed a vice president of Mortgage Electronic Registration Systems, Inc. A true and correct copy of the Agreement is attached hereto as **Exhibit 1**.

5. The Agreement authorized me to "assign the lien of any mortgage loan registered on the MERS System that is shown to be registered to Chase Home Finance, LLC or its designee" and to "execute any and all documents necessary to foreclose upon the property securing any mortgage loan registered on the MERS System that is shown to be registered to Chase Home Finance, LLC."



ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

6. On or about August 25, 2008, NWTS received a nonjudicial foreclosure referral from Chase Home Finance LLC.

7. The referral indicated Plaintiffs were in default under the subject Note and Deed of Trust based on failure to tender the payment due on or about August 1, 2008 and every payment thereafter due.

8. The referral instructed NWTS to foreclose in the name of Chase Home Finance LLC.

9. On or about August 25, 2008, I executed an assignment of deed of trust ("Assignment") from MERS, as nominee for Chase Home Finance LLC as successor beneficiary to MHL Funding Corp. to Chase Home Finance LLC. A true and correct copy of the Assignment is attached hereto as **Exhibit 2**.

10. I signed the Assignment in my capacity as Vice President of MERS pursuant to Exhibit 1. The Assignment was recorded on September 19, 2008 under Island County Auditor's No. 4236910. *Id*.

11. On or about August 25, 2008, NWTS, as the duly authorized agent of Chase Home Finance LLC transmitted a notice of default ("Notice of Default").

12. Pursuant to instruction from Chase Home Finance LLC, NWTS closed its nonjudicial foreclosure file on or about April 2, 2009.

13. Then, on or about July 27, 2010, NWTS received a second referral from Chase Home Finance LLC to begin a nonjudicial foreclosure proceeding against the Property on behalf of Chase Home Finance LLC.

14. The referral indicated Plaintiffs were in default under the subject Note and Deed of Trust based on failure to tender the payment due on or about August 1, 2008 and every payment thereafter due.

15. The referral instructed NWTS to foreclose in the name of Chase Home Finance LLC.



ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

16. On or about August 19, 2010, in satisfaction of the proof requirement under RCW 61.24.030(7)(a), NWTS received a declaration (the "Beneficiary Declaration") from Chase Home Finance LLC. A true and correct copy of the Beneficiary Declaration is attached hereto as **Exhibit 3**.

17. The Beneficiary Declaration, dated August 17, 2010, declared, under the penalty of perjury, "Chase Home Finance LLC is the actual holder of the promissory note or other obligation evidencing the above-referenced loan or has requisite authority under RCW 62A.3-301 to enforce said obligation." The Beneficiary Declaration further provided that "the trustee may rely upon the truth and accuracy of the averments made in this declaration." The Beneficiary Declaration was signed by Susan Massie, as Vice President of Chase Home Finance LLC, beneficiary.

18. Thereafter, on or about September 6, 2010, NWTS executed a notice of trustee's sale ("Notice of Sale"), which was recorded September 7, 2010. A true and correct copy of the Notice of Sale is attached hereto as **Exhibit 4**.

19. The Notice of Sale was posted at the subject property on or about September 6, 2010 and mailed on or about September 8, 2010. A true and correct copy of the Affidavits of Posting and Mailing of Notice of Sale are attached hereto as **Exhibits 5 and 6**.

I declare under penalty of perjury and the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

SIGNED this 7th day of September, 2012.

**NORTHWEST TRUSTEE SERVICES, INC.**

By: /s/ Vonnie McElligott
Vonnie McElligott, Declarant



ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131