The Honorable Judge Marsha J. Pechman

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| TRAVIS MICKELSON, DANIELLE H. MICKELSON, and the marital community thereof, <br><br> Plaintiffs, <br><br> v. <br><br> CHASE HOME FINANCE, LLC, an unknown entity; JPMORGAN CHASE BANK, N.A., a foreign corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a foreign corporation; NORTHWEST TRUSTEE SERVICES, INC., a domestic corporation; JOHN DOES, unknown entities; MORTGAGEIT, INC., a foreign corporation; GMAC MORTGAGE CORPORATION, a foreign corporation; CHICAGO TITLE, an unknown corporation; ROUTH CRABTREE OLSEN, P.S., a domestic Personal Services Corporation; and FEDERAL HOME LOAN MORTGAGE CORPORATION, a corporation, <br><br> Defendants. | No.   11-01445-MJP <br><br> **DECLARATION OF KIMBERLY M. RAPHAELI IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

I, KIMBERLY M. RAPHAELI, hereby declare:

    1.    I am a Senior Associate at the law firm Routh Crabtree Olsen, P.S.

    2.    I have personal knowledge of the following facts as being true and correct, and I have reviewed file records kept in the ordinary course of business, and made in connection with the events described below.

DECLARATION OF KIMBERLY RAPHAELI
- PAGE 1 OF 2
CASE NO. C11-01445 MJP

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

3. On August 25, 2008, at the direction of and on behalf of Chase Home Finance LLC, Routh Crabtree Olsen, P.S. mailed to Plaintiffs Travis and Danielle Mickelson a letter (the "2008 Letter"), which discussed loss mitigation options. A true and correct copy of the 2008 Letter is attached hereto as **Exhibit A**.

4. On August 6, 2010, at the direction of and on behalf of Chase, Routh Crabtree Olsen, P.S. mailed to Plaintiffs a second letter (the "2010 Letter"), which discussed loss mitigation options. A true and correct copy of the 2010 Letter is attached hereto as **Exhibit B**.

I declare under penalty of perjury and the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

SIGNED this 7th day of September, 2012.

By: /s/ Kimberly M. Raphaeli
Kimberly M. Raphaeli, Declarant
WSBA No. 39255

DECLARATION OF KIMBERLY RAPHAELI
- PAGE 2 OF 2
CASE NO. C11-01445 MJP

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131