UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRAVIS MICKELSON, et. ux.,<br><br>                    Plaintiffs,<br><br>vs.<br><br>CHASE HOME FINANCE LLC, et. al.<br><br>                    Defendants. | NO. 2:11-cv-01445<br><br>DECLARATION OF JOCELYNNE R. FALLGATTER IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT |

I, Jocelynne R. Fallgatter, declare under penalty of perjury under the laws of the State of Washington, that the following is true and correct to the best of my knowledge:

1. I am over the age of eighteen years, and I am competent to testify as to the matters set forth herein.

2. I am an attorney of record in the above matter.

3. Attached hereto as Exhibit A is a true and correct copy of excerpts of Defendant MERS's Responses and Objections to Plaintiffs' First Interrogatories and Requests for Production.

4. Attached hereto as Exhibit B is a true and correct copy of excerpts of Defendant Federal Home Loan Mortgage Corp.'s Responses and Objections to Plaintiffs' Interrogatories.

5. Attached hereto as Exhibit C is a true and correct copy of excerpts of Defendant NWTS' Responses to Plaintiffs' First Set of Interrogatories and Requests for Production.

6. Attached hereto as Exhibit D is a true and correct copy of March 14, 2012 letter from Heidi Buck, Attorney for Northwest Trustee Services, supplementing and amending responses to Plaintiffs Interrogatories and Requests for Production.

7. Attached hereto as Exhibit E is a true and correct copy of excerpts of Defendant RCO's Responses to Plaintiffs' First Set of Interrogatories and Requests for Production.

8. Attached hereto as Exhibit F is a true and correct copy of Beneficiary Declaration by Susan Massie.

9. Attached hereto as Exhibit G is a true and correct copy of excerpts of Defendant NWTS' Second Amended and Supplemental Responses to Plaintiffs' First Set of Interrogatories and Requests for Production.

10. Attached hereto as Exhibit H is a true and correct copy of the Trustee's Sale.

DATED this 7th day of September, 2012 at Arlington, WA.

s/ Jocelynne R. Fallgatter
Jocelynne R. Fallgatter, WSBA #44587
Stafne Law Firm
239 N. Olympic Ave
Arlington, WA 98223
Phone: (360) 403-8700
Fax: (360) 386-4005
josie@stafnelawfirm.com
