EXHIBIT B

1

RECEIVED

2

FEB 1 8 2012

3

BY:

The Honorable Marsha J. Pechman

4

5

6

7

8 UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10 TRAVIS MICKELSON, DANIELLE H.
MICKELSON, and the marital community
thereof,

No. C11-01445 MJP

11

12 Plaintiffs,

DEFENDANT FEDERAL HOME
LOAN MORTGAGE
CORPORATION'S RESPONSES
AND OBJECTIONS TO
PLAINTIFFS' FIRST SET OF
INTERROGATORIES AND
REQUESTS FOR PRODUCTION

13 v.

14 CHASE HOME FINANCE LLC, et al.,

15 Defendants.

16

17 Defendant Federal Home Loan Mortgage Corporation ("Freddie Mac") responds and

objects to Plaintiffs' First Set of Interrogatories and Requests for Production as follows:

18

## I. GENERAL OBJECTIONS

19

Freddie Mac makes the following General Objections to Plaintiffs' First Set of

20

Interrogatories and Requests for Production, and any subsequent requests related to the same

21

subject matter. Freddie Mac reserves the right to supplement, amend, or qualify its General

22

Objections.

23

24     1. **Scope.** Freddie Mac objects to Plaintiffs' discovery requests because, as

written, they are overbroad and unduly burdensome, do not seek information or documents

25

relevant to the subject matter of the pending action, and are not reasonably calculated to lead to

26

the discovery of admissible evidence.

27

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

1    extent it seeks confidential and proprietary information under Fed. R. Civ. P. 26(c)(1)(G)

2    (General Objection No. 3).  Freddie Mac further objects to Request for Production No. 2 to the

3    extent it seeks information not reasonably calculated to lead to the discovery of admissible

4    evidence in this litigation (General Objection No. 1).  Plaintiffs cannot use this lawsuit to

5    engage in a fishing expedition for information that has no bearing on their claims.  *See Cuomo*

6    *v. Clearing House Ass'n, LLC*, 129 S. Ct. 2710, 2719 (2009) (prohibiting "fishing expeditions

7    or an undirected rummaging through . . . records for evidence of some unknown wrongdoing").

8    Freddie Mac also objects to Request for Production No. 2 to the extent it calls for producing

9    documents already in Plaintiffs' possession, custody, or control, or that are obtainable through

10   other, more convenient sources, such as the Island County's auditor's office (General Objection

11   No. 5).  *See* Fed. R. Civ. P. 26(b)(2)(C)(i).  Freddie Mac further objects that Plaintiffs lack

12   standing to challenge any alleged or real agreement that Freddie Mac may or may not have with

13   "the other Defendants" and to which Plaintiffs are not parties.  *See Hairston v. Pac. 10 Conf.*,

14   101 F.3d 1315, 1320 (9th Cir. 1996) (affirming dismissal of contract claims where plaintiffs

15   failed to show they were third-party beneficiaries of the contract under Washington law).

16       Subject to and without waiving the foregoing objections, Freddie Mac understands that

17   Chase will produce Plaintiffs' loan file, which contains documents responsive to this request.

18       INTERROGATORY NO. 4: State whether Federal Home Loan Mortgage Corp.

19   acquired interests in the Mickelson's (a) note; (b) Deed of Trust; and (c) servicing rights; and

20   with regard to each, identify each right acquired; the date each right was acquired; how the

21   right was acquired; and identify those persons who have personal knowledge regarding each

22   interest acquired; or documents evidencing the same.

23       ANSWER:  Freddie Mac objects to Interrogatory No. 4 because it seeks information not

24   reasonably calculated to lead to the discovery of admissible evidence in this litigation (General

25   Objection No. 1).  "[T]he [borrower] should be indifferent as to who owns or has an interest in

26   the note so long as it does not affect [her] ability to make payments on the note."  *See In re*

27

DEFENDANT FEDERAL HOME LOAN MORTGAGE CORPORATION'S
RESPONSES AND OBJECTIONS TO PLAINTIFFS' FIRST
INTERROGATORIES AND REQUESTS FOR PRODUCTION
(C11-01445 MJP) — 7
DWT 18753733v2 0036234-000130

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax (206) 757-7700

1  *Veal*, 450 B.R. 897, 912 (B.A.P. 9th Cir. 2011); *see also id.* ("[Plaintiffs] should not care who

2  actually owns the Note—and it is thus irrelevant whether the Note has been fractionalized or

3  securitized—so long as they know who they should pay.").

4        Subject to and without waiving the foregoing objections, Freddie Mac responds that it

5  acquired the beneficial rights to the loan for the Property on April 28, 2006.  Freddie Mac

6  further responds that it bought the Property at the Non-Judicial Foreclosure sale on March 25,

7  2011, because Plaintiffs had not cured their default or sought to restrain the sale.  Amended

8  Compl., Ex. T [Dkt. 29-11].  Pursuant to Fed. R. Civ. P. 33(d), Freddie Mac will arrange for

9  production of documents reflecting when it acquired its interest in Plaintiffs' loan.

10       RESPONSES TO INTERROGATORIES AND REQUESTS FOR PRODUCTION

11  SUBMITTED this 17th day of February, 2012.

12                              DAVIS WRIGHT TREMAINE LLP
13                              Attorneys for Defendant Federal Home Loan
                                Mortgage Corporation, JPMorgan Chase Bank,
14                              N.A., and MERS

15                              By: _s/ Rebecca Francis_
                                    Fred Burnside, WSBA #32491
16                                  Rebecca Francis, WSBA #41196
                                    1201 Third Avenue, Suite 2200
17                                  Seattle, WA 98101-3045
                                    Telephone:  206-622-3150
18                                  Fax:  206-757-7700
                                    E-mail:  fredburnside@dwt.com
19                                  E-mail:  rebeccafrancis@dwt.com

20

21

22

23

24

25

26

27
DEFENDANT FEDERAL HOME LOAN MORTGAGE CORPORATION'S
RESPONSES AND OBJECTIONS TO PLAINTIFFS' FIRST
INTERROGATORIES AND REQUESTS FOR PRODUCTION
(C11-01445 MJP) — 8
DWT 18753733v2 0036234-000130

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 • 1201 Third Avenue
Seattle, Washington 98101 3045
(206) 622-3150 • Fax (206) 757-7700