EXHIBIT F

**BENEFICIARY DECLARATION**
**(NOTE HOLDER)**
**(Executed by Officer of Beneficiary)**

Loan No. 1915309566
Property Address: 436 Ezduzit Lane, Camano Island, WA 98282

The undersigned, under penalty of perjury, declares as follows:

**Chase Home Finance LLC** is the actual holder of the promissory note or other obligation evidencing the above-referenced loan or has requisite authority under RCW 62A.3-301 to enforce said obligation.

The trustee may rely upon the truth and accuracy of the averments made in this declaration.

Dated this 17 day of August, 2010 in Columbus, Ohio.

**Chase Home Finance LLC**, beneficiary

By _____Susan Massie_____
Its _____Vice President_____

---------------- OR ----------------

**BENEFICIARY DECLARATION**
**(NOTE HOLDER)**
**(Attorney in Fact for Beneficiary)**

Loan No. 1915309566

The undersigned, under penalty of perjury, declares as follows:

**Chase Home Finance LLC** is the actual holder of the promissory note or other obligation evidencing the above-referenced loan or has requisite authority under RCW 62A.3-301 to enforce said obligation.

The trustee may rely upon the truth and accuracy of the averments made in this declaration.

Dated this ___ day of _____, 20___ in _____, _____.

**Chase Home Finance LLC**, beneficiary
_____, its Attorney in Fact

By _____
Its _____

NWTS #:7037.08418
Matter name: MICKELSON, TRAVIS AND DANIELLE H.