EXHIBIT H

```
NAME:      MICKELSON, TRAVIS AND DANIELLE H.
FEI #:     1002.165837
CLIENT #:  7037.08418
TRUSTEE:   Northwest Trustee Services, Inc.
COUNTY:    Island
```

## TRUSTEE'S SALE

This is a sale of the following described property, to wit:

Parcel A: that portion of the Southwest Quarter of the Southwest Quarter of the Southwest Quarter of Section 25, Township 32 North, Range 2 East of the Willamette Meridian, described as follows: commencing at the Southwest corner of said Section 25; thence South 89 degrees 54'20" East along the South line of said Section 25, 329.60 feet; thence North 0 degrees 27'18" West 30.00 feet to the Northerly margin of the Cross Island County Road; thence continue North 0 degrees 27'18" West 316.45 feet to the True Point of Beginning; thence continue North 0 degrees 27'18" West 158.22 feet; thence South 89 degrees 55'15" East 329.98 feet to the East line of said Southwest Quarter of the Southwest Quarter of the Southwest Quarter; thence South 0 degrees 24'37" East along said East line, 158.25 feet to a point that is South 89 degrees 54'56" East from that True Point of Beginning; thence North 89 degrees 54'56" West 329.86 feet to the True Point of Beginning. Parcel B: an easement for road ingress and egress and public and private utilities being 60 feet in width from the Northerly margin of the Cross Island County Road to the North line of the Southwest Quarter of the Southwest Quarter of the Southwest Quarter of Section 25, Township 32 North, Range 2 East of the Willamette Meridian, the centerline of said 60 foot easement is described as follows: commencing at the Southwest corner of said Section 25; thence South 89 degrees 54'20" East along the South line of said Section 25, 329.60 feet; thence North 0 degrees 27'18" West 30.00 feet said Northerly margin of the Cross Island County Road and the True Point of Beginning of said centerline; thence continue North 0 degrees 27'18" West 632.89 feet to the North line of said subdivision and the terminus of said centerline. Situated in Island County, Washington.

Commonly known as: 436 Ezduzit Lane,
Camano Island, WA 98282

to satisfy a non-judicial foreclosure of a Deed of Trust in which Travis Mickelson and Danielle H. Mickelson, husband and wife, is grantor and Mortgage Electronic Registration Systems, Inc., is Beneficiary, dated November 22, 2005 and recorded on November 29, 2005 under Island County Auditor's File No.4155570.

The property is sold on an as-is basis, without representations or warranties of any nature, express or implied.

All bids must be net bids to the trustee and the purchaser at the sale must pay all costs of transfer, including title insurance, taxes and recording fees.



Page# 2

Sr TS Number:
Alt Trustee:    Northwest Trustee Services, Inc.

NAME: MICKELSON, TRAVIS AND DANIELLE H.
FEI #: 1002.165837
CLIENT #: 7037.08418
TRUSTEE: Northwest Trustee Services, Inc.
COUNTY: Island

The successful bidder must immediately pay the final bid amount in cash or certified funds.

The trustee will not issue the trustee's deed to the successful bidder until the trustee has been able to confirm, to the extent possible under the facts available to the trustee that no event or omission has occurred that might render the foreclosure sale void or voidable or otherwise unlawful or invalid.

If the trustee discovers that the foreclosure sale may be void or voidable or otherwise unlawful or invalid, the submitted bid may be forthwith returned without interest and the bidder will have no right to purchase the property. Recovery of the bid amount without interest constitutes the limit of the bidder's recourse against the trustee and the beneficiary.

During the period between the sale and the trustee's decision whether to issue the trustee's deed, the high bid received by the trustee cannot be withdrawn. In the event the trustee is unable to issue the trustee's deed for any valid reason, the trustee shall declare the sale a nullity and the trustee's sale shall hereby be deemed postponed to April 08, 2011 at 10:00 a.m. at this same location. Interested parties are invited to contact the trustee's office after the sale to determine whether the sale has been declared a nullity and postponed.

The beneficiary has submitted a written bid in the amount of $ _325,297.00_ This is the minimum bid. We have been authorized by the beneficiary to enter a final bid in the amount of $ _-0-_

I now open the bidding with the minimum bid of _325,297.00_.

Are there any other bids?

**SPECIAL INSTRUCTIONS!!**

If there are no third party bids, announce, "sold to the beneficiary for _325,297.00_."



Page# 3

Sr TS Number:
Alt Trustee: Northwest Trustee Services, Inc.

NAME: MICKELSON, TRAVIS AND DANIELLE H.
FEI #: 1002.165837
CLIENT #: 7037 08418
TRUSTEE: Northwest Trustee Services, Inc.
COUNTY: Island

If there are any further bids entered, announce, "I am entering the final bid on behalf of the beneficiary in the amount of $_____."

I have a bid of $_____
Going once, going twice, going three times.

Sold to _The Beneficiary_ for $ _325,297.00_

*************************************************************

The undersigned makes the following declaration:

1. I am over the age of eighteen years and not the beneficiary or its successor in interest named in the subject Deed of Trust.

2. That I have read the above Trustee's Sale at the prescribed time and place.

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Name: _Daphne Church_

Dated: __March 25, 2011__ at _10:24_ O'clock _A_. M.

_Daphne Church_

Agent for Northwest Trustee Services, Inc., Trustee

Page# 4

Sr TS Number:
Alt Trustee:      Northwest Trustee Services, Inc.