EXHIBIT 4

MERS® ServiceID - Investor - Windows Internet Explorer

https://www.mers-serviceid.org/sis/investor

**MERS**

**Process Loans, Not Paperwork™**

Need help?

Select borrower type and enter borrower information to see Investor for MIN 1001120-6570946793-6.

◉ **Investor for Individual Borrower**

*Your entries may be either upper or lower case.*
*Fields marked * are required.*

Last Name: [mickelson] *

SSN: [ ] - [ ] - [ ] *

☐ By checking this box, the borrower or borrower's authorized representative is attesting to the fact that he or she is in fact the borrower or borrower's authorized representative for the loan in question. Additionally, borrowers wishing to learn the identity of their loan's investor must confirm their identity by entering their last name or corporation name as well as their SSN or TIN. If this information does not match the information contained in the MERS® System for the borrower of the loan, the investor information will not be displayed. Borrowers should verify the results with their loan servicer. *

[Submit]

○ **Investor for Corporation/Non-Person Entity Borrower**

Servicer: JP Morgan Chase Bank NA
Monroe, LA
Phone: (800) 848-9136

Investor: Federal Home Loan Mortgage Corporation

Active
(800) 848-9136
the Investor name.
www.mersinc.org

[Close Window]