EXHIBIT K

Northwest Trustee Services, Inc.
PO Box 997 Bellevue, WA 98009-997

## Notice of Foreclosure Sale Occurrence
### Required under WAC 208-620-900 (10)

Please be advised that:

On 03/25/2011, Northwest Trustee Services, Inc. as trustee performed a trustee's sale of the property commonly known as 436 Ezduzit Lane, Camano Island, WA 98282. The proceedings were conducted at outside the main entrance of the Island County Annex Building near the Veteran's Memorial at 1 NE 6th Street, in the city of Coupeville, State of Washington. The sale foreclosed the Deed of Trust dated 11/22/2005 and recorded on 11/29/2005 under Island County Auditor's File No. 4155570.

The results of the foreclosure sale auction may be accessed at www.northwesttrustee.com and www.USA-Foreclosure.com.

Date: March 25, 2011

Mailed by or on behalf of
**Northwest Trustee Services, Inc.,**
**Trustee**

File No:   7037.08418
Client:    Chase Home Finance, LLC
Borrower:  MICKELSON, TRAVIS AND DANIELLE H.

*[Handwritten notes:] Started into bidding Northwest. Attorney - 425-458-2121. Sale date, bidding amount acceptance. 816-282-5683 text. Chase 1-800-848-9380 corp.*