The Honorable Judge Marsha Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TRAVIS MICKELSON, DANIELLE H. MICKELSON, and the marital community thereof,<br><br>Plaintiffs,<br><br>v.<br><br>CHASE HOME FINANCE, LLC, an unknown entity; JPMORGAN CHASE BANK, N.A., a foreign corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a foreign corporation; NORTHWEST TRUSTEE SERVICES, INC., a domestic corporation; JOHN DOES, unknown entities; MORTGAGEIT, INC., a foreign corporation; GMAC MORTGAGE CORPORATION, a foreign corporation; CHICAGO TITLE, an unknown corporation; ROUTH CRABTREE OLSEN, P.S., a domestic Personal Services Corporation; and FEDERAL HOME LOAN MORTGAGE CORPORATION, a corporation,<br><br>Defendants. | No. C11-01445-MJP<br><br>**DECLARATION OF SERVICE** |

The undersigned makes the following declaration:

1.  I am now, and at all times herein mentioned was a resident of the State of Washington, over the age of eighteen years and not a party to this action, and I am competent to be a witness herein.

DECLARATION OF SERVICE –
PAGE 1 OF 3
Case C11-01445-MJP

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

2. That on October 12, 2012 I caused a copy of **Defendants NWTS, RCO, and McElligott's Reply to Motion for Summary Judgment** to be served to the following in the manner noted below:

| | |
|---|---|
| Scott E. Stafne<br>Andrew Krawczyk<br>Stafne Law Firm<br>239 N. Olympic Ave.<br>Arlington, WA  98223<br><br>Attorneys for Plaintiffs | [**X**]  US Mail, Postage Prepaid<br>[  ]  Hand Delivery<br>[  ]  Overnight Mail<br>[  ]  Facsimile<br>[**X**]  ECF Electronic Notice |
| Fred Burnside<br>Rebecca J. Francis<br>Davis Wright Tremaine, LLP<br>1201 Third Ave., Suite 2200<br>Seattle, WA  98101-3045<br><br>Attorneys for Defendants JPMorgan Chase Bank, N.A.; Chase Home Finance, LLC; Mortgage Electronic Registration Systems, Inc.; and Federal Home Loan Mortgage Corporation | [**X**]  US Mail, Postage Prepaid<br>[  ]  Hand Delivery<br>[  ]  Overnight Mail<br>[  ]  Facsimile<br>[**X**]  ECF Electronic Notice |
| Erin M. Stines<br>Fidelity National Law Group<br>1200 6th Ave., Suite 620<br>Seattle, WA  98101<br><br>Attorneys for Defendant Chicago Title | [**X**]  US Mail, Postage Prepaid<br>[  ]  Hand Delivery<br>[  ]  Overnight Mail<br>[  ]  Facsimile<br>[**X**]  ECF Electronic Notice |
| Andrew G. Yates<br>John S. Devlin, III<br>Lane Powell, PC<br>1420 Fifth Ave., Suite 4100<br>Seattle, WA  98101-2338<br><br>Attorneys for Defendant Mortgageit, Inc. | [**X**]  US Mail, Postage Prepaid<br>[  ]  Hand Delivery<br>[  ]  Overnight Mail<br>[  ]  Facsimile<br>[**X**]  ECF Electronic Notice |

/ / /

DECLARATION OF SERVICE –
PAGE 2 OF 3
Case C11-01445-MJP

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

1  I declare under penalty of perjury under the laws of the state of Washington that the foregoing is
2  true and correct.
3  Signed this 12th day of October, 2012.
4
5                                                               /s/  Kristine Stephan
                                                                Kristine Stephan, Paralegal
6
7
8
...
26

DECLARATION OF SERVICE –
PAGE 3 OF 3
Case C11-01445-MJP

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131