The Honorable Judge Marsha Pechman

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| TRAVIS MICKELSON, DANIELLE H. MICKELSON, and the marital community thereof, | No. C11-01445 MJP |
| Plaintiffs, | **PROPOSED** |
| v. | **ORDER TO CONTINUE PRETRIAL DEADLINES AND TRIAL DATE** |
| CHASE HOME FINANCE, LLC, an unknown entity; JPMORGAN CHASE BANK, N.A., a foreign corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a foreign corporation; NORTHWEST TRUSTEE SERVICES, INC., a domestic corporation; JOHN DOES, unknown entities; MORTGAGEIT, INC., a foreign corporation; GMAC MORTGAGE CORPORATION, a foreign corporation; CHICAGO TITLE, an unknown corporation; ROUTH CRABTREE OLSEN, P.S., a domestic Personal Services Corporation; and FEDERAL HOME LOAN MORTGAGE CORPORATION, a corporation, | |
| Defendants. | |

This matter having come before the Court on the Joint Stipulation of the parties to continue the pretrial and trial deadlines in the Amended Order Setting Trial and Related Dates, and the Court having considered the Stipulation of the Parties, dated November 16, 2012, and incorporated by reference herein, establishing a factual basis for good case to continue the

PROPOSED ORDER TO CONTINUE
PRETRIAL DEADLINES AND TRIAL DATE –
PAGE 1 of 2    Case C11-01445 MJP

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

Amended Order Setting Trial and Related Dates. The Court being fully advised of the issues presented herein, and it appearing that the parties are entitled to their requested relief;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the trial date is continued from January 14, 2013 to April 1, 2013, and all corresponding pretrial deadlines will be adjusted accordingly.

ORDERED this _____ day of _____, 2012.

_____
HON. JUDGE MARSHA J. PECHMAN

PROPOSED ORDER TO CONTINUE
PRETRIAL DEADLINES AND TRIAL DATE –
PAGE 2 of 2    Case C11-01445 MJP

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131