# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| TRAVIS MICKELSON, DANIELE H. MICKELSON, and the marital community thereof,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>CHASE HOME FINANCE LLC, et al.<br><br>　　　　　　　Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: C11-1445 MJP |

\_\_　　**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X　　**Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Judgment is entered in favor of Defendants and the matter is dismissed with prejudice.

Dated December 3, 2012.

　　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　s/Mary Duett
　　　　　　　　　　　　　　　　　　　Deputy Clerk