# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TRAVIS MICKELSON, DANIELLE H. MICKELSON, and the marital community thereof,<br><br>Plaintiffs,<br><br>v.<br><br>CHASE HOME FINANCE LLC, an unknown entity; JPMORGAN CHASE BANK, N.A., a foreign corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a foreign corporation; NORTHWEST TRUSTEE SERVICES, INC., a domestic corporation; MORTGAGEIT, INC., a foreign corporation, GMAC MORTGAGE CORPORATION, a foreign corporation; CHICAGO TITLE, an unknown corporation; ROUTH CRABTREE OLSEN, P.S., a domestic Personal Services Corporation, and FEDERAL HOME LOAN MORTGAGE CORPORATION, a corporation;<br><br>Defendants. | NOTICE OF CIVIL APPEAL<br><br>NO. C11-1445 MJP<br><br>MARSHA J. PECHMAN |

Notice is hereby given that Plaintiffs, Travis Mickelson and Danielle H. Michelson, and the marital community composed thereof, appeal to the United States Court of Appeals for the Ninth Circuit from: Judgment in a Civil Case, Docket No. 123, entered in this action on

NOTICE OF CIVIL APPEAL - 1

STAFNE LAW FIRM
239 NORTH OLYMPIC AVENUE
ARLINGTON, WA 98223
TEL. 360.403.8700

December 3, 2012; Order on Motion to Dismiss, Docket No. 35, entered in this action on November 14, 2011; Order on Motion to Dismiss, Docket No. 58, entered in this action on April 16, 2012; Order on Motion to Reconsider, Docket No. 66, entered in this action on May 7, 2012; Order on Motion for Clarification, Docket No. 75, entered in this action on June 6, 2012; Order on Motion for Certification, Docket No. 85, entered in this action on July 13, 2012; Order on Motion for Summary Judgment, Docket No. 86, entered in this action on August 6, 2012; Order on Motion for Judgment on the Pleadings, Docket No. 88, entered in this action on August 7, 2012; Order on Motion to Dismiss, Docket No. 93, entered in this action on August 21, 2012; Order on Motion to Vacate, Docket No. 118, entered in this action on October 31, 2012; and Order on Motion for Summary Judgment, Docket No. 122, entered in this action on December 3, 2012.

DATED this 2nd day of January, 2013, at Arlington, Washington.

STAFNE LAW FIRM

*/s/ S E S*

Scott E. Stafne, WSBA #6964
Stafne Law Firm
239 N. Olympic Ave.
Arlington, WA 98223
Phone: (360) 403-8700
Fax: (360) 386-4005
scott.stafne@stafnelawfirm.com

NOTICE OF CIVIL APPEAL - 2

## CERTIFICATE OF SERVICE

I hereby certify that on January 2nd, 2013, I electronically filed the foregoing with the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following individuals:

Fred B. Burnside: fredburnside@dwt.com
Rebecca J. Francis: RebeccaFrancis@dwt.com
Heidi E. Buck: hbuck@rcolegal.com
Andrew Gordon Yates: yatesa@lanepowell.com
John S. Devlin, III: devlinj@lanepowell.com
Erin McDougal Stines: erin.stines@fnf.com

DATED this 2nd day of January, 2013, at Arlington, Washington.

Shaina Dunn, Paralegal
Stafne Law Firm
239 N. Olympic Ave.
Arlington, WA 98223
Phone: (360) 403-8700 ext. 201
Fax: (360) 386-4005
shaina@stafnelawfirm.com