No. C11-1445 MJP

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRAVIS MICKELSON, DANIELLE H. MICKELSON, and the marital community thereof,<br><br>Plaintiffs,<br><br>v.<br><br>CHASE HOME FINANCE LLC, an unknown entity; JPMORGAN CHASE BANK, N.A., a foreign corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a foreign corporation; NORTHWEST TRUSTEE SERVICES, INC., a domestic corporation; MORTGAGEIT, INC., a foreign corporation, GMAC MORTGAGE CORPORATION, a foreign corporation; CHICAGO TITLE, an unknown corporation; ROUTH CRABTREE OLSEN, P.S., a domestic Personal Services Corporation, and FEDERAL HOME LOAN MORTGAGE CORPORATION, a corporation;<br><br>Defendants. | REPRESENTATION STATEMENT |

PLAINTIFFS/APPELLANTS:

    Travis Mickelson

    Danielle H. Mickelson

    and the marital community thereof

1

COUNSEL FOR PLAINTIFFS/APPELLANTS:

    Scott E. Stafne
    Stafne Law Firm
    239 N. Olympic Ave.
    Arlington, WA 98223
    Phone: (360) 403-8700
    Fax: (360) 386-4005
    Email: scott.stafne@stafnelawfirm.com

DEFENDANTS/RESPONDENTS:

    Chase Home Finance LLC

    JPMorgan Chase Bank, N.A.

    Mortgage Electronic Registration Systems, Inc.

    Federal Home Loan Mortgage Corporation

    Mortgageit, Inc.

    GMAC Mortgage Corporation

    Chigago Title

    Northwest Trustee Services

    Routh Crabtree Olsen, P.S.

    Jeff Stenman

    Vonnie McElligott

    Rhea S. Pre

COUNSEL FOR DEFENDANTS/RESPONDENTS:

    Fred B. Burnside and Rebecca J. Francis
    Davis Wright Tremaine (Seattle)
    1201 Third Avenue, Suite 2200
    Seattle, WA 98101
    (206) 757-7016
    fredburnside@dwt.com and RebeccaFrancis@dwt.com

John S. Devlin, III and Andrew Gordon Yates
Lane Powell PC
1420 Fifth Ave., Ste.4100
Seattle, WA 98101-2338
Phone: (206) 223-7000
Fax: (206) 223-7107
Email: devlinj@lanepowell.com and yatesa@lanepowell.com

Erin McDougal Stines,
1200 6th Avenue Ste 620,
Seattle, WA 98101
(206) 224-6005
erin.stines@fnf.com

Heidi Buck Morrison
Routh Crabtree Olsen
13555 SE 36th Street, Suite 300
Bellevue, WA 98006
(425) 213-5534
Email: hbuckmorrison@rcolegal.com


DATED this 2nd day of January, 2012, at Arlington, Washington.

Respectfully Submitted,

STAFNE LAW FIRM

Scott E. Stafne, WSBA #6964
Stafne Law Firm
239 North Olympic Avenue
Arlington, Washington 98223
Phone: (360) 403-8700
Fax: (360) 386-4005